## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

Associated Recovery, LLC,                )
                                         )
        Plaintiff,              )
                                         )   No. 1:15-cv-1723-AJT-JFA
   v.                                    )
                                         )
John Does 1-44,                          )
                                         )
        Defendants.            )
                                         )

In re:

| | | | |
|---|---|---|---|
| 744.COM | LNM.COM | VGJ.COM | YQT.COM |
| 028.COM | LUOHE.COM | WYD.COM | YRN.COM |
| 3DCAMERA.COM | MEQ.COM | XAQ.COM | YTE.COM |
| FNY.COM | OCU.COM | XFF.COM | YYG.COM |
| FX2.COM | PIXIE.COM | XSG.COM | ZDP.COM |
| FXF.COM | QMH.COM | YCX.COM | ZHD.COM |
| JTZ.COM | RUTEN.COM | YEY.COM | ZULIN.COM |
| KGJ.COM | SDU.COM | YGX.COM | ZZM.COM |
| KMQ.COM | SQG.COM | YJR.COM | |
| KOU.COM | TAOLV.COM | YJX.COM | |
| KXQ.COM | UHW.COM | YLZ.COM | |
| KXW.COM | VCZ.COM | YQP.COM | |

### [PROPOSED] ORDER TO PUBLISH NOTICE OF ACTION

This matter is before the Court on Plaintiff, Associated Recovery, LLC's Motion for an Order to Publish Notice of Action. Upon consideration of Plaintiff's Motion for an Order to

Publish Notice of Action and Plaintiff's Memorandum of Law and Declaration in support thereof, and because this matter can be resolved without oral argument,

IT IS HEREBY ORDERED:

1. That a copy of this Order be published in THE WASHINGTON TIMES within fourteen (14) days after entry of this Order and that a declaration be filed on Plaintiff's behalf, no later than twenty (20) days after entry of this Order, describing the steps that have been taken to comply with this Order.

2. That the defendant domain names 744.com, 028.com, 3dcamera.com, fny.com, fx2.com, fxf.com, jtz.com, kgj.com, kmq.com, kou.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, ocu.com, pixie.com, qmh.com, ruten.com, sdu.com, sqg.com, taolv.com, uhw.com, vcz.com, vgj.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, yey.com, ygx.com, yjr.com, yjx.com, ylz.com, yqp.com, yqt.com, yrn.com, yte.com, yyg.com, zdp.com, zhd.com, zulin.com, and zzm.com (the "Domain Names") are hereby advised:

   A. Plaintiff has filed a Complaint charging the Domain Names with violation of the Anticybersquatting Consumer Protection Act (the "Act"). A copy of the Complaint may be obtained from Plaintiff's counsel, Rebecca J. Stempien Coyle, LEVY & GRANDINETTI, 1120 Connecticut Avenue, N.W., Suite 304, Washington D.C. 20036, telephone number (202) 429-4560.

   B. In the event the Plaintiff prevails against the Domain Names under the Act, remedies could include the forefeiture or cancellation of the Domain names or the transfer of the Domain Names to the Plaintiff in this action.

      C.    Any answer or other response to the Complaint should be filed with the Clerk of Court, United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314-5798, within twenty-one (21) days from the date of publication of this Order in THE WASHINGTON TIMES. If no appearance or pleading is filed as required by this Order, this Court may render a judgment against the Domain Names, which could include the forfeiture or cancellation of the Domain Names or the transfer of the Domain Names to the Plaintiff.

Entered this _____ day of _____, 2016.

 

_____
Hon. John F. Anderson
United States Magistrate Judge

,