**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

Associated Recovery, LLC,   )
                            )
        Plaintiff,   )
                            )   No. 1:15-cv-1723-AJT-JFA
    v.                    )
                            )
John Does 1-44,             )
                            )
        Defendants.  )
_____)

In re:

| | | | |
|---|---|---|---|
| 744.COM | LNM.COM | VGJ.COM | YQT.COM |
| 028.COM | LUOHE.COM | WYD.COM | YRN.COM |
| 3DCAMERA.COM | MEQ.COM | XAQ.COM | YTE.COM |
| FNY.COM | OCU.COM | XFF.COM | YYG.COM |
| FX2.COM | PIXIE.COM | XSG.COM | ZDP.COM |
| FXF.COM | QMH.COM | YCX.COM | ZHD.COM |
| JTZ.COM | RUTEN.COM | YEY.COM | ZULIN.COM |
| KGJ.COM | SDU.COM | YGX.COM | ZZM.COM |
| KMQ.COM | SQG.COM | YJR.COM | |
| KOU.COM | TAOLV.COM | YJX.COM | |
| KXQ.COM | UHW.COM | YLZ.COM | |
| KXW.COM | VCZ.COM | YQP.COM | |

**<u>PLAINTIFF'S NOTICE OF WAIVER OF HEARING</u>**

Pursuant to Local Civil Rule 7(J) and Fed. R. Civ. P. 78, the Plaintiff Associated

Recovery, LLC (the "Plaintiff" or "Associated Recovery"), hereby waives hearing and submits

the Plaintiff's Motion for Order to Publish Notice of Action for disposition upon the briefs of counsel.

Date:   January 20, 2016                                  Respectfully,

                                                             /s/
                                                          Rebecca J. Stempien Coyle
                                                          (VSB# 71483)
                                                          Counsel for the Plaintiff
                                                          **Associated Recovery, LLC**
                                                          LEVY & GRANDINETTI
                                                          1120 Connecticut Avenue, N.W.
                                                          Suite 304
                                                          Washington, D.C. 20036
                                                          Telephone (202) 429-4560
                                                          Facsimile (202) 429-4564
                                                          mail@levygrandinetti.com

**CERTIFICATE OF SERVICE**

I, Rebecca J. Stempien Coyle, certify that on January 20, 2016, I electronically filed the foregoing PLAINTIFF'S NOTICE OF WAIVER by using the CM/ECF system.

I also sent copies for the following domain names: 744.com, 028.com, 3dcamera.com, fny.com, fx2.com, fxf.com, jtz.com, kgj.com, kmq.com, kou.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, ocu.com, pixie.com, qmh.com, ruten.com, sdu.com, sqg.com, taolv.com, uhw.com, vcz.com, vgj.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, yey.com, ygx.com, yjr.com, yjx.com, ylz.com, yqp.com, yqt.com, yrn.com, yte.com, yyg.com, zdp.com, zhd.com, zulin.com, and zzm.com.  The copies were sent to the registrants of the domain names at the following postal and e-mail addresses provided by the registrants to the registrars:

Domain ID Shield Service Co.
5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central
Hong Kong 999077, China
745187165637504@domainidshield.com

Liuxiaosheng
Jiajiahao Building, 18th Floor
Shenzhen Shi, Guangdong 518000, China
liuxiaosheng@wrz.com

Taesong Chong
D-805 Central Star, Bujeon Jin-gu
Busan 614-030, Korea
komorijin@gmail.com

Zhiqiangjin
Hangzou Yiyou Technology Co., Ltd.
Wenyi Road No. 75
Hangzhou Shi, Zhejiang 310012, China
gaodade@gmail.com

XiaoFeng Lin
132 Jiuer Road, 5/F
ShiShi, Fujian 362700, China
williamlin89@gmail.com

WhoisGuard Protected, WhoisGuard, Inc.
P.O. Box 0823-03411
Panama City, Republic of Panama
15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM

Chang Su, Su Chang
A2-505 Linhai Mountain Villa, Xiameilin Beihuan Road
Shenzhen 518003, China
suchang1978@yahoo.com

