# EXHIBIT A

# CERTIFICATE OF SERVICE

I, Rebecca J. Stempien Coyle, certify that on March 25, 2016, I served copies of the foregoing PROPOSED FINDINGS OF FACT AND RECOMMENDATIONS for the following domain names: 744.com, 3dcamera.com, fxf.com, jtz.com, kou.com, ocu.com, ruten.com, sdu.com, uhw.com, vgj.com, yey.com, yjx.com, ylz.com, and yte.com. The copies were sent to the registrants of the domain names by e-mail and by air mail at the following e-mail and postal addresses provided by the registrants to the registrars:

Domain ID Shield Service Co.
5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central
Hong Kong 999077, China
745187165637504@domainidshield.com

Taesong Chong
D-805 Central Star, Bujeon Jin-gu
Busan 614-030, Korea
komorijin@gmail.com

WhoisGuard Protected, WhoisGuard, Inc.
P.O. Box 0823-03411
Panama City, Republic of Panama
15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM

Chang Su, Su Chang
A2-505 Linhai Mountain Villa, Xiameilin Beihuan Road
Shenzhen 518003, China
suchang1978@yahoo.com

WHOIS AGENT, DOMAIN WHOIS PROTECTION SERVICE
17F, No. 138 Zhognshan Avenue
Guangzhou, Guangdong 510000, China
whoisagent@hupo.com

Xiamen eName Network Co., Ltd.
Software Park, Wanghai Road No. 19, 603
Xiamen Shi, Fujian 361000, China
kf94hfkkfm@enamewhois.com
03ur3t0sx@enamewhois.com

Whois Privacy Corp.
Ocean Centre, Montagu Foreshore, East Bay Street
Nassau, Bahamas
5435a938ino23cjv@5225b4d0pi3627q9.whoisprivacycorp.com

Mr. Chen
Fujian, Beijing
Beijing 100824, China
chinaloy@126.com

Lvchangbing
Shuiguohu
Wuhan Shi, Hubei 430071, China
3296868@qq.com

YinSi BaoHu Yi KaiQi
3/F HiChina Mansion, No. 27 Gulouwai Avenue
Dongcheng District, Beijing 100120, China
YuMing@YinSiBaoHu.AliYun.com

Linchunmei
Tianhe Ruanjian Yuan
Guangzhou Shi, Guangdong 510665, China
leetwei@126.com

ChenLongshui, Bozong Net. Ltd.
Shenzhen Guangdong
Shenzhen Shi, Guangdong 518000, China
chenls@bzw.cn

Lior Navi
Hanasi 6
Haifa 34323, Israel
jerolior@gmail.com

                                          /s/
Rebecca J. Stempien Coyle  (VSB# 71483)
Counsel for the Plaintiff
**Associated Recovery, LLC**
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W., Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com