IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:15-cv-1723 (AJT/JFA) |
| | ) |
| JOHN DOES 1-44 | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

This matter is before the Court on the Proposed Findings of Fact and Recommendations [Doc. No. 29] of the Magistrate Judge recommending that plaintiff's Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55(b) [Doc. No. 16] be granted and default judgment entered against certain defendants in favor of plaintiffs. No objection to the Report and Recommendation has been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that plaintiff's Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55(b) [Doc. No. 16] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, ENTERED against defendant domain names 744.com, 3dcamera.com, fxf.com, jtz.com, kou.com, ocu.com, ruten.com, sdu.com, uhw.com, vgj.com, yey.com, yjx.com, ylz.com, and yte.com and in favor of plaintiff; and it is further

ORDERED that VeriSign, Inc. change the registrar of record for the defendant domain names above to a registrar specified by plaintiff and require the selected registrar to take the steps necessary to register the defendant domain names in the name of Associated Recovery, LLC.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58, and to forward copies of this Order to all counsel of record. Plaintiff is further directed to forward a copy of this Order the registrants at the e-mail and postal addresses provided by the registrants to the registrars, as reflected in plaintiff's certificate of service of its motion for default judgment [Doc. No. 16 at 3-5], and to file a certificate of service indicating the date those e-mail and postal mailings were sent.

_____/s/_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 18, 2016