**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| Associated Recovery, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:15cv1723 |
| | ) |
| | ) |
| John Does 1-44 | ) |
| | ) |
| Defendant. | ) |

**<u>JUDGMENT</u>**

Pursuant to the order of this Court entered on May 18, 2016 and in accordance with

Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the PLAINTIFF

and against the DEFENDANTS, 744.com, 3dcamera.com, fxf.com, jtz.com, kou.com, ocu.com,

ruten.com, sdu.com, uhw.com, vgj.com, yey.com, yjx.com, ylz.com, and yte.com.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
Dana Van Metre
Deputy Clerk

Dated: 5/18/2016
Alexandria, Virginia