**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

Associated Recovery, LLC,            )
                                     )
           Plaintiff,                )
                                     )    No. 1:15-cv-1723-AJT-JFA
     v.                              )
                                     )
John Does 1-44,                      )
                                     )
           Defendants.               )
                                     )

In re:

| | | | |
|---|---|---|---|
| 744.COM | LNM.COM | VGJ.COM | YQT.COM |
| 028.COM | LUOHE.COM | WYD.COM | YRN.COM |
| 3DCAMERA.COM | MEQ.COM | XAQ.COM | YTE.COM |
| FNY.COM | OCU.COM | XFF.COM | YYG.COM |
| FX2.COM | PIXIE.COM | XSG.COM | ZDP.COM |
| FXF.COM | QMH.COM | YCX.COM | ZHD.COM |
| JTZ.COM | RUTEN.COM | YEY.COM | ZULIN.COM |
| KGJ.COM | SDU.COM | YGX.COM | ZZM.COM |
| KMQ.COM | SQG.COM | YJR.COM | |
| KOU.COM | TAOLV.COM | YJX.COM | |
| KXQ.COM | UHW.COM | YLZ.COM | |
| KXW.COM | VCZ.COM | YQP.COM | |

**PLAINTIFF'S NOTICE OF SERVICE**

Pursuant to the Court's Order dated May 18, 2016 (ECF No. 42), the Plaintiff Associated Recovery, LLC (the "Plaintiff"), submits the attached Certificate of Service indicating that the Plaintiff served the Order, and the Judgment entered May 18, 2016, on the registrants of

744.com, 3dcamera.com, fxf.com, jtz.com, kou.com, ocu.com, ruten.com, sdu.com, uhw.com, vgj.com, yey.com, yjx.com, ylz.com, and yte.com.  *See* Exhibit A.  Service was sent to the e-mail and postal addresses provided by the registrants to the registrars on May 19, 2016.  *Id*.

Date:   June 1, 2016

                                                Respectfully,

                                                 /s/
                                                Rebecca J. Stempien Coyle
                                                (VSB# 71483)
                                                Counsel for the Plaintiff
                                                **Associated Recovery, LLC**
                                                LEVY & GRANDINETTI
                                                1120 Connecticut Avenue, N.W., Suite 304
                                                Washington, D.C. 20036
                                                Telephone (202) 429-4560
                                                Facsimile (202) 429-4564
                                                mail@levygrandinetti.com

## **CERTIFICATE OF SERVICE**

     I, Rebecca J. Stempien Coyle, certify that on June 1, 2016, I electronically filed the foregoing PLAINTIFF'S NOTICE OF SERVICE by using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

          Claire M. Maddox
          DENTONS US LLP
          1900 K Street, N.W.
          Washington, D.C. 20006
          claire.maddox@dentons.com

          /s/
          Rebecca J. Stempien Coyle  (VSB# 71483)
          Counsel for the Plaintiff
          **Associated Recovery, LLC**
          LEVY & GRANDINETTI
          1120 Connecticut Avenue, N.W., Suite 304
          Washington, D.C. 20036
          Telephone (202) 429-4560
          Facsimile (202) 429-4564
          mail@levygrandinetti.com