# EXHIBIT 1

# Paul Grandinetti

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Thursday, December 31, 2015 2:09 PM |
| **To:** | suchang1978@yahoo.com |
| **Subject:** | U.S. Federal In Rem Action Filed in Regard to Domain Name JTZ.COM |
| **Attachments:** | Complaint_123115_Exhibits.pdf; Complaint_123115_Stamped.pdf |

Dear Sirs:

The attached Complaint has been filed in the United States District Court for the Eastern District of Virginia regarding this domain name.

Pursuant to 15 USC 1125(d)(2)(A) we are providing you with notice of the Plaintiff's intent to proceed in rem in this action.

If you have any facts or law regarding this matter that you believe we should be made aware of, please let us know.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

**LEVY & GRANDINETTI**
1120 CONNECTICUT AVENUE, N.W., SUITE 304
WASHINGTON, D.C. 20036

TELEPHONE: (202) 429-4560
FACSIMILE: (202) 429-4564
E-MAIL: mail@levygrandinetti.com

December 31, 2015

**VIA AIR MAIL**

Liuming
Chang Su
A2-505 Linhai Mountain Villa
ShenShen 518003
China

                  Re:    Domain Name JTZ.COM
                          E.D. Va. Civil Action No. 1:15-cv-1723 (AJF/JFA)

Dear Sir or Madam:

    Enclosed is the first page of a complaint filed in the United States District Court for the Eastern District of Virginia regarding this domain name. We have sent a full copy of the complaint as filed to you via electronic mail. If you did not receive the ful copy, please let us know.

    Pursuant to 15 U.S.C. § 1125(d)(2)(A) we are providing you with notice of the Plaintiff's intent to proceed *in rem* in this action.

    If you have any facts or law regarding this matter that you believe we should be made aware of, please let us know.

                                            Regards,

                                            Rebecca J. Stempien Coyle

RJSC:elb
Enclosure