# EXHIBIT 2

# Paul Grandinetti

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Wednesday, January 20, 2016 6:10 PM |
| **To:** | jerolior@gmail.com |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723 |
| **Attachments:** | Dkt 3 - Motion for Order to Publish Action.pdf; Dkt 3 - Motion for Order to Publish Action_Proposed Order.pdf; Dkt 4 - Memo in Support of Motion for Order to Publish Action.pdf; Dkt 4 - Memo in Support of Motion for Order to Publish Action_Coyle Decl with Attachments.pdf; Dkt 5 - Waiver of Hearing for Motion for Order to Publish Action.pdf |

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

# Paul Grandinetti

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Tuesday, February 16, 2016 2:32 PM |
| **To:** | jerolior@gmail.com |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Notice of Publication |
| **Attachments:** | Dtk 7 - Coyle Declaration in Support of Publication.pdf; Dtk 7 - Notice of Declaration in Support of Publication.pdf |

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

# Paul Grandinetti

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Thursday, February 25, 2016 3:55 PM |
| **To:** | jerolior@gmail.com |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Request for Entry of Clerk's Default |
| **Attachments:** | Dkt 9 - Request Entry Default.pdf; Dkt 9 - Decl in Support.pdf |

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

# Paul Grandinetti

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Friday, March 4, 2016 7:32 PM |
| **To:** | 'jerolior@gmail.com' |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Motion for Default Judgment |
| **Attachments:** | Dkt 18 - Notice of Hearing for Defaul Judgment Motion.pdf; Dkt 17-2 - Proposed Order.pdf; Dkt 17-1 - Decl in Support of Default Memo.pdf; Dkt 17 - Memo in Support of Motion for Default Judgment.pdf; Dkt 16 - Motion for Default Judgment.pdf |

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
Suite 304
1120 Connecticut Ave NW
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

1

# Paul Grandinetti

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Wednesday, March 9, 2016 6:49 PM |
| **To:** | 'jerolior@gmail.com' |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Request for Continuance and Response to Motion to Set Aside Default |
| **Attachments:** | DKt 21 - Decl and Exhibits 1-4.pdf; Dkt 21 - Opposition to Motion to Set Aside Default.pdf; Dkt. 19 - Consent Motion to Continue Hearing on Def Motion to Set Aside Default.pdf; Dkt. 19 - Proposed Order.pdf |

Dear Sirs:

Please see the attached two filings:
(1) Consent Motion for a Continuance of Hearing Date on Certain Defendants' Motion to Set Aside Entry of Default; and
(2) Plaintiff's Opposition to Certain Defendants' Motion to Set Aside the Entry of Default.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

# Paul Grandinetti

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Friday, March 25, 2016 8:27 PM |
| **To:** | jerolior@gmail.com |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Proposed Findings of Fact and Recommendation |
| **Attachments:** | Dkt. 29 - Proposed Findings of Fact and Recommendations.pdf |

Dear Sirs:

Please see the attached Proposed Findings of Fact and Recommendation entered by the Court in this matter.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
Suite 304
1120 Connecticut Ave, NW
Washington, D.C. 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

# Paul Grandinetti

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Tuesday, March 29, 2016 3:48 PM |
| **To:** | jerolior@gmail.com |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Notice of Service |
| **Attachments:** | Dkt 35 - Notice of Service.pdf; Dkt 35 - Exhibit A.pdf |

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
Suite 304
1120 Connecticut Ave, NW
Washington, D.C. 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

# Paul Grandinetti

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Tuesday, April 5, 2016 7:53 PM |
| **To:** | jerolior@gmail.com |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Opposition to Motion to Dismiss or Transfer Venue |
| **Attachments:** | Dkt 36 - Opposition to Motion to Dimiss or Transfer.pdf |

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
Suite 304
1120 Connecticut Ave, NW
Washington, D.C. 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

# Paul Grandinetti

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Thursday, May 19, 2016 8:24 PM |
| **To:** | jerolior@gmail.com |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Order and Judgment |
| **Attachments:** | Dkt 42 - Order Granting Default Judgment.pdf; Dkt 43 - Judgment.pdf; 0-Cert.Svc.EDVA Default Judgment.051916.pdf |

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
Suite 304
1120 Connecticut Ave, NW
Washington, D.C. 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com