# EXHIBIT 3

## CERTIFICATE OF SERVICE

I, Rebecca J. Stempien Coyle, certify that on January 20, 2016, I electronically filed the foregoing PLAINTIFF'S MOTION FOR ORDER TO PUBLISH NOTICE OF ACTION by using the CM/ECF system.

I also sent copies for the following domain names: 744.com, 028.com, 3dcamera.com, fny.com, fx2.com, fxf.com, jtz.com, kgj.com, kmq.com, kou.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, ocu.com, pixie.com, qmh.com, ruten.com, sdu.com, sqg.com, taolv.com, uhw.com, vcz.com, vgj.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, yey.com, ygx.com, yjr.com, yjx.com, ylz.com, yqp.com, yqt.com, yrn.com, yte.com, yyg.com, zdp.com, zhd.com, zulin.com, zzm.com. The copies were sent to the registrants of the domain names at the following postal and e-mail addresses provided by the registrants to the registrars:

> Domain ID Shield Service Co.
> 5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central
> Hong Kong 999077, China
> 745187165637504@domainidshield.com
>
> Liuxiaosheng
> Jiajiahao Building, 18th Floor
> Shenzhen Shi, Guangdong 518000, China
> liuxiaosheng@wrz.com
>
> Taesong Chong
> D-805 Central Star, Bujeon Jin-gu
> Busan 614-030, Korea
> komorijin@gmail.com
>
> Zhiqiangjin
> Hangzou Yiyou Technology Co., Ltd.
> Wenyi Road No. 75
> Hangzhou Shi, Zhejiang 310012, China
> gaodade@gmail.com
>
> XiaoFeng Lin
> 132 Jiuer Road, 5/F
> ShiShi, Fujian 362700, China
> williamlin89@gmail.com

WhoisGuard Protected, WhoisGuard, Inc.
P.O. Box 0823-03411
Panama City, Republic of Panama
15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM

Chang Su, Su Chang
A2-505 Linhai Mountain Villa, Xiameilin Beihuan Road
Shenzhen 518003, China
suchang1978@yahoo.com

LinXiaoFeng
Xi# 215
Quanzhoushi, Fujian 362000, China
williamlin89@gmail.com

WHOIS AGENT, DOMAIN WHOIS PROTECTION SERVICE
17F, No. 138 Zhognshan Avenue
Guangzhou, Guangdong 510000, China
whoisagent@hupo.com

Xiamen eName Network Co., Ltd.
Software Park, Wanghai Road No. 19, 603
Xiamen Shi, Fujian 361000, China
jxslsu0s0x@enamewhois.com
kf94hfkkfm@enamewhois.com
03ur3t0sx@enamewhois.com
cocyn6o88o@enamewhois.com

Xu hao
Shenyang, Liaoning, Zhongguo
Shenyang Shi, Liaoning 200000, China
fisky@foxmail.com

Chenjinwu
Kunming City, Kunming Shi, Yunnan 650024, China
jimiking@qq.com

Whois Privacy Corp.
Ocean Centre, Montagu Foreshore, East Bay Street
Nassau, Bahamas
5435a938ino23cjv@5225b4d0pi3627q9.whoisprivacycorp.com

Zhouhaijian
Zhongdongluwujingzhidui
Li Shui Di Qu, Zhejiang 323000, China
mirong@juxi.com

MillerCHOU
No. 7 DaQiao Southeast Road
Nanjing Shi, Jiangsu 210001, China
miller.chou@gmail.com

Mr. Chen
Fujian, Beijing
Beijing 100824, China
chinaloy@126.com

Wangxinguang
No. 11, Yijingyuan Yinduhuayuan QQ 9307979 Weixin 826527
Jining Shi, Shandong, China 272000
fmhot@126.com

Qinxiaohong
ChongQing QinKing Science Co., Ltd.
Chongqingshiyuzhongqushangqingsimeizhuanxiaojie66.bl802
Chongqing, Chongqing 400015, China
qsky666@hotmail.com

Lvchangbing
Shuiguohu
Wuhan Shi, Hubei 430071, China
3296868@qq.com

Wang Teng
Chikanqu
Zhanjiang Shi, Guangdong 524000, China
gdlzwt@gmail.com

Hanjim
Shenzhen Baoan
Shenzhen Shi, Guangdong 518100, China
mi@190.com

Lixiaoying
Wuyi Dadao
Changsha Shi, Hunan 410000, China
501133@qq.com

Zhangshiwei, zundai.com
Nanjing Shi, Jiangsu 210000, China
zhangzhiwei@sfbm.com

Lu Feng
Jiangjun Avenue 20
Nanjing Shi, Jiangsu 210000, China
jiangcuinj@gmail.com

YinSi BaoHu Yi KaiQi
3/F HiChina Mansion, No. 27 Gulouwai Avenue
Dongcheng District, Beijing 100120, China
YuMing@YinSiBaoHu.AliYun.com

Greggong
Yiheyuan Lu 5 Hao
Beijing 10000, Cina
greggong@outlook.com

Huangxuming, Guangdong United Foods Co., Ltd.
Rongsheng Technology Park, University Road
Shantoushi, Guangdong 515021, China
admin@yjr.com

Linchunmei
Tianhe Ruanjian Yuan
Guangzhou Shi, Guangdong 510665, China
leetwei@126.com

ChenLongshui, Bozong Net.Ltd.
Shenzhen Guangdong
Shenzhen Shi, Guangdong 518000, China
chenls@bzw.cn

Xucaijun
Hangzhou Xiaomai Financial Information Service Co., Ltd.,
4.cn brokers
Hangzhou Shi, Zhejiang 310019, China
kf@midai.com

Lior Navi
Hanasi 6
Haifa 34323, Israel
jerolior@gmail.com

Liuliwei
Xin Gang Xi Lu
Guangzhou Shi, Guangdong 510000, China
reeveliu@hotmail.com

_____/s/_____

Rebecca J. Stempien Coyle
(VSB# 71483)
Counsel for the Plaintiff
**Associated Recovery, LLC**
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W.
Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com

## <u>CERTIFICATE OF SERVICE</u>

I I, Rebecca J. Stempien Coyle, certify that on January 20, 2016, I electronically filed the

foregoing PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR ORDER TO

PUBLISH NOTICE OF ACTION by using the CM/ECF system.

I also sent copies for the following domain names: 744.com, 028.com, 3dcamera.com,

fny.com, fx2.com, fxf.com, jtz.com, kgj.com, kmq.com, kou.com, kxq.com, kxw.com, lnm.com,

luohe.com, meq.com, ocu.com, pixie.com, qmh.com, ruten.com, sdu.com, sqg.com, taolv.com,

uhw.com, vcz.com, vgj.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, yey.com, ygx.com,

yjr.com, yjx.com, ylz.com, yqp.com, yqt.com, yrn.com, yte.com, yyg.com, zdp.com, zhd.com,

zulin.com, zzm.com. The copies were sent to the registrants of the domain names at the

following postal and e-mail addresses provided by the registrants to the registrars:

> Domain ID Shield Service Co.
> 5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central
> Hong Kong 999077, China
> 745187165637504@domainidshield.com
>
> Liuxiaosheng
> Jiajiahao Building, 18th Floor
> Shenzhen Shi, Guangdong 518000, China
> liuxiaosheng@wrz.com
>
> Taesong Chong
> D-805 Central Star, Bujeon Jin-gu
> Busan 614-030, Korea
> komorijin@gmail.com
>
> Zhiqiangjin
> Hangzou Yiyou Technology Co., Ltd.
> Wenyi Road No. 75
> Hangzhou Shi, Zhejiang 310012, China
> gaodade@gmail.com

XiaoFeng Lin
132 Jiuer Road, 5/F
ShiShi, Fujian 362700, China
williamlin89@gmail.com

WhoisGuard Protected, WhoisGuard, Inc.
P.O. Box 0823-03411
Panama City, Republic of Panama
15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM

Chang Su, Su Chang
A2-505 Linhai Mountain Villa, Xiameilin Beihuan Road
Shenzhen 518003, China
suchang1978@yahoo.com

LinXiaoFeng
Xi# 215
Quanzhoushi, Fujian 362000, China
williamlin89@gmail.com

WHOIS AGENT, DOMAIN WHOIS PROTECTION SERVICE
17F, No. 138 Zhognshan Avenue
Guangzhou, Guangdong 510000, China
whoisagent@hupo.com

Xiamen eName Network Co., Ltd.
Software Park, Wanghai Road No. 19, 603
Xiamen Shi, Fujian 361000, China
jxslsu0s0x@enamewhois.com
kf94hfkkfm@enamewhois.com
03ur3t0sx@enamewhois.com
cocyn6o88o@enamewhois.com

Xu hao
Shenyang, Liaoning, Zhongguo
Shenyang Shi, Liaoning 200000, China
fisky@foxmail.com

Chenjinwu
Kunming City, Kunming Shi, Yunnan 650024, China
jimiking@qq.com

Whois Privacy Corp.
Ocean Centre, Montagu Foreshore, East Bay Street
Nassau, Bahamas
5435a938ino23cjv@5225b4d0pi3627q9.whoisprivacycorp.com

Zhouhaijian
Zhongdongluwujingzhidui
Li Shui Di Qu, Zhejiang 323000, China
mirong@juxi.com

MillerCHOU
No. 7 DaQiao Southeast Road
Nanjing Shi, Jiangsu 210001, China
miller.chou@gmail.com

Mr. Chen
Fujian, Beijing
Beijing 100824, China
chinaloy@126.com

Wangxinguang
No. 11, Yijingyuan Yinduhuayuan QQ 9307979 Weixin 826527
Jining Shi, Shandong, China 272000
fmhot@126.com

Qinxiaohong
ChongQing QinKing Science Co., Ltd.
Chongqingshiyuzhongqushangqingsimeizhuanxiaojie66.bl802
Chongqing, Chongqing 400015, China
qsky666@hotmail.com

Lvchangbing
Shuiguohu
Wuhan Shi, Hubei 430071, China
3296868@qq.com

Wang Teng
Chikanqu
Zhanjiang Shi, Guangdong 524000, China
gdlzwt@gmail.com

Hanjim
Shenzhen Baoan
Shenzhen Shi, Guangdong 518100, China
mi@190.com

Lixiaoying
Wuyi Dadao
Changsha Shi, Hunan 410000, China
501133@qq.com

Zhangshiwei, zundai.com
Nanjing Shi, Jiangsu 210000, China
zhangzhiwei@sfbm.com

Lu Feng
Jiangjun Avenue 20
Nanjing Shi, Jiangsu 210000, China
jiangcuinj@gmail.com

YinSi BaoHu Yi KaiQi
3/F HiChina Mansion, No. 27 Gulouwai Avenue
Dongcheng District, Beijing 100120, China
YuMing@YinSiBaoHu.AliYun.com

Greggong
Yiheyuan Lu 5 Hao
Beijing 10000, Cina
greggong@outlook.com

Huangxuming, Guangdong United Foods Co., Ltd.
Rongsheng Technology Park, University Road
Shantoushi, Guangdong 515021, China
admin@yjr.com

Linchunmei
Tianhe Ruanjian Yuan
Guangzhou Shi, Guangdong 510665, China
leetwei@126.com

ChenLongshui, Bozong Net.Ltd.
Shenzhen Guangdong
Shenzhen Shi, Guangdong 518000, China
chenls@bzw.cn

Xucaijun
Hangzhou Xiaomai Financial Information Service Co., Ltd.,
4.cn brokers
Hangzhou Shi, Zhejiang 310019, China
kf@midai.com

Lior Navi
Hanasi 6
Haifa 34323, Israel
jerolior@gmail.com

Liuliwei
Xin Gang Xi Lu
Guangzhou Shi, Guangdong 510000, China
reeveliu@hotmail.com

_____/s/_____

Rebecca J. Stempien Coyle
(VSB# 71483)
Counsel for the Plaintiff
**Associated Recovery, LLC**
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W.
Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com

**CERTIFICATE OF SERVICE**

I, Rebecca J. Stempien Coyle, certify that on January 20, 2016, I electronically filed the foregoing PLAINTIFF'S NOTICE OF WAIVER by using the CM/ECF system.

I also sent copies for the following domain names: 744.com, 028.com, 3dcamera.com, fny.com, fx2.com, fxf.com, jtz.com, kgj.com, kmq.com, kou.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, ocu.com, pixie.com, qmh.com, ruten.com, sdu.com, sqg.com, taolv.com, uhw.com, vcz.com, vgj.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, yey.com, ygx.com, yjr.com, yjx.com, ylz.com, yqp.com, yqt.com, yrn.com, yte.com, yyg.com, zdp.com, zhd.com, zulin.com, and zzm.com. The copies were sent to the registrants of the domain names at the following postal and e-mail addresses provided by the registrants to the registrars:

Domain ID Shield Service Co.
5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central
Hong Kong 999077, China
745187165637504@domainidshield.com

Liuxiaosheng
Jiajiahao Building, 18th Floor
Shenzhen Shi, Guangdong 518000, China
liuxiaosheng@wrz.com

Taesong Chong
D-805 Central Star, Bujeon Jin-gu
Busan 614-030, Korea
komorijin@gmail.com

Zhiqiangjin
Hangzou Yiyou Technology Co., Ltd.
Wenyi Road No. 75
Hangzhou Shi, Zhejiang 310012, China
gaodade@gmail.com

XiaoFeng Lin
132 Jiuer Road, 5/F
ShiShi, Fujian 362700, China
williamlin89@gmail.com

WhoisGuard Protected, WhoisGuard, Inc.
P.O. Box 0823-03411
Panama City, Republic of Panama
15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM

Chang Su, Su Chang
A2-505 Linhai Mountain Villa, Xiameilin Beihuan Road
Shenzhen 518003, China
suchang1978@yahoo.com

LinXiaoFeng
Xi# 215
Quanzhoushi, Fujian 362000, China
williamlin89@gmail.com

WHOIS AGENT, DOMAIN WHOIS PROTECTION SERVICE
17F, No. 138 Zhognshan Avenue
Guangzhou, Guangdong 510000, China
whoisagent@hupo.com

Xiamen eName Network Co., Ltd.
Software Park, Wanghai Road No. 19, 603
Xiamen Shi, Fujian 361000, China
jxslsu0s0x@enamewhois.com
kf94hfkkfm@enamewhois.com
03ur3t0sx@enamewhois.com
cocyn6o88o@enamewhois.com

Xu hao
Shenyang, Liaoning, Zhongguo
Shenyang Shi, Liaoning 200000, China
fisky@foxmail.com

Chenjinwu
Kunming City, Kunming Shi, Yunnan 650024, China
jimiking@qq.com

Whois Privacy Corp.
Ocean Centre, Montagu Foreshore, East Bay Street
Nassau, Bahamas
5435a938ino23cjv@5225b4d0pi3627q9.whoisprivacycorp.com

Zhouhaijian
Zhongdongluwujingzhidui
Li Shui Di Qu, Zhejiang 323000, China
mirong@juxi.com

MillerCHOU
No. 7 DaQiao Southeast Road
Nanjing Shi, Jiangsu 210001, China
miller.chou@gmail.com

Mr. Chen
Fujian, Beijing
Beijing 100824, China
chinaloy@126.com

Wangxinguang
No. 11, Yijingyuan Yinduhuayuan QQ 9307979 Weixin 826527
Jining Shi, Shandong, China 272000
fmhot@126.com

Qinxiaohong
ChongQing QinKing Science Co., Ltd.
Chongqingshiyuzhongqushangqingsimeizhuanxiaojie66.bl802
Chongqing, Chongqing 400015, China
qsky666@hotmail.com

Lvchangbing
Shuiguohu
Wuhan Shi, Hubei 430071, China
3296868@qq.com

Wang Teng
Chikanqu
Zhanjiang Shi, Guangdong 524000, China
gdlzwt@gmail.com

Hanjim
Shenzhen Baoan
Shenzhen Shi, Guangdong 518100, China
mi@190.com

Lixiaoying
Wuyi Dadao
Changsha Shi, Hunan 410000, China
501133@qq.com

Zhangshiwei, zundai.com
Nanjing Shi, Jiangsu 210000, China
zhangzhiwei@sfbm.com

Lu Feng
Jiangjun Avenue 20
Nanjing Shi, Jiangsu 210000, China
jiangcuinj@gmail.com

YinSi BaoHu Yi KaiQi
3/F HiChina Mansion, No. 27 Gulouwai Avenue
Dongcheng District, Beijing 100120, China
YuMing@YinSiBaoHu.AliYun.com

Greggong
Yiheyuan Lu 5 Hao
Beijing 10000, Cina
greggong@outlook.com

Huangxuming, Guangdong United Foods Co., Ltd.
Rongsheng Technology Park, University Road
Shantoushi, Guangdong 515021, China
admin@yjr.com

Linchunmei
Tianhe Ruanjian Yuan
Guangzhou Shi, Guangdong 510665, China
leetwei@126.com

ChenLongshui, Bozong Net.Ltd.
Shenzhen Guangdong
Shenzhen Shi, Guangdong 518000, China
chenls@bzw.cn

Xucaijun
Hangzhou Xiaomai Financial Information Service Co., Ltd.,
4.cn brokers
Hangzhou Shi, Zhejiang 310019, China
kf@midai.com

Lior Navi
Hanasi 6
Haifa 34323, Israel
jerolior@gmail.com

Liuliwei
Xin Gang Xi Lu
Guangzhou Shi, Guangdong 510000, China
reeveliu@hotmail.com

_____/s/_____

Rebecca J. Stempien Coyle
(VSB# 71483)
Counsel for the Plaintiff
**Associated Recovery, LLC**
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W.
Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com

## CERTIFICATE OF SERVICE

I, Rebecca J. Stempien Coyle, certify that on February 16, 2016, I electronically filed the foregoing PLAINTIFF'S NOTICE OF DECLARATION REGARDING PUBLICATION by using the CM/ECF system.

I also sent copies for the following domain names: 744.com, 028.com, 3dcamera.com, fny.com, fx2.com, fxf.com, jtz.com, kgj.com, kmq.com, kou.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, ocu.com, pixie.com, qmh.com, ruten.com, sdu.com, sqg.com, taolv.com, uhw.com, vcz.com, vgj.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, yey.com, ygx.com, yjr.com, yjx.com, ylz.com, yqp.com, yqt.com, yrn.com, yte.com, yyg.com, zdp.com, zhd.com, zulin.com, and zzm.com. The copies were sent to the registrants of the domain names at the following postal and e-mail addresses provided by the registrants to the registrars:

Domain ID Shield Service Co.
5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central
Hong Kong 999077, China
745187165637504@domainidshield.com

Liuxiaosheng
Jiajiahao Building, 18th Floor
Shenzhen Shi, Guangdong 518000, China
liuxiaosheng@wrz.com

Taesong Chong
D-805 Central Star, Bujeon Jin-gu
Busan 614-030, Korea
komorijin@gmail.com

Zhiqiangjin
Hangzou Yiyou Technology Co., Ltd.
Wenyi Road No. 75
Hangzhou Shi, Zhejiang 310012, China
gaodade@gmail.com

XiaoFeng Lin
132 Jiuer Road, 5/F
ShiShi, Fujian 362700, China
williamlin89@gmail.com

WhoisGuard Protected, WhoisGuard, Inc.
P.O. Box 0823-03411
Panama City, Republic of Panama
15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM

Chang Su, Su Chang
A2-505 Linhai Mountain Villa, Xiameilin Beihuan Road
Shenzhen 518003, China
suchang1978@yahoo.com

LinXiaoFeng
Xi# 215
Quanzhoushi, Fujian 362000, China
williamlin89@gmail.com

WHOIS AGENT, DOMAIN WHOIS PROTECTION SERVICE
17F, No. 138 Zhognshan Avenue
Guangzhou, Guangdong 510000, China
whoisagent@hupo.com

Xiamen eName Network Co., Ltd.
Software Park, Wanghai Road No. 19, 603
Xiamen Shi, Fujian 361000, China
jxslsu0s0x@enamewhois.com
kf94hfkkfm@enamewhois.com
03ur3t0sx@enamewhois.com
cocyn6o88o@enamewhois.com

Xu hao
Shenyang, Liaoning, Zhongguo
Shenyang Shi, Liaoning 200000, China
fisky@foxmail.com

Chenjinwu
Kunming City, Kunming Shi, Yunnan 650024, China
jimiking@qq.com

Whois Privacy Corp.
Ocean Centre, Montagu Foreshore, East Bay Street
Nassau, Bahamas
5435a938ino23cjv@5225b4d0pi3627q9.whoisprivacycorp.com

Zhouhaijian
Zhongdongluwujingzhidui
Li Shui Di Qu, Zhejiang 323000, China
mirong@juxi.com

MillerCHOU
No. 7 DaQiao Southeast Road
Nanjing Shi, Jiangsu 210001, China
miller.chou@gmail.com

Mr. Chen
Fujian, Beijing
Beijing 100824, China
chinaloy@126.com

Wangxinguang
No. 11, Yijingyuan Yinduhuayuan QQ 9307979 Weixin 826527
Jining Shi, Shandong, China 272000
fmhot@126.com

Qinxiaohong
ChongQing QinKing Science Co., Ltd.
Chongqingshiyuzhongqushangqingsimeizhuanxiaojie66.bl802
Chongqing, Chongqing 400015, China
qsky666@hotmail.com

Lvchangbing
Shuiguohu
Wuhan Shi, Hubei 430071, China
3296868@qq.com

Wang Teng
Chikanqu
Zhanjiang Shi, Guangdong 524000, China
gdlzwt@gmail.com

Hanjim
Shenzhen Baoan
Shenzhen Shi, Guangdong 518100, China
mi@190.com
Lixiaoying

Wuyi Dadao
Changsha Shi, Hunan 410000, China
501133@qq.com

Zhangshiwei, zundai.com
Nanjing Shi, Jiangsu 210000, China
zhangzhiwei@sfbm.com

Lu Feng
Jiangjun Avenue 20
Nanjing Shi, Jiangsu 210000, China
jiangcuinj@gmail.com

YinSi BaoHu Yi KaiQi
3/F HiChina Mansion, No. 27 Gulouwai Avenue
Dongcheng District, Beijing 100120, China
YuMing@YinSiBaoHu.AliYun.com

Greggong
Yiheyuan Lu 5 Hao
Beijing 10000, Cina
greggong@outlook.com

Huangxuming, Guangdong United Foods Co., Ltd.
Rongsheng Technology Park, University Road
Shantoushi, Guangdong 515021, China
admin@yjr.com

Linchunmei
Tianhe Ruanjian Yuan
Guangzhou Shi, Guangdong 510665, China
leetwei@126.com

ChenLongshui, Bozong Net. Ltd.
Shenzhen Guangdong
Shenzhen Shi, Guangdong 518000, China
chenls@bzw.cn

Xucaijun
Hangzhou Xiaomai Financial Information Service Co., Ltd.,
4.cn brokers
Hangzhou Shi, Zhejiang 310019, China
kf@midai.com

Lior Navi
Hanasi 6

Haifa 34323, Israel
jerolior@gmail.com

Liuliwei
Xin Gang Xi Lu
Guangzhou Shi, Guangdong 510000, China
reeveliu@hotmail.com



_____/s/_____

Rebecca J. Stempien Coyle
(VSB# 71483)
Counsel for the Plaintiff
**Associated Recovery, LLC**
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W.
Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com

## CERTIFICATE OF SERVICE

I, Rebecca J. Stempien Coyle, certify that on February 25, 2016, I electronically filed the

foregoing PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT by using the

CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Claire M. Maddox
> DENTONS US LLP
> 1900 K Street, N.W.
> Washington, D.C. 20006
> claire.maddox@dentons.com

I also sent copies for the following domain names: 744.com, 3dcamera.com, fny.com,

fxf.com, jtz.com, kou.com, ocu.com, ruten.com, sdu.com, uhw.com, vcz.com, vgj.com, yey.com,

yjx.com, ylz.com, yrn.com, yte.com, yyg.com, zhd.com, and zulin.com. The copies were sent to

the registrants of the domain names at the following postal and e-mail addresses provided by the

registrants to the registrars:

> Domain ID Shield Service Co.
> 5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central
> Hong Kong 999077, China
> 745187165637504@domainidshield.com
>
> Taesong Chong
> D-805 Central Star, Bujeon Jin-gu
> Busan 614-030, Korea
> komorijin@gmail.com
>
> Zhiqiangjin
> Hangzou Yiyou Technology Co., Ltd.
> Wenyi Road No. 75
> Hangzhou Shi, Zhejiang 310012, China
> gaodade@gmail.com
>
> WhoisGuard Protected, WhoisGuard, Inc.
> P.O. Box 0823-03411
> Panama City, Republic of Panama
> 15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM

Chang Su, Su Chang
A2-505 Linhai Mountain Villa, Xiameilin Beihuan Road
Shenzhen 518003, China
suchang1978@yahoo.com

WHOIS AGENT, DOMAIN WHOIS PROTECTION SERVICE
17F, No. 138 Zhognshan Avenue
Guangzhou, Guangdong 510000, China
whoisagent@hupo.com

Xiamen eName Network Co., Ltd.
Software Park, Wanghai Road No. 19, 603
Xiamen Shi, Fujian 361000, China
kf94hfkkfm@enamewhois.com
03ur3t0sx@enamewhois.com

Whois Privacy Corp.
Ocean Centre, Montagu Foreshore, East Bay Street
Nassau, Bahamas
5435a938ino23cjv@5225b4d0pi3627q9.whoisprivacycorp.com

Mr. Chen
Fujian, Beijing
Beijing 100824, China
chinaloy@126.com

Wangxinguang
No. 11, Yijingyuan Yinduhuayuan QQ 9307979 Weixin 826527
Jining Shi, Shandong, China 272000
fmhot@126.com

Lvchangbing
Shuiguohu
Wuhan Shi, Hubei 430071, China
3296868@qq.com

Wang Teng
Chikanqu
Zhanjiang Shi, Guangdong 524000, China
gdlzwt@gmail.com

YinSi BaoHu Yi KaiQi
3/F HiChina Mansion, No. 27 Gulouwai Avenue
Dongcheng District, Beijing 100120, China
YuMing@YinSiBaoHu.AliYun.com

Linchunmei
Tianhe Ruanjian Yuan
Guangzhou Shi, Guangdong 510665, China
leetwei@126.com

ChenLongshui, Bozong Net. Ltd.
Shenzhen Guangdong
Shenzhen Shi, Guangdong 518000, China
chenls@bzw.cn

Xucaijun
Hangzhou Xiaomai Financial Information Service Co., Ltd.,
4.cn brokers
Hangzhou Shi, Zhejiang 310019, China
kf@midai.com

Lior Navi
Hanasi 6
Haifa 34323, Israel
jerolior@gmail.com

Liuliwei
Xin Gang Xi Lu
Guangzhou Shi, Guangdong 510000, China
reeveliu@hotmail.com

    /s/

Rebecca J. Stempien Coyle
(VSB# 71483)
Counsel for the Plaintiff
**Associated Recovery, LLC**
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W.
Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com

## CERTIFICATE OF SERVICE

I, Rebecca J. Stempien Coyle, certify that on March 4, 2016, I electronically filed the

foregoing PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT by using the CM/ECF

system, which will then send a notification of such filing (NEF) to the following:

> Claire M. Maddox
> DENTONS US LLP
> 1900 K Street, N.W.
> Washington, D.C. 20006
> claire.maddox@dentons.com

I also sent copies for the following domain names: 744.com, 3dcamera.com, fxf.com,

jtz.com, kou.com, ocu.com, ruten.com, sdu.com, uhw.com, vgj.com, yey.com, yjx.com, ylz.com,

and yte.com. The copies were sent to the registrants of the domain names by e-mail on March 4,

2016, and by air mail on March 7, 2016, at the following postal and e-mail addresses provided

by the registrants to the registrars:

> Domain ID Shield Service Co.
> 5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central
> Hong Kong 999077, China
> 745187165637504@domainidshield.com

> Taesong Chong
> D-805 Central Star, Bujeon Jin-gu
> Busan 614-030, Korea
> komorijin@gmail.com

> WhoisGuard Protected, WhoisGuard, Inc.
> P.O. Box 0823-03411
> Panama City, Republic of Panama
> 15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM

Chang Su, Su Chang
A2-505 Linhai Mountain Villa, Xiameilin Beihuan Road
Shenzhen 518003, China
suchang1978@yahoo.com

WHOIS AGENT, DOMAIN WHOIS PROTECTION SERVICE
17F, No. 138 Zhognshan Avenue
Guangzhou, Guangdong 510000, China
whoisagent@hupo.com

Xiamen eName Network Co., Ltd.
Software Park, Wanghai Road No. 19, 603
Xiamen Shi, Fujian 361000, China
kf94hfkkfm@enamewhois.com
03ur3t0sx@enamewhois.com

Whois Privacy Corp.
Ocean Centre, Montagu Foreshore, East Bay Street
Nassau, Bahamas
5435a938ino23cjv@5225b4d0pi3627q9.whoisprivacycorp.com

Mr. Chen
Fujian, Beijing
Beijing 100824, China
chinaloy@126.com

Lvchangbing
Shuiguohu
Wuhan Shi, Hubei 430071, China
3296868@qq.com

YinSi BaoHu Yi KaiQi
3/F HiChina Mansion, No. 27 Gulouwai Avenue
Dongcheng District, Beijing 100120, China
YuMing@YinSiBaoHu.AliYun.com

Linchunmei
Tianhe Ruanjian Yuan
Guangzhou Shi, Guangdong 510665, China
leetwei@126.com

ChenLongshui, Bozong Net. Ltd.
Shenzhen Guangdong
Shenzhen Shi, Guangdong 518000, China
chenls@bzw.cn
Lior Navi

Hanasi 6
Haifa 34323, Israel
jerolior@gmail.com

                                /s/
                              Rebecca J. Stempien Coyle  (VSB# 71483)
                              Counsel for the Plaintiff
                              **Associated Recovery, LLC**
                              LEVY & GRANDINETTI
                              1120 Connecticut Avenue, N.W., Suite 304
                              Washington, D.C. 20036
                              Telephone (202) 429-4560
                              Facsimile (202) 429-4564
                              mail@levygrandinetti.com

## CERTIFICATE OF SERVICE

I, Rebecca J. Stempien Coyle, certify that on March 4, 2016, I electronically filed the

foregoing PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

OF MOTION FOR DEFAULT JUDGMENT by using the CM/ECF system, which will then

send a notification of such filing (NEF) to the following:

> Claire M. Maddox
> DENTONS US LLP
> 1900 K Street, N.W.
> Washington, D.C. 20006
> claire.maddox@dentons.com

I also sent copies for the following domain names: 744.com, 3dcamera.com, fxf.com,

jtz.com, kou.com, ocu.com, ruten.com, sdu.com, uhw.com, vgj.com, yey.com, yjx.com, ylz.com,

and yte.com. The copies were sent to the registrants of the domain names by e-mail on March 4,

2016, and by air mail on March 7, 2016, at the following postal and e-mail addresses provided

by the registrants to the registrars:

> Domain ID Shield Service Co.
> 5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central
> Hong Kong 999077, China
> 745187165637504@domainidshield.com

> Taesong Chong
> D-805 Central Star, Bujeon Jin-gu
> Busan 614-030, Korea
> komorijin@gmail.com

> WhoisGuard Protected, WhoisGuard, Inc.
> P.O. Box 0823-03411
> Panama City, Republic of Panama
> 15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM

Chang Su, Su Chang
A2-505 Linhai Mountain Villa, Xiameilin Beihuan Road
Shenzhen 518003, China
suchang1978@yahoo.com

WHOIS AGENT, DOMAIN WHOIS PROTECTION SERVICE
17F, No. 138 Zhognshan Avenue
Guangzhou, Guangdong 510000, China
whoisagent@hupo.com

Xiamen eName Network Co., Ltd.
Software Park, Wanghai Road No. 19, 603
Xiamen Shi, Fujian 361000, China
kf94hfkkfm@enamewhois.com
03ur3t0sx@enamewhois.com

Whois Privacy Corp.
Ocean Centre, Montagu Foreshore, East Bay Street
Nassau, Bahamas
5435a938ino23cjv@5225b4d0pi3627q9.whoisprivacycorp.com

Mr. Chen
Fujian, Beijing
Beijing 100824, China
chinaloy@126.com

Lvchangbing
Shuiguohu
Wuhan Shi, Hubei 430071, China
3296868@qq.com

YinSi BaoHu Yi KaiQi
3/F HiChina Mansion, No. 27 Gulouwai Avenue
Dongcheng District, Beijing 100120, China
YuMing@YinSiBaoHu.AliYun.com

Linchunmei
Tianhe Ruanjian Yuan
Guangzhou Shi, Guangdong 510665, China
leetwei@126.com

ChenLongshui, Bozong Net. Ltd.
Shenzhen Guangdong
Shenzhen Shi, Guangdong 518000, China
chenls@bzw.cn
Lior Navi

Hanasi 6
Haifa 34323, Israel
jerolior@gmail.com

_____/s/_____
Rebecca J. Stempien Coyle  (VSB# 71483)
Counsel for the Plaintiff
**Associated Recovery, LLC**
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W., Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com

# CERTIFICATE OF SERVICE

I, Rebecca J. Stempien Coyle, certify that on March 4, 2016, I electronically filed the

foregoing PLAINTIFF'S NOTICE OF HEARING by using the CM/ECF system, which will

then send a notification of such filing (NEF) to the following:

> Claire M. Maddox
> DENTONS US LLP
> 1900 K Street, N.W.
> Washington, D.C. 20006
> claire.maddox@dentons.com

I also sent copies for the following domain names: 744.com, 3dcamera.com, fxf.com,

jtz.com, kou.com, ocu.com, ruten.com, sdu.com, uhw.com, vgj.com, yey.com, yjx.com, ylz.com,

and yte.com. The copies were sent to the registrants of the domain names by e-mail on March 4,

2016, and by air mail on March 7, 2016, at the following postal and e-mail addresses provided

by the registrants to the registrars:

> Domain ID Shield Service Co.
> 5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central
> Hong Kong 999077, China
> 745187165637504@domainidshield.com

> Taesong Chong
> D-805 Central Star, Bujeon Jin-gu
> Busan 614-030, Korea
> komorijin@gmail.com

> WhoisGuard Protected, WhoisGuard, Inc.
> P.O. Box 0823-03411
> Panama City, Republic of Panama
> 15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM

Chang Su, Su Chang
A2-505 Linhai Mountain Villa, Xiameilin Beihuan Road
Shenzhen 518003, China
suchang1978@yahoo.com

WHOIS AGENT, DOMAIN WHOIS PROTECTION SERVICE
17F, No. 138 Zhognshan Avenue
Guangzhou, Guangdong 510000, China
whoisagent@hupo.com

Xiamen eName Network Co., Ltd.
Software Park, Wanghai Road No. 19, 603
Xiamen Shi, Fujian 361000, China
kf94hfkkfm@enamewhois.com
03ur3t0sx@enamewhois.com

Whois Privacy Corp.
Ocean Centre, Montagu Foreshore, East Bay Street
Nassau, Bahamas
5435a938ino23cjv@5225b4d0pi3627q9.whoisprivacycorp.com

Mr. Chen
Fujian, Beijing
Beijing 100824, China
chinaloy@126.com

Lvchangbing
Shuiguohu
Wuhan Shi, Hubei 430071, China
3296868@qq.com

YinSi BaoHu Yi KaiQi
3/F HiChina Mansion, No. 27 Gulouwai Avenue
Dongcheng District, Beijing 100120, China
YuMing@YinSiBaoHu.AliYun.com

Linchunmei
Tianhe Ruanjian Yuan
Guangzhou Shi, Guangdong 510665, China
leetwei@126.com

ChenLongshui, Bozong Net. Ltd.
Shenzhen Guangdong
Shenzhen Shi, Guangdong 518000, China
chenls@bzw.cn
Lior Navi

Hanasi 6
Haifa 34323, Israel
jerolior@gmail.com

                        /s/

Rebecca J. Stempien Coyle  (VSB# 71483)
Counsel for the Plaintiff
**Associated Recovery, LLC**
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W., Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com

## CERTIFICATE OF SERVICE

I, Rebecca J. Stempien Coyle, certify that on March 9, 2016, I electronically filed the foregoing PLAINTIFF'S OPPOSITION TO CERTAIN DEFENDANTS' MOTION TO SET ASIDE THE ENTRY OF DEFAULT by using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Claire M. Maddox
> DENTONS US LLP
> 1900 K Street, N.W.
> Washington, D.C. 20006
> claire.maddox@dentons.com

I also sent copies for the following domain names: 744.com, 3dcamera.com, fxf.com, jtz.com, kou.com, ocu.com, ruten.com, sdu.com, uhw.com, vgj.com, yey.com, yjx.com, ylz.com, and yte.com. The copies were sent to the registrants of the domain names by e-mail and air mail on March 9, 2016, at the following postal and e-mail addresses provided by the registrants to the registrars:

> Domain ID Shield Service Co.
> 5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central
> Hong Kong 999077, China
> 745187165637504@domainidshield.com

> Taesong Chong
> D-805 Central Star, Bujeon Jin-gu
> Busan 614-030, Korea
> komorijin@gmail.com

> WhoisGuard Protected, WhoisGuard, Inc.
> P.O. Box 0823-03411
> Panama City, Republic of Panama
> 15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM

Chang Su, Su Chang
A2-505 Linhai Mountain Villa, Xiameilin Beihuan Road
Shenzhen 518003, China
suchang1978@yahoo.com

WHOIS AGENT, DOMAIN WHOIS PROTECTION SERVICE
17F, No. 138 Zhognshan Avenue
Guangzhou, Guangdong 510000, China
whoisagent@hupo.com

Xiamen eName Network Co., Ltd.
Software Park, Wanghai Road No. 19, 603
Xiamen Shi, Fujian 361000, China
kf94hfkkfm@enamewhois.com
03ur3t0sx@enamewhois.com

Whois Privacy Corp.
Ocean Centre, Montagu Foreshore, East Bay Street
Nassau, Bahamas
5435a938ino23cjv@5225b4d0pi3627q9.whoisprivacycorp.com

Mr. Chen
Fujian, Beijing
Beijing 100824, China
chinaloy@126.com

Lvchangbing
Shuiguohu
Wuhan Shi, Hubei 430071, China
3296868@qq.com

YinSi BaoHu Yi KaiQi
3/F HiChina Mansion, No. 27 Gulouwai Avenue
Dongcheng District, Beijing 100120, China
YuMing@YinSiBaoHu.AliYun.com

Linchunmei
Tianhe Ruanjian Yuan
Guangzhou Shi, Guangdong 510665, China
leetwei@126.com

ChenLongshui, Bozong Net. Ltd.
Shenzhen Guangdong
Shenzhen Shi, Guangdong 518000, China
chenls@bzw.cn
Lior Navi

Hanasi 6
Haifa 34323, Israel
jerolior@gmail.com

                              /s/
                            Rebecca J. Stempien Coyle  (VSB# 71483)
                            Counsel for the Plaintiff
                            **Associated Recovery, LLC**
                            LEVY & GRANDINETTI
                            1120 Connecticut Avenue, N.W., Suite 304
                            Washington, D.C. 20036
                            Telephone (202) 429-4560
                            Facsimile (202) 429-4564
                            mail@levygrandinetti.com

13

## CERTIFICATE OF SERVICE

I, Rebecca J. Stempien Coyle, certify that on March 25, 2016, I served copies of the

foregoing PROPOSED FINDINGS OF FACT AND RECOMMENDATIONS for the following

domain names:  744.com, 3dcamera.com, fxf.com, jtz.com, kou.com, ocu.com, ruten.com,

sdu.com, uhw.com, vgj.com, yey.com, yjx.com, ylz.com, and yte.com.  The copies were sent to

the registrants of the domain names by e-mail and by air mail at the following e-mail and postal

addresses provided by the registrants to the registrars:

> Domain ID Shield Service Co.
> 5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central
> Hong Kong 999077, China
> 745187165637504@domainidshield.com
>
> Taesong Chong
> D-805 Central Star, Bujeon Jin-gu
> Busan 614-030, Korea
> komorijin@gmail.com
>
> WhoisGuard Protected, WhoisGuard, Inc.
> P.O. Box 0823-03411
> Panama City, Republic of Panama
> 15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM
>
> Chang Su, Su Chang
> A2-505 Linhai Mountain Villa, Xiameilin Beihuan Road
> Shenzhen 518003, China
> suchang1978@yahoo.com
>
> WHOIS AGENT, DOMAIN WHOIS PROTECTION SERVICE
> 17F, No. 138 Zhognshan Avenue
> Guangzhou, Guangdong 510000, China
> whoisagent@hupo.com
>
> Xiamen eName Network Co., Ltd.
> Software Park, Wanghai Road No. 19, 603
> Xiamen Shi, Fujian 361000, China
> kf94hfkkfm@enamewhois.com
> 03ur3t0sx@enamewhois.com

Whois Privacy Corp.
Ocean Centre, Montagu Foreshore, East Bay Street
Nassau, Bahamas
5435a938ino23cjv@5225b4d0pi3627q9.whoisprivacycorp.com

Mr. Chen
Fujian, Beijing
Beijing 100824, China
chinaloy@126.com

Lvchangbing
Shuiguohu
Wuhan Shi, Hubei 430071, China
3296868@qq.com

YinSi BaoHu Yi KaiQi
3/F HiChina Mansion, No. 27 Gulouwai Avenue
Dongcheng District, Beijing 100120, China
YuMing@YinSiBaoHu.AliYun.com

Linchunmei
Tianhe Ruanjian Yuan
Guangzhou Shi, Guangdong 510665, China
leetwei@126.com

ChenLongshui, Bozong Net. Ltd.
Shenzhen Guangdong
Shenzhen Shi, Guangdong 518000, China
chenls@bzw.cn

Lior Navi
Hanasi 6
Haifa 34323, Israel
jerolior@gmail.com

_____/s/_____
Rebecca J. Stempien Coyle  (VSB# 71483)
Counsel for the Plaintiff
**Associated Recovery, LLC**
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W., Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com

## CERTIFICATE OF SERVICE

I, Rebecca J. Stempien Coyle, certify that on March 29, 2016, I electronically filed the

foregoing PLAINTIFF'S NOTICE OF SERVICE by using the CM/ECF system, which will then

send a notification of such filing (NEF) to the following:

> Claire M. Maddox
> Dentons US LLP
> 1900 K Street, N.W.
> Washington, D.C. 20006
> claire.maddox@dentons.com

I also sent copies for the following domain names: 744.com, 3dcamera.com, fxf.com,

jtz.com, kou.com, ocu.com, ruten.com, sdu.com, uhw.com, vgj.com, yey.com, yjx.com, ylz.com,

and yte.com. The copies were sent to the registrants of the domain names on March 29, 2016, at

the following postal and e-mail addresses provided by the registrants to the registrars:

> Domain ID Shield Service Co.
> 5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central
> Hong Kong 999077, China
> 745187165637504@domainidshield.com
>
> Taesong Chong
> D-805 Central Star, Bujeon Jin-gu
> Busan 614-030, Korea
> komorijin@gmail.com
>
> WhoisGuard Protected, WhoisGuard, Inc.
> P.O. Box 0823-03411
> Panama City, Republic of Panama
> 15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM

Chang Su, Su Chang
A2-505 Linhai Mountain Villa, Xiameilin Beihuan Road
Shenzhen 518003, China
suchang1978@yahoo.com

WHOIS AGENT, DOMAIN WHOIS PROTECTION SERVICE
17F, No. 138 Zhognshan Avenue
Guangzhou, Guangdong 510000, China
whoisagent@hupo.com

Xiamen eName Network Co., Ltd.
Software Park, Wanghai Road No. 19, 603
Xiamen Shi, Fujian 361000, China
kf94hfkkfm@enamewhois.com
03ur3t0sx@enamewhois.com

Whois Privacy Corp.
Ocean Centre, Montagu Foreshore, East Bay Street
Nassau, Bahamas
5435a938ino23cjv@5225b4d0pi3627q9.whoisprivacycorp.com

Mr. Chen
Fujian, Beijing
Beijing 100824, China
chinaloy@126.com

Lvchangbing
Shuiguohu
Wuhan Shi, Hubei 430071, China
3296868@qq.com

YinSi BaoHu Yi KaiQi
3/F HiChina Mansion, No. 27 Gulouwai Avenue
Dongcheng District, Beijing 100120, China
YuMing@YinSiBaoHu.AliYun.com

Linchunmei
Tianhe Ruanjian Yuan
Guangzhou Shi, Guangdong 510665, China
leetwei@126.com

ChenLongshui, Bozong Net. Ltd.
Shenzhen Guangdong
Shenzhen Shi, Guangdong 518000, China
chenls@bzw.cn

