IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ASSOCIATED RECOVERY, LLC,                )
                                         )
    Plaintiff,                           )
                                         )
v.                                       )    Civil Action No. 1:15-cv-1723 (AJT/JFA)
                                         )
JOHN DOES 1 – 44, *et al.*,              )
                                         )
    Defendants.                          )
                                         )

### ORDER

On Friday, July 1, 2016 the Court held a hearing on Motions to Set Aside Judgment filed by certain defendants [Doc. Nos. 45, 48, 51] (the "Motions"). Upon consideration of the Motions, the memoranda of law in support thereof and in opposition thereto, the arguments of counsel and for the reasons stated in open court during the July 1, 2016 hearing, it is hereby

ORDERED that the Motions [Doc. Nos. 45, 48, 51] be, and the same hereby are, GRANTED and the default judgments entered against defendants JTZ.com, OCU.com, and YTE.com be, and the same hereby are, VACATED; and it is further

ORDERED that defendants JTZ.com, OCU.com, and YTE.com shall answer, move or otherwise respond to plaintiff's Complaint within thirty (30) days of the date of this Order, or by such other date as may be ordered by the United States District Court for the Northern District of Texas, to which these claims have been transferred by Order dated July 1, 2016.

The Clerk is directed to forward a copy of this Order to all counsel of record.

                                                            /s/
                                                  Anthony J. Trenga
                                                  United States District Judge

Alexandria, Virginia
July 1, 2016