IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:15-cv-1723 (AJT/JFA) |
| JOHN DOES 1 – 44, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### ORDER

On Friday, July 1, 2016 the Court granted Motions to Set Aside Default Judgment filed by each of defendants JTZ.com, OCU.com, and YTE.com [Doc. Nos. 45, 48, 51]. For the reasons previously stated in connection with the Court's Order dated April 15, 2016 [Doc. No. 40] transferring certain claims to the United States District Court for the Northern District of Texas, it is hereby

ORDERED that as to defendants JTZ.com, OCU.com, and YTE.com, this case be, and the same hereby is, TRANSFERRED to the United States District Court for the Northern District of Texas and shall otherwise remain in this District as to those defendants against whom judgment has been entered.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 1, 2016