IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| ASSOCIATED RECOVERY, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 1:15-cv-01723-AJT-JFA |
| | ) | |
| JOHN DOES 1-44, | ) | |
| | ) | |
| *Defendants in rem.* | ) | |

**DEFENDANTS' MOTION TO SET ASIDE
DEFAULT JUDGMENTS REGARDING VGJ.COM AND YJX.COM AND
RETURN THOSE DOMAIN NAMES TO THEIR PRIOR OWNERS**

*In rem* Defendants VGJ.com and YJX.com, pursuant to Federal Rule of Civil Procedure

60(b), hereby request to set aside the Judgment entered on May 18, 2016 [ECF 43]. Pursuant to

Local Civil Rule 7(E), Defendants' counsel called Plaintiff's counsel to meet and confer in good

faith regarding this Motion, and had understood that as of July 15, Plaintiff consented to the

motion to set aside entry of default judgment, but only opposed the return of the domain names

to Mr. Huang and Ms. Lin.  Defendants' counsel thereafter sent a draft consent order to Plaintiff

on July 15, 2016.  During a subsequent conversation with Plaintiff's counsel on July 18,

however, Plaintiff's counsel informed Defendants' counsel that he was unable to obtain

authorization from the client regarding any aspect of this Motion.

The basis for this motion is set forth more fully in the accompanying Memorandum in

Support of Motion to Set Aside the Default Judgments Regarding VGJ.com and YJX.com and

Return Those Domain Names to Their Prior Owners.

WHEREFORE, Defendants respectfully request that the Court grant this Motion and set

aside the Judgment entered on May 18, 2016, 2016 (ECF 43) with respect to the VGJ.com and

YJX.com domain names.  Defendants further request that the Court further order Uniregistrar

Corp., the current registrar of the VGJ.com and YJX.com domain names, to take all steps within

its power to transfer the domain back to Huochun Huang and Chunmei Lin, respectively.


Dated:  July 18, 2016                                   Respectfully submitted,

                                                        */s/ Eric Y. Wu*
                                                        Lora A. Brzezynski, VSB No. 36151
Of Counsel:                                             Claire M. Maddox, VSB No. 71230
                                                        Eric Y. Wu, VSB No. 82829
Steven M. Geiszler                                      Dentons US LLP
Zunxuan D. Chen                                         1900 K Street, NW
Dentons US LLP                                          Washington, DC  20006
2000 McKinney Avenue                                    202-496-7500 (phone)
Suite 1900                                              202-496-7756 (fax)
Dallas, TX 75201-1858                                   lora.brzezynski@dentons.com
214-259-0900 (phone)                                    claire.maddox@dentons.com
214-259-0910 (fax)                                      eric.wu@dentons.com
steven.geiszler@dentons.com
digger.chen@dentons.com


                                                        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 18th day of July, 2016, I will electronically

file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a

notification of such filing (NEF) to the following:

Rebecca J. Stempien Coyle (VSB 71483)
Levy & Grandinetti
Suite 304
1120 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 429-4560
Fax: (202) 429-4564
mail@levygrandinetti.com

*Counsel for Associated Recovery, LLC*


Dated:  July 18, 2016



*/s/ Eric Y. Wu*
Eric Y. Wu, VSB No. 82829
Dentons US LLP
1900 K Street, NW
Washington, DC  20006
202-496-7500 (phone)
202-496-7756 (fax)
eric.wu@dentons.com

*Counsel for Defendants*