IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ASSOCIATED RECOVERY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15-cv-1723 (AJT/JFA) |
| | ) | |
| JOHN DOES 1 – 44, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Pending before the Court are certain defendants' Motions to Set Aside Judgment [Doc. Nos. 61, 64] (the "Motions"). The Motions are currently scheduled for a hearing on Friday, July 29, 2016. Because this hearing date presents a scheduling conflict with the Court, it is hereby

ORDERED that the hearing on the Motions [Doc. Nos. 61, 64], currently scheduled for Friday, July 29, 2016 be, and the same hereby is, CONTINUED to **Friday, August 5, 2016 at 10:00 a.m.**

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 22, 2016