IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOES 1 – 44, *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:15-cv-1723 (AJT/JFA) |

## ORDER

Pending before the Court are defendants VGJ.com, YJX.com, and 744.com's Motions to Set Aside Judgment [Doc. Nos. 61, 64] (the "Motions"). Upon consideration of the Motions, the memoranda of law in support thereof and in opposition thereto, and for the reasons stated in connection with the Court's previous Orders dated April 1, 2016 [Doc. No. 40] and July 1, 2016 [Doc. No. 60] transferring certain claims to the United States District Court for the Northern District of Texas, it is hereby

ORDERED that the Motions [Doc. Nos. 61, 64] be, and the same hereby are, GRANTED and the default judgments entered against defendants VGJ.com, YJX.com, and 744.com be, and the same hereby are, VACATED; and it is further

ORDERED that as to defendants VGJ.com, YJX.com, and 744.com, this case be, and the same hereby is, TRANSFERRED to the United States District Court for the Northern District of Texas, without prejudice as to any further relief requested by plaintiff, and shall otherwise remain in this District as to those defendants against whom judgment has been entered; and it is further

ORDERED that defendants VGJ.com, YJX.com, and 744.com shall answer, move, or otherwise respond to plaintiff's Complaint within thirty (30) days of the date of this Order, or by other such date as may be ordered by the United States District Court for the Northern District of Texas; and it is further

ORDERED that the hearing on the Motion, presently scheduled for Friday, August 5, 2016 be, and the same hereby is, CANCELLED.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 1, 2016