# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOES 1 – 44, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:15-cv-1723 <br> AJT / JFA |

## NON-PARTY VERISIGN, INC.'S
## MOTION FOR CLARIFICATION, AID AND DIRECTION

Non-Party VeriSign, Inc. ("Verisign") respectfully requests that the Court clarify its Orders vacating the default judgments herein, and provide Verisign with direction as to what, if any, steps it must take as a result of the vacation of those judgments.

The reasons for this motion are set forth in the accompanying Brief in Support of Motion for Clarification, Aid and Direction, filed herewith.

    /s/ Timothy B. Hyland
Timothy B. Hyland
Virginia Bar No. 31163
Counsel for VeriSign, Inc.
HARRIS, ST. LAURENT & CHAUDHRY LLP
1818 Library Street, Suite 500
Reston, VA 20190
Tel.: (703) 956-3566
Fax: (703) 935-0349
Email: thyland@sc-harris.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of August, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Rebecca J. Stempien Coyle, Esquire
> LEVY & GRANDINETTI
> 1120 Connecticut Avenue, N.W., Suite 304
> Washington, DC  20036
>
> Eric Y. Wu, Esquire
> DENTONS US LLP
> 1900 K Street, N.W.
> Washington, DC  20036

  /s/  Timothy B. Hyland
Timothy B. Hyland
Virginia Bar No. 31163
Counsel for VeriSign, Inc.
HARRIS, ST. LAURENT & CHAUDHRY LLP
1818 Library Street, Suite 500
Reston, VA  20190
Tel.:  (703) 956-3566
Fax:  (703) 935-0349
Email:  thyland@sc-harris.com