# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:15-cv-1723 |
| | ) AJT / JFA |
| JOHN DOES 1 – 44, *et al.*, | ) |
| Defendants. | ) |

## WAIVER OF ORAL ARGUMENT

Non-Party VeriSign, Inc. hereby waives oral argument with respect to its Motion for Clarification, Aid and Direction [Dkt. 71].

    /s/ Timothy B. Hyland
Timothy B. Hyland
Virginia Bar No. 31163
Counsel for VeriSign, Inc.
HARRIS, ST. LAURENT & CHAUDHRY LLP
1818 Library Street, Suite 500
Reston, VA 20190
Tel.: (703) 956-3566
Fax: (703) 935-0349
Email: thyland@sc-harris.com

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of August, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Rebecca J. Stempien Coyle, Esquire
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W., Suite 304
Washington, DC 20036

Eric Y. Wu, Esquire
DENTONS US LLP
1900 K Street, N.W.
Washington, DC 20036

  /s/ Timothy B. Hyland
Timothy B. Hyland
Virginia Bar No. 31163
Counsel for VeriSign, Inc.
HARRIS, ST. LAURENT & CHAUDHRY LLP
1818 Library Street, Suite 500
Reston, VA 20190
Tel.: (703) 956-3566
Fax: (703) 935-0349
Email: thyland@sc-harris.com