# Exhibit B

Log in or Sign up





Search...

| Forums | Free Resources | Legal Discussion |

Domain Auction: **KXM.ch**    Next Auction    Add your domain here – Free!

The Ultimate Seller's Guide to NamePros by TLD Investors

# Help Needed - Jeff Baron - Lawsuit

Discussion in 'Legal Discussion' started by impulseleads, Jul 8, 2016.    **Views:** 229 **Replies:** 0



**impulseleads**
Business Account
Business Account

Joined:     Jan 28, 2007
Messages:        259
Likes Received:    9

First off this is a very important case and domain owners should read about it, and I am asking for you're help

Important --- The old owners of these names have to get legal advise for themselves
Every single domain might have a different story , BUT until they contact legal counsel they have ZERO chance in getting their names back.

About the case:

This is the best, simplest read*
There are more active cases, but I don't have links to them.. please send me if you have them
or update them here.

http://domainnamewire.com/2016/06/23/lawsuit-ensnares-innocent-domain-investors/

The key thing is that a group of domains were taken from domain owners accounts with very little / 'questionable' notice.

Some domain owners did respond to this notice but many did not.

I am asking for help to get the domain owners that did NOT respond to get legal counsel NOW

Why ?
Because I got pulled into this case because of a domain I bought, that the old owner did NOT respond. I don't blame the old owner, I think he simply did not think it was real and was not experienced enough to know it was.

I had enough experience to know to get legal counsel, after the name was taken from my account
I am not worried about getting it back, what I don't like seeing so many domain owners/business being taken advantage off.

So
This is the list I have so far

https://docs.google.com/spreadsheets/d/1K029yom8FhVTSsP28rYcZmqYIZgToU5k6nR80lWMZXQ/edit?usp=sharing

I am looking for some people to help with two parts
1) getting the correct old email address for each of these names, even if it's 1 or 2 possible ones that is fine.
I did some work on this but I don't have access to domain tools anymore and I think some of the info is not correct on domainiq.

2) I need someone that can communicate effectively with Chinese domain owners.
Most of the names they got were from china, I feel the 'email notice' they sent was ignored or did not get through their spam filters. I know of at least one western owners that 100% did not get the email notice they sent.

Either way.. the most important thing is to get a hold of these domain owners and to tell them to contact a lawyer

I highly recommend they use Dentons.com

D +1 214 259 0951 | M +1 214 728 4735 | US Internal 50951

[steven.geiszler@dentons.com](steven.geiszler@dentons.com)

Why Dentons?
They are already defending a huge group of us, as they know the case well and the cost is better the more of us that pool together.

**Buying these names**

I highly recommend you DON"T buy any of these names
they are trying to sell the names fast to raise funds for legal, but these names are 100% hot, they are not stolen but they are 100% not clean

I know of one domain broker that is selling them and they don't seam to really have done enough digging on this. He has his legal point of view, but I highly disagree with it as this is an ACTIVE case, this is not a done deal as he seams to think it is.

There are many more recent court documents, this is not most recent.. it is simply the one that Jeff used to get the names but there are many more since this started.

-- In his own words-

Hi Sam,

Attached is the most recent court document providing documentation of clear title of sale from the original owner. ==In addition we have been indemnified with regards to the sales process in our exclusive brokerage contract should any dispute arise.== From the information we have been provided as the broker for the new portfolio, the former owners were provided a timeframe to dispute the domains in court and that timeframe has already passed. The domains were put back into the original owner's Registrar's account as ordered by the judge and we expect many more to be ordered over in the next few months.

If you have a contradictory legal document or something we should be aware of, please feel free to provide it. On our end we have done our due diligence to make sure the domains have a clear title of sale and we do our very best to make sure. It seems the original receiver pre-sold the domains for massive discounts in anticipation of the court's reversal ruling and should not have done so. Based on this information we are currently accepting bids for the domains.

