# Exhibit C

大成 DENTONS

Steven M. Geiszler
Partner

steven.geiszler@dentons.com
D  +1 214 259 0951
M  +1 214 728 4735

Dentons US LLP
Suite 1900
2000 McKinney Avenue
Dallas, Texas  75201-1858
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

July 14, 2016

**BY E-MAIL**

Ryan Colby
Outcome Brokerage LLC
704.503.9076
ryan@outcomebrokerage.com

Re:   *Associated Recover LLC v. Does 1-44*, No. 1:15-cv-1723 (E.D. Va.)

Dear Mr. Colby:

My law firm represents the Chinese registrants of Internet domain names VGJ.COM and YJX.COM.  I understand that your company currently has posted those domain names for sale or auction.  My firm is moving the Federal Court to set aside the default judgment whereby my clients were delisted as registrants of VGJ.COM and YJX.COM.  Until the Court rules on the motion, I demand that you cease and desist from selling, auctioning, or otherwise attempting to convey those two domain names.

Please contact me with any further questions or concerns regarding this issue.

Sincerely,

Steven M. Geiszler

CC:  Counsel for Associated Recovery, LLC

100345860