# Exhibit D

## Geiszler, Steven M.

| | |
|---|---|
| **From:** | Geiszler, Steven M. |
| **Sent:** | Wednesday, July 20, 2016 3:43 PM |
| **To:** | 'Paul Grandinetti' |
| **Cc:** | Brzezynski, Lora A.; Wu, Eric Y. |
| **Subject:** | RE: NEW DRAFT - Consent Order re VGJ.com and YJX.com |

Paul,

Thank you for your email.  We are reviewing your revised draft consent order and have a few questions.

1.  With respect to the third paragraph and the statement that the parties "agree to maintain the status quo regarding control over the Internet domains VGJ.com and YJX.com, such that no third party should obtain such registration or control by sale, auction, or other conveyance," what is your and your client's understanding of the status of these domain names, as we are aware that domain names have been listed in online auctions?

2.  Does your client intend to pull down any listings of the domain names for sale?

3.  Is it your position that the consent order will include the most recent domain name, 744.com, for which we filed a motion yesterday?

Regards,
Steven

**大成 DENTONS**   Steven M. Geiszler

D +1 214 259 0951   |   M +1 214 728 4735   |   US Internal 50951
steven.geiszler@dentons.com
Bio   |   Website

Dentons US LLP
2000 McKinney Avenue, Suite 1900, Dallas, TX 75201-1858

大成 Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Paul Grandinetti [mailto:mail@levygrandinetti.com]
**Sent:** Wednesday, July 20, 2016 11:25 AM
**To:** Wu, Eric Y.
**Cc:** Brzezynski, Lora A.; Geiszler, Steven M.
**Subject:** NEW DRAFT - Consent Order re VGJ.com and YJX.com

Dear Mr. Wu:

Attached is the revised language for a Consent Order.

1

Please contact us by telephone if you have any questions.

Thank you,
Paul Grandinetti


Levy & Grandinetti
Suite 304
1120 Connecticut Ave, NW
Washington, D.C. 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com