# Exhibit E

## Geiszler, Steven M.

| | |
|---|---|
| **From:** | Ryan Colby <ryan@outcomebrokerage.com> |
| **Sent:** | Thursday, July 21, 2016 11:18 AM |
| **To:** | Geiszler, Steven M. |
| **Cc:** | Brzezynski, Lora A.; Butler, Nell; 'Paul Grandinetti (mail@levygrandinetti.com)' |
| **Subject:** | Re: VGJ.COM and YJX.COM--Cease and Desist |

Hi Steven,

Thanks for the notice and bringing this to my attention.  We try our best to do our due diligence based on the facts that domain owners supply us with.  We have ceased any brokerage activities as they relate to the Associated Recovery portfolio.

Best Regards,

**Ryan Colby  |  CEO**
Outcome Brokerage™
**(P)** 404.713.2126  **(E)** ryan@outcomebrokerage.com
**SKYPE**: {ryancolby}

Subscribe to our Premium Domain eNewsletter!
OutcomeBrokerage.com

This email message may contain confidential or legally privileged information and is intended only for the use of the intended recipient(s). Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited.  Emails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, or contain viruses.  Anyone who communicates with us by email is deemed to have accepted these risks.  Outcome Brokerage is not responsible for errors or omissions in this message and denies any responsibility for any damage arising from the use of email.  Any opinion and other statement contained in this message and any attachment are solely those of the author and do not necessarily represent those of the company.  All domain sales are tentative, pending a purchase and sales agreement and an Escrow.com agreement between all parties.

---

**From:** Geiszler, Steven M. <steven.geiszler@dentons.com>
**Sent:** Thursday, July 14, 2016 3:35:20 PM
**To:** Ryan Colby
**Cc:** Brzezynski, Lora A.; Butler, Nell; 'Paul Grandinetti (mail@levygrandinetti.com)'
**Subject:** RE: VGJ.COM and YJX.COM--Cease and Desist

Mr. Colby,

I just realized my email identified the wrong domain name.  I meant VGJ.com and **YJX.com**, as explained in the letter.  I apologize for any confusion.

Best regards,
Steven M. Geiszler

**Steven M. Geiszler**

D +1 214 259 0951   |   M +1 214 728 4735   |   US Internal 50951
steven.geiszler@dentons.com
Bio   |   Website

Dentons US LLP
2000 McKinney Avenue, Suite 1900, Dallas, TX 75201-1858

大成 Salans FMC SNR Denton McKenna Long

1

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Geiszler, Steven M.
**Sent:** Thursday, July 14, 2016 1:18 PM
**To:** 'ryan@outcomebrokerage.com'
**Cc:** Brzezynski, Lora A.; Butler, Nell; Paul Grandinetti (mail@levygrandinetti.com)
**Subject:** VGJ.COM and VJX.COM--Cease and Desist

Mr. Colby,

Please see the attached letter regarding your online sale/auction of VGJ.COM and VJX.COM.  We ask that you postpone your activities until the Court rules on our motion to return those domain names to their registrants.

Regards,
Steven


**Steven M. Geiszler**

D +1 214 259 0951   |   M +1 214 728 4735   |   US Internal 50951
steven.geiszler@dentons.com
Bio   |   Website

Dentons US LLP
2000 McKinney Avenue, Suite 1900, Dallas, TX 75201-1858

大成 Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.