# EXHIBIT 1

```
         IN THE UNITED STATES DISTRICT COURT FOR THE
               EASTERN DISTRICT OF VIRGINIA
                    Alexandria Division

ASSOCIATED RECOVERY, LLC,                    )
                                             )
                        Plaintiff,           )
                                             )
v.                                           )  CIVIL ACTION
                                             )
JOHN DOES 1 - 44,                            )  1:15-cv-1723
                                             )
                        Defendants.          )
_____)


            REPORTER'S TRANSCRIPT FROM AUDIO RECORDING

                        MOTION HEARING

                        March 18, 2016


                              ---


BEFORE:       THE HONORABLE JOHN F. ANDERSON
              Magistrate Judge

APPEARANCES:  LEVY & GRANDINETTI
              BY:  PAUL GRANDINETTI, ESQ.
                   REBECCA STEMPIEN COYLE, ESQ.

                   For the Plaintiff

              DENTONS
              BY:  LORA BRZEZYNSKI, ESQ.

                   For the Defendants


                              ---



              MICHAEL A. RODRIQUEZ, RPR/CM/RMR
                    Official Court Reporter
              USDC, Eastern District of Virginia
                      Alexandria Division
```

```
 1                 THE COURT:  Well, you know --
 2                 ATTORNEY BRZEZYNSKI:  -- I must do that.
 3    But it does not affect anything.  But I wanted to make
 4    sure that my representations to the Court were correct.
 5    It is of no impact to the decision.  We still represent
 6    those domain names.  But I wanted to make sure that my
 7    representations were accurate to the Court and not in
 8    any way misleading.
 9                 THE COURT:  Okay.  Well, you are going to
10    need to get a line of communications that's clear with
11    your client, and is one that your client can react
12    quickly to.
13                 So I don't care about holidays.  I don't
14    care about things like that.  If you are going to be
15    representing somebody in this Court, you are going to
16    have to have a clear line of communication with them.
17                 And, as you know, we move very quickly here
18    and they need to be apprised of that situation, that
19    there are deadlines that need to be met and they will
20    need to be met and there are not going to be any
21    exceptions because they are, you know, in China and they
22    don't speak English.  Okay?
23                 ATTORNEY BRZEZYNSKI:  Yes, I do, your Honor.
24    Certainly.
25                 THE COURT:  All right.  All right.
```

MICHAEL A. RODRIQUEZ, RPR/CM/RMR