# EXHIBIT 4

**Paul Grandinetti**

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Wednesday, July 20, 2016 12:25 PM |
| **To:** | Wu, Eric Y. |
| **Cc:** | Brzezynski, Lora A.; Geiszler, Steven M. |
| **Subject:** | NEW DRAFT – Consent Order re VGJ.com and YJX.com |
| **Attachments:** | EDVA.VGJ.YJX.Consent.Order.ARL.Revised.071916.DOCX |

Dear Mr. Wu:

Attached is the revised language for a Consent Order.

Please contact us by telephone if you have any questions.

Thank you,
Paul Grandinetti


Levy & Grandinetti
Suite 304
1120 Connecticut Ave, NW
Washington, D.C. 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

ASSOCIATED RECOVERY, LLC,   )
   )
   *Plaintiff*,   )
   )
v.   )   Case No. 1:15-cv-01723-AJT-JFA
   )
JOHN DOES 1-44,   )
   )
   *Defendants in rem.*   )

### CONSENT ORDER REGARDING VGJ.COM AND YJX.COM

WHEREAS Plaintiff Associated Recovery, LLC and *in rem* Defendants VGJ.com and YJX.com, through their respective counsel, acknowledge this Court's recent decisions that the dispute between them should be decided on the merits and not through the Default Judgment entered on May 18, 2016 (ECF 43);

WHEREAS the Court already transferred all previously appearing defendants to the Northern District of Texas (Case No. 3:16-cv-1025-L), and the relevant issues pertaining to *in rem* Defendants VGJ.com and YJX.com substantially overlap with the issues pertaining to the already-transferred defendants; and

WHEREAS Plaintiff and Defendants agree to maintain the *status quo* regarding control over the Internet domains VGJ.com and YJX.com, such that no third party should obtain such registration or control by sale, auction, or other conveyance;

WHEREFORE, Plaintiff and Defendants respectfully request and stipulate that the Court grant this Motion and set aside the Default Judgment entered on May 18, 2016 (ECF 43) with respect to VGJ.com and YJX.com and transfer this action against them to the Northern District of Texas, without prejudice to, and Defendants expressly reserving the right to assert,

1

Defendants' defenses under Federal Rule of Civil Procedure 12(b).  Plaintiff and Defendants

further respectfully request and stipulate that the Court order the registrar of the domain names

VGJ.com and YJX.com to maintain the current registration and not to alter the same absent

further express order by the Federal Court presiding over this dispute.

       SO ORDERED this _____ day of _____, 2016.

_____

Dated:  July XX, 2016                Respectfully submitted,

*/s/ Eric Y. Wu*_____
Lora A. Brzezynski, VSB No. 36151
Eric Y. Wu, VSB No. 82829
Dentons US LLP
1900 K Street, NW
Washington, DC  20006
202-496-7500 (phone)
202-496-7756 (fax)
lora.brzezynski@dentons.com
eric.wu@dentons.com

Of Counsel:
Steven M. Geiszler
Zunxuan D. Chen
Dentons US LLP
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201-1858
214-259-0900 (phone)
214-259-0910 (fax)
steven.geiszler@dentons.com
digger.chen@dentons.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of July, 2016, I will electronically

file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a

notification of such filing (NEF) to the following:

> Rebecca J. Stempien Coyle (VSB 71483)
> Levy & Grandinetti
> Suite 304
> 1120 Connecticut Ave., N.W.
> Washington, D.C. 20036
> (202) 429-4560
> Fax: (202) 429-4564
> mail@levygrandinetti.com
>
> *Counsel for Associated Recovery, LLC*

 Dated:  July 15, 2016

3

100377359