**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

Associated Recovery, LLC,               )
                                        )
        Plaintiff,              )
                                        )     No. 1:15-cv-1723-AJT-JFA
   v.                                   )
                                        )
John Does 1-44,                         )
                                        )
        Defendants.             )
                                        )

In re:

| | | | |
|---|---|---|---|
| 744.COM | LNM.COM | VGJ.COM | YQT.COM |
| 028.COM | LUOHE.COM | WYD.COM | YRN.COM |
| 3DCAMERA.COM | MEQ.COM | XAQ.COM | YTE.COM |
| FNY.COM | OCU.COM | XFF.COM | YYG.COM |
| FX2.COM | PIXIE.COM | XSG.COM | ZDP.COM |
| FXF.COM | QMH.COM | YCX.COM | ZHD.COM |
| JTZ.COM | RUTEN.COM | YEY.COM | ZULIN.COM |
| KGJ.COM | SDU.COM | YGX.COM | ZZM.COM |
| KMQ.COM | SQG.COM | YJR.COM | |
| KOU.COM | TAOLV.COM | YJX.COM | |
| KXQ.COM | UHW.COM | YLZ.COM | |
| KXW.COM | VCZ.COM | YQP.COM | |

**[PROPOSED] ORDER TO VERSIGN NOT TO RETURN DOMAIN NAMES
PREVIOUSLY SUBJECT TO THIS COURT'S DEFAULT JUDGMENTS**

This matter is before the Court on Non-Party's Versign, Inc.'s Motion for Clarification,

Aid and Direction.  Upon consideration of Verisign, Inc.'s Motion and Plaintiff, Associated

Recovery, LLC's response thereto, and because this matter can be resolved without oral argument,

IT IS HEREBY ORDERED:

That Verisign, Inc., not return the domain names previously subject to this Court's default judgments to the Defendants seeking to set aside the defaults; and

That Associated Recovery retain possession of said domain names in an account with its registrar, maintain said domain names, and not transfer or sell said domain names pending the final resolution of this matter.

Entered this \_\_\_\_\_ day of _____, 2016.

_____
Hon. Anthony J. Trenga
United States District Judge