**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| Associated Recovery, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:15-cv-1723-AJT-JFA |
| v. | ) | |
| | ) | |
| John Does 1-44, | ) | |
| | ) | |
| Defendants. | ) | |

In re:

| | | | |
|---|---|---|---|
| 744.COM | LNM.COM | VGJ.COM | YQT.COM |
| 028.COM | LUOHE.COM | WYD.COM | YRN.COM |
| 3DCAMERA.COM | MEQ.COM | XAQ.COM | YTE.COM |
| FNY.COM | OCU.COM | XFF.COM | YYG.COM |
| FX2.COM | PIXIE.COM | XSG.COM | ZDP.COM |
| FXF.COM | QMH.COM | YCX.COM | ZHD.COM |
| JTZ.COM | RUTEN.COM | YEY.COM | ZULIN.COM |
| KGJ.COM | SDU.COM | YGX.COM | ZZM.COM |
| KMQ.COM | SQG.COM | YJR.COM | |
| KOU.COM | TAOLV.COM | YJX.COM | |
| KXQ.COM | UHW.COM | YLZ.COM | |
| KXW.COM | VCZ.COM | YQP.COM | |

**NOTICE OF SUBMISSION**

The Plaintiff, Associated Recovery, LLC, submits this Notice of Submission to withdraw the proposed order entered as ECF No. 77-5. Errors were discovered in the proposed order

subsequent to its submission.  To avoid the risk of errors being entered, the Plaintiff withdraws the proposed order.

Date:   August 26, 2016                                      /s/
                                                                    Rebecca J. Stempien Coyle  (VSB# 71483)
                                                                    Counsel for the Plaintiff
                                                                    **Associated Recovery, LLC**
                                                                    LEVY & GRANDINETTI
                                                                    1120 Connecticut Avenue, N.W., Suite 304
                                                                    Washington, D.C. 20036
                                                                    Telephone (202) 429-4560
                                                                    Facsimile (202) 429-4564
                                                                    mail@levygrandinetti.com

**CERTIFICATE OF SERVICE**

I, Rebecca J. Stempien Coyle, certify that on August 26, 2016, I electronically filed the foregoing NOTICE OF SUBMISSION by using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Lora Brzezynski
>Claire M. Maddox
>Eric Wu
>DENTONS US LLP
>1900 K Street, N.W.
>Washington, D.C. 20006
>lora.brzezynski@dentons.com
>claire.maddox@dentons.com
>eric.wu@dentons.com
>
>Steven M. Geiszler
>Zunxuan D. Chen
>DENTONS US LLP
>2000 McKinney Avenue
>Suite 1900
>Dallas, TX 75201-1858
>steven.geiszler@dentons.com
>digger.chen@dentons.com

 /s/
Rebecca J. Stempien Coyle  (VSB# 71483)
Counsel for the Plaintiff
**Associated Recovery, LLC**
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W., Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com