# EXHIBIT H

# Travis Dion Brown

Add Friend | Message

Timeline | About | Friends | Photos | More

## About

To see what he shares with friends, send him a friend request.

Add Friend

Overview

Work and Education

Places He's Lived

Contact and Basic Info

Family and Relationships

**Details About Travis**

Life Events

### ABOUT TRAVIS

Welcome to my page everyone. My name is Travis Dion Brown. Native of North Charleston, South Carolina, civil rights commentator, Manager of Associated Recovery LLC, and an adamant Jeff Baron supporter. Jeff Baron is an internet pioneer who contributed to America, and society as a whole by creating a remarkable software that registered some of the most popular domain names on the internet, and also by creating a 60 Million dollar Trust Fund for young Children with Type one diabetes. Jeff Baron represents the American Dream and comes from a good hardworking family. None of his money or earnings came from inheritance, just hard work, determination, and a passion to make the world a better place. On this page you'll see article's about the details of how Jeff was stripped, and robbed of EVERYTHING by crooked lawyers, Judges, and other Judicial figures who took an oath to uphold the Constitution which is the very fabric of this Our Nation as Americans. We're reaching out to the world for support,networking, Litigation funding to recover tens of millions of dollars in Intellectual Property that rightfully belongs to Jeff, Private Lenders, Media platforms, and any other support available. If this happened to Jeff Baron it can happen to anyone in America. Below on the wall of this page are some real articles about Jeff Baron's story and his fight to recover everything he worked for, and the destruction of a 60 million dollar trust for Children with Type One diabetes that was destroyed by nothing more than greed of crooked Judges, Lawyers, and other Judicial figures sworn to uphold the constitution. This is a true story. This is THE JEFF BARON CASE. The only HUMAN BEING to ever be placed in a RECEIVERSHIP. You thought SLAVERY was over ? Think again.

### FAVORITE QUOTES

No favorite quotes to show

## Friends

Add Friend

Steven Home 1

Sponsored

**n Chun**
ıcy Owner at Farmers
rance Group
Add Friend

**Ready for new sound?**
bestbuy.com
Find the latest deals on all your favorite audio gear and more - now at Best Buy

**The Ultimate Multitasker**
www.verizonwireless.com
Do more with the best phone on the best network.

See All

ɔums

See All

**Credé Crook Irby** added a new photo to the album: Plexus Before & After Stories. Check out Jill's results...AMAZING!

"These are my results so...
— with Tommy Irby.

**Laura Barrett** reacted to Hawkins County Humane Society's photo.

**Robert Cryer** spun a fortune wheel in Toy Blast.

## Likes

**All Likes**

**Bernie Sanders**
Politician
Like

**Bill Maher**
Public Figure
Like

**U.S. Senator Bernie Sanders**
Politician
Like

**Michael Moore**
Public Figure
Like

**Texas Insider**
Community Organization
Like

See All

GROUP CONVERSATIONS

Turn on chat to see who's available.



