IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case No. 1:15-cv-01723-AJT-JFA |
| | ) |
| JOHN DOES 1-44, | ) |
| | ) |
| *Defendants in rem.* | ) |

FILED
MAILROOM

SEP - 7 2016

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Ye Yu (the defendant of "FXF.com"), on October 14, 2016, at 10:00 am, or as soon thereafter as the undersigned may be heard, will present to the Court the Motion to Set Aside the Default Judgement ECF-75.

Ye Yu (the defendant of "FXF.com") filed Notice of Hearing for September 9, 2016 by mail on August 16, 2016. However on August 31, 2016, Ye Yu noticed that the Notice of Hearing was scanned into ECF-76 along with Memorandum in Support for Motion to Set Aside Default Judgement. The defendant called the

1

Court Clerk and was suggested to file a new Notice of Hearing would be better for clarity. Ye Yu emailed the plaintiff counsel regarding the change, who agreed on new date proposed in this Notice of Hearing.

Dated: September 6, 2016                    Respectfully submitted,

_____
Ye Yu
5001 Wilshire Blvd, #112-528
Los Angeles, CA 90036
Phone: 818-919-5619
Email: info@yespire.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| ASSOCIATED RECOVERY, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:15-cv-01723-AJT-JFA |
| | ) | |
| JOHN DOES 1-44, | ) | |
| | ) | |
| *Defendants in rem.* | ) | |

## **CERTIFICATION**

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of this document.

Ye Yu
_____
Name of Pro Se Party

[signature]
_____
Signature of Pro Se Party

Executed on:  September 6, 2016

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing <u>Notice of Hearing</u>, was mailed this <u>6th Day of September</u>, to the Plaintiff's counsel <u>Rebecca J Stempien Coyle</u> at:

    Rebecca J Stempien Coyle (VSB-17483)
    Levy & Grandinetti
    1120 Connecticut Avenue, N.W., Suite 304
    Washington, D.C. 20036
    Phone (202) 429-4560
    Fax (202) 429-4564
    mail@levygrandinetti.com

Dated: September 6, 2016

_____
Ye Yu
5001 Wilshire Blvd, #112-528
Los Angeles, CA 90036
Phone: 818-919-5619
Email: info@yespire.com