LinXiaoFeng
Xi# 215
Quanzhoushi, Fujian 362000, China
williamlin89@gmail.com

WHOIS AGENT, DOMAIN WHOIS PROTECTION SERVICE
17F, No. 138 Zhognshan Avenue
Guangzhou, Guangdong 510000, China
whoisagent@hupo.com

Xiamen eName Network Co., Ltd.
Software Park, Wanghai Road No. 19, 603
Xiamen Shi, Fujian 361000, China
jxslsu0s0x@enamewhois.com
kf94hfkkfm@enamewhois.com
03ur3t0sx@enamewhois.com
cocyn6o88o@enamewhois.com

Xu hao
Shenyang, Liaoning, Zhongguo
Shenyang Shi, Liaoning 200000, China
fisky@foxmail.com

Chenjinwu
Kunming City, Kunming Shi, Yunnan 650024, China
jimiking@qq.com

Whois Privacy Corp.
Ocean Centre, Montagu Foreshore, East Bay Street
Nassau, Bahamas
5435a938ino23cjv@5225b4d0pi3627q9.whoisprivacycorp.com

Zhouhaijian
Zhongdongluwujingzhidui
Li Shui Di Qu, Zhejiang 323000, China
mirong@juxi.com

MillerCHOU
No. 7 DaQiao Southeast Road
Nanjing Shi, Jiangsu 210001, China
miller.chou@gmail.com

Mr. Chen
Fujian, Beijing
Beijing 100824, China
chinaloy@126.com

Wangxinguang
No. 11, Yijingyuan Yinduhuayuan QQ 9307979 Weixin 826527
Jining Shi, Shandong, China 272000
fmhot@126.com

Qinxiaohong
ChongQing QinKing Science Co., Ltd.
Chongqingshiyuzhongqushangqingsimeizhuanxiaojie66.bl802
Chongqing, Chongqing 400015, China
qsky666@hotmail.com

Lvchangbing
Shuiguohu
Wuhan Shi, Hubei 430071, China
3296868@qq.com

Wang Teng
Chikanqu
Zhanjiang Shi, Guangdong 524000, China
gdlzwt@gmail.com

Hanjim
Shenzhen Baoan
Shenzhen Shi, Guangdong 518100, China
mi@190.com

Lixiaoying
Wuyi Dadao
Changsha Shi, Hunan 410000, China
501133@qq.com

Zhangshiwei, zundai.com
Nanjing Shi, Jiangsu 210000, China
zhangzhiwei@sfbm.com

Lu Feng
Jiangjun Avenue 20
Nanjing Shi, Jiangsu 210000, China
jiangcuinj@gmail.com

YinSi BaoHu Yi KaiQi
3/F HiChina Mansion, No. 27 Gulouwai Avenue
Dongcheng District, Beijing 100120, China
YuMing@YinSiBaoHu.AliYun.com

Greggong
Yiheyuan Lu 5 Hao
Beijing 10000, Cina
greggong@outlook.com

Huangxuming, Guangdong United Foods Co., Ltd.
Rongsheng Technology Park, University Road
Shantoushi, Guangdong 515021, China
admin@yjr.com

Linchunmei
Tianhe Ruanjian Yuan
Guangzhou Shi, Guangdong 510665, China
leetwei@126.com

ChenLongshui, Bozong Net.Ltd.
Shenzhen Guangdong
Shenzhen Shi, Guangdong 518000, China
chenls@bzw.cn

Xucaijun
Hangzhou Xiaomai Financial Information Service Co., Ltd.,
4.cn brokers
Hangzhou Shi, Zhejiang 310019, China
kf@midai.com

Lior Navi
Hanasi 6
Haifa 34323, Israel
jerolior@gmail.com

Liuliwei
Xin Gang Xi Lu
Guangzhou Shi, Guangdong 510000, China
reeveliu@hotmail.com

        /s/
Rebecca J. Stempien Coyle
(VSB# 71483)
Counsel for the Plaintiff
**Associated Recovery, LLC**
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W.
Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com