Lior Navi
Hanasi 6
Haifa 34323, Israel
jerolior@gmail.com

                                       /s/
                             Rebecca J. Stempien Coyle  (VSB# 71483)
                             Counsel for the Plaintiff
                             **Associated Recovery, LLC**
                             LEVY & GRANDINETTI
                             1120 Connecticut Avenue, N.W., Suite 304
                             Washington, D.C. 20036
                             Telephone (202) 429-4560
                             Facsimile (202) 429-4564
                             mail@levygrandinetti.com

# CERTIFICATE OF SERVICE

I, Rebecca J. Stempien Coyle, certify that on April 5, 2016, I electronically filed the

foregoing PLAINTIFF'S OPPOSITION TO CERTAIN DEFENDANTS' MOTION TO

DISMISS COMPLAINT FOR FAILURE TO JOIN A NECESSARY PARTY OR, IN THE

ALTERNATIVE, TO TRANSFER VENUE by using the CM/ECF system, which will then send

a notification of such filing (NEF) to the following:

> Claire M. Maddox
> DENTONS US LLP
> 1900 K Street, N.W.
> Washington, D.C. 20006
> claire.maddox@dentons.com

I also sent copies for the following domain names:  744.com, 3dcamera.com, fxf.com,

jtz.com, kou.com, ocu.com, ruten.com, sdu.com, uhw.com, vgj.com, yey.com, yjx.com, ylz.com,

and yte.com.  The copies were sent to the registrants of the domain names by e-mail on April 5,

2016, and by air mail on April 6, 2016, at the following postal and e-mail addresses provided by

the registrants to the registrars:

> Domain ID Shield Service Co.
> 5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central
> Hong Kong 999077, China
> 745187165637504@domainidshield.com
>
> Taesong Chong
> D-805 Central Star, Bujeon Jin-gu
> Busan 614-030, Korea
> komorijin@gmail.com
>
> WhoisGuard Protected, WhoisGuard, Inc.
> P.O. Box 0823-03411
> Panama City, Republic of Panama
> 15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM

Chang Su, Su Chang
A2-505 Linhai Mountain Villa, Xiameilin Beihuan Road
Shenzhen 518003, China
suchang1978@yahoo.com

WHOIS AGENT, DOMAIN WHOIS PROTECTION SERVICE
17F, No. 138 Zhognshan Avenue
Guangzhou, Guangdong 510000, China
whoisagent@hupo.com

Xiamen eName Network Co., Ltd.
Software Park, Wanghai Road No. 19, 603
Xiamen Shi, Fujian 361000, China
kf94hfkkfm@enamewhois.com
03ur3t0sx@enamewhois.com

Whois Privacy Corp.
Ocean Centre, Montagu Foreshore, East Bay Street
Nassau, Bahamas
5435a938ino23cjv@5225b4d0pi3627q9.whoisprivacycorp.com

Mr. Chen
Fujian, Beijing
Beijing 100824, China
chinaloy@126.com

Lvchangbing
Shuiguohu
Wuhan Shi, Hubei 430071, China
3296868@qq.com

YinSi BaoHu Yi KaiQi
3/F HiChina Mansion, No. 27 Gulouwai Avenue
Dongcheng District, Beijing 100120, China
YuMing@YinSiBaoHu.AliYun.com

Linchunmei
Tianhe Ruanjian Yuan
Guangzhou Shi, Guangdong 510665, China
leetwei@126.com

ChenLongshui, Bozong Net. Ltd.
Shenzhen Guangdong
Shenzhen Shi, Guangdong 518000, China
chenls@bzw.cn
Lior Navi

Hanasi 6
Haifa 34323, Israel
jerolior@gmail.com

             /s/

Rebecca J. Stempien Coyle  (VSB# 71483)
Counsel for the Plaintiff
**Associated Recovery, LLC**
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W., Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com

## CERTIFICATE OF SERVICE

I, Rebecca J. Stempien Coyle, certify that on May 19, 2016, I served copies of the

foregoing ORDER of May 18, 2016, and JUDGMENT of May 18, 2016, for the following

domain names:  744.com, 3dcamera.com, fxf.com, jtz.com, kou.com, ocu.com, ruten.com,

sdu.com, uhw.com, vgj.com, yey.com, yjx.com, ylz.com, and yte.com.  The copies were sent to

the registrants of the domain names by e-mail and by air mail at the following e-mail and postal

addresses provided by the registrants to the registrars:

Domain ID Shield Service Co.
5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central
Hong Kong 999077, China
745187165637504@domainidshield.com

Taesong Chong
D-805 Central Star, Bujeon Jin-gu
Busan 614-030, Korea
komorijin@gmail.com

WhoisGuard Protected, WhoisGuard, Inc.
P.O. Box 0823-03411
Panama City, Republic of Panama
15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM

Chang Su, Su Chang
A2-505 Linhai Mountain Villa, Xiameilin Beihuan Road
Shenzhen 518003, China
suchang1978@yahoo.com

WHOIS AGENT, DOMAIN WHOIS PROTECTION SERVICE
17F, No. 138 Zhognshan Avenue
Guangzhou, Guangdong 510000, China
whoisagent@hupo.com

Xiamen eName Network Co., Ltd.
Software Park, Wanghai Road No. 19, 603
Xiamen Shi, Fujian 361000, China
kf94hfkkfm@enamewhois.com
03ur3t0sx@enamewhois.com

Whois Privacy Corp.
Ocean Centre, Montagu Foreshore, East Bay Street
Nassau, Bahamas
5435a938ino23cjv@5225b4d0pi3627q9.whoisprivacycorp.com

Mr. Chen
Fujian, Beijing
Beijing 100824, China
chinaloy@126.com

Lvchangbing
Shuiguohu
Wuhan Shi, Hubei 430071, China
3296868@qq.com

YinSi BaoHu Yi KaiQi
3/F HiChina Mansion, No. 27 Gulouwai Avenue
Dongcheng District, Beijing 100120, China
YuMing@YinSiBaoHu.AliYun.com

Linchunmei
Tianhe Ruanjian Yuan
Guangzhou Shi, Guangdong 510665, China
leetwei@126.com

ChenLongshui, Bozong Net. Ltd.
Shenzhen Guangdong
Shenzhen Shi, Guangdong 518000, China
chenls@bzw.cn

Lior Navi
Hanasi 6
Haifa 34323, Israel
jerolior@gmail.com

_____/s/_____
Rebecca J. Stempien Coyle  (VSB# 71483)
Counsel for the Plaintiff
**Associated Recovery, LLC**
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W., Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com