Best Regards,
**Ryan Colby | CEO**
Outcome Brokerage™
**(P)** 404.713.2126 **(E)** ryan@outcomebrokerage.com
**SKYPE**: {ryancolby}
**Subscribe to our Premium Domain eNewsletter!**
OutcomeBrokerage.com

Hello Friends,

Below is an update on our new **Exclusive Domain Portfolio** for sale. Please respond to this email to inquire on the most recent offers and asking prices for these domains. Please direct all inquiries to ryan@outcomebrokerage.com.

**744.com**
9 bids

**FXF.com**
6 bids

**KOU.com**
9 bids

**YJX.com**
8 bids

**SDU.com**
4 bids

**UHW.com**

3 bids

**YEY.com**
7 bids

**VGJ.com**
3 bids

**Ruten.com**
3 bids

Best Regards,

*Ryan Colby*
ryan@outcomebrokerage.com
**404.713.2126**

Last edited: Jul 8, 2016

impulseleads, Jul 8, 2016                                                Share   #1

*The opinions expressed on this page by users and staff are their own, not those of NamePros.*



(You must log in or sign up to reply here.)

**Want to reply or ask your own question?**

It only takes a minute to sign up – and it's free! Join Now

**Share This Page**

Tweet  G+1  0        Recommend  Be the first of your friends to recommend this.

Free Membership Benefits

Sign up now!

Already a member? Log in

## We're Social

Facebook | Twitter | LinkedIn
YouTube | Google+



## New Posts


Premium brandable wanted. Read...
poweredbyme replied 1 minute ago


Domains related to Dropshipping...
mrtarek171 replied 1 minute ago


5 Premium names at great prices
Andrew20 replied 1 minute ago


PackBrake.com
Dan Bingham replied 1 minute ago


HealthyFoods.us - 60,500 Exact...
jamaltq replied 2 minutes ago


GGLG.org Low Start 4L LLLL Four...
Daniel Owens replied 2 minutes ago

## Domain Auctions

 PackBrake.com

 HealthyFoods.us - 60,500 Exac

 GGLG.org Low Start 4L LLLL F

 FITAZI.com | BIN added

 5 letter BrandBucket Publishe

## Popular This Week


gTLD registrations have peaked....
pfj posted, Replies: 184


👁 WHEN YOU WILL BE RICH FROM...
KINGOF.TOP posted, Replies: 83


New gTLD cheat sheet
000 posted, Replies: 61


Is this enduser fooling me?
Insha010 posted, Replies: 49


Whats New Trend in Chinese…
vikas123 posted, Replies: 48


Man purchased ClintonKaine.com…
deez007 posted, Replies: 45


Would a domain with 100k…
AGermanGuy posted, Replies: 43

| Popular This Month | Today | Favorites |
| --- | --- | --- |


⚠ DON'T GET LOST IN WEIRD…
kingof.top posted, Replies: 554


gTLD registrations have peaked….
pfj posted, Replies: 184


✂ What is your SHORTEST domain?
kingof.top posted, Replies: 171


Be The Master Of Your Domains…
Bram C. posted, Replies: 162


Free .COM and .NET Domain Names…
luantt posted, Replies: 129



## Blog Favorites


How Do You Sell Geo-Targeted…
James Iles posted, Likes: 26


Domain Data: Surnames, Part…
James Iles posted, Likes: 12


Top Topics: How Long Until New…
James Iles posted, Likes: 1



## Domain Chat

What's on your mind? | Chat Help | Rules

7 minutes ago - AGermanGuy: you can bed on the awesome 7N.com so i atleast get reg fee back :PPPP

7 minutes ago - jacoliobo: then what will the buyer do with it lol

7 minutes ago - novasyd:
CryptoPiggy .com for sale

4 minutes ago - ksusha64: Crazy FireSale https://www.namepros.com/threads/fire-sale-2228288-com-8885576-com-2228788-com.961998/

## Share This Page

Tweet

Recommend 0

 0

Forums  >  Free Resources  >  Legal Discussion

Style: Responsive, limited width        Time: 5:01 PM   Status   Advertise   Contact Us   Help   Top

Terms and Policies   Privacy Policy
Copyright © 2003-2016 NamePros

