IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOHN DOES 1-44,<br><br>    *Defendants in rem.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
MAILROOM

SEP 2 2 2016

CLERK... ... ... COURT
... ... ... VIRGINIA

Case No. 1:15-cv-01723-AJT-JFA

**DECLARATION OF YE YU IN SUPPORT OF
DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO
MOTION TO SET ASIDE DEFAULT JUDGEMENT**

I, Ye Yu, declare as follows:

1.    I am the owner of domain name FXF.com.

2.    Attached to this declaration as Exhibit-1 is a true and correct copy of Purchase and Sale Agreement for Purchase of Domain "FXF.com".

3.    Attached to this declaration as Exhibit-2 is a true and correct copy of Sedo.com Payment Request for Purchase of Domain "FXF.com".

4.     Attached to this declaration as Exhibit-3 is a true and correct copy of Bank of America Funds Transfer Request and Authorization for Purchase of Domain "FXF.com".

5.     Attached to this declaration as Exhibit-4 is a true and correct copy of Wire Transfer Transaction Receipt for Purchase of Domain "FXF.com".

6.     Attached to this declaration as Exhibit-5 is a true and correct copy of Domain "FXF.com" Transferred-In Notification to Its Owner Ye Yu.

7.     Attached to this declaration as Exhibit-6 is a true and correct copy of Domain "FXF.com" Transferred-Out Notification to Its Owner Ye Yu.

8.     Attached to this declaration as Exhibit-7 is a true and correct copy of Namecheap Support's Email Reply Explanation Regarding FXF.com Transfer.

9.     Attached to this declaration as Exhibit-8 is a true and correct copy of Screenshot of Namecheap WhoisGuard Service Sign-up Page.

10.     Attached to this declaration as Exhibit-9 is a true and correct copy of Namecheap WhoisGuard Terms of Service.

11.     Attached to this declaration as Exhibit-10 is a true and correct copy of Google WHOIS Privacy Service Terms of Service.

12.     Attached to this declaration as Exhibit-11 is a true and correct copy of Email Communication between Ye Yu and Ryan Colby of Outcome Brokerage on August 20, 2016.

13.     Attached to this declaration as Exhibit-12 is a true and correct copy of Screenshot of Ryan Colby's Tweet for Soliciting Sales of Domain "FxF.com" Remaining Online on September 6, 2016.

14.     Attached to this declaration as Exhibit-13 is a true and correct copy of Screenshot of "FXF.com" on September 6, 2016.

15.     Attached to this declaration as Exhibit-14 is a true and correct copy of DailyCaller.com Article "Dallas Judges Shred Constitution, Steal Millions".

16.     Attached to this declaration as Exhibit-15 is a true and correct copy of . Screenshots of Websites That Promote Jeff Baron's Stories

17.     Attached to this declaration as Exhibit-16 is a true and correct copy of . Screenshots of Facebook Group "Free Jeff Baron from a Lawless Federal Legal System".


I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2016                    Respectfully submitted,

Ye Yu
5001 Wilshire Blvd, #112-528
Los Angeles, CA 90036
Phone: 818-919-5619
Email: info@yespire.com

4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| ASSOCIATED RECOVERY, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:15-cv-01723-AJT-JFA |
| | ) | |
| JOHN DOES 1-44, | ) | |
| | ) | |
| *Defendants in rem.* | ) | |

## **CERTIFICATION**

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of this document.

Ye Yu
_____
Name of Pro Se Party

_____
Signature of Pro Se Party

Executed on:  September 19, 2016

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing <u>Declaration of</u>

<u>Ye Yu in Support of Defendant's Reply to Plaintiff's Response to Motion to Set</u>

<u>Aside Default Judgement</u>, was mailed this <u>19th Day of September</u>, to <u>the Plaintiff's</u>

<u>counsel Rebecca J Stempien Coyle</u> at:

> Rebecca J Stempien Coyle (VSB-17483)
> Levy & Grandinetti
> 1120 Connecticut Avenue, N.W., Suite 304
> Washington, D.C. 20036
> Phone (202) 429-4560
> Fax (202) 429-4564
> mail@levygrandinetti.com

Dated: September 19, 2016

Ye Yu
5001 Wilshire Blvd, #112-528
Los Angeles, CA 90036
Phone: 818-919-5619
Email: info@yespire.com

# EXHIBIT-1

## Contract and Sale Agreement
## for Purchase of Domain "FXF.com"



## Purchase and Sale Agreement

The following are the agreed upon terms and conditions for the purchase and sale of fxf.com. This agreement is written between Seller and Buyer, collectively the "Parties". Sedo GmbH or Sedo LLC itself are not parties to this agreement, but rather are contracted to assist with and guide the fulfillment.

**Seller**

Oliver Hoger
Apt. 663

8125 Vilamoura
Portugal

**Buyer**

Ye YU
401 S. Burnside Ave, Apt-11J
Los Angeles, CA 90036
United States

### 1. Definitions.

In this agreement the following words and phrases shall have the following meaning:

"Sedo Marketplace" means any of the integrated domain name marketplaces offered at an international collection of URLs that are owned or operated by Sedo GmbH or Sedo LLC or one of its subsidiaries.

"Payment Request" means an accounting document created by Sedo GmbH or Sedo LLC containing payment instructions related to the Purchase Object transfer.

"Purchase Object" means an Internet domain name offered for sale by the Seller via the Sedo Marketplace under the conditions articulated by Seller in their Offer Description posted on the Make Offer page for their listing, including, when marked as a website/project, content comprising the Website associated with said Internet domain, or conditions otherwise agreed upon by the Parties in the course of negotiation.

"Website" means any and all multimedia content, images, databases, user lists (including credentials and contact information, when applicable), and related underlying source code required for the continual operation of the website found at the corresponding domain at the time of agreement, unless otherwise indicated by Seller in their Offer Description or otherwise altered in the course of negotiation.

### 2. Purchase Object and Purchase Price

The Purchase Object of this Purchase and Sale Agreement of 01/21/2013 is the Internet domain name fxf.com, and when included by the Seller as indicated on the Make Offer page, the related Website.

The Purchase Price shall amount to 15,000.00 EUR including any statutory tax that may be incurred (for instance VAT).

### 3. Warranties and Representations

a) The Seller guarantees that they are the owner of the aforementioned Purchase Object and may freely dispose of said Purchase Object. Furthermore, Seller warrant that the Purchase Object is not encumbered by the rights of third parties and that to date, they have not received any warnings of potential litigation or preliminary injunctions against the Purchase Object that have not been disclosed to Buyer.

b) The Buyer understands and agrees that it is their sole responsibility and duty to perform all necessary due diligence before entering into this agreement to buy the Purchase Object, including research of fitness for particular intended uses, trademark clearance, or anything that could inhibit their future use and enjoyment of the Purchase Object.

c) Buyer and Seller shall be liable to each other only for damages that are based upon their failure to perform the necessary steps to complete this transaction, intentional wrongdoing or gross negligence and shall not be liable for claims seeking consequential or punitive damages.

### 4. Processing the Transaction

a) The Parties agree that processing of payment of the Purchase Price and facilitating the transfer of control of the Purchase Object shall be conducted by Sedo LLC, 161 First Street, Fourth floor, Cambridge, MA 02142, USA and/or Sedo GmbH, Im Mediapark 6, 50670 Cologne. The Parties understand that Sedo LLC or Sedo GmbH may charge a commission fee for this service and agree that such commission fee will be paid by the Parties according to the related terms of use of such service. Furthermore, the Parties acknowledge that any commission owed to Sedo GmbH or Sedo LLC is due at the effective date of this purchase and sale agreement, regardless of the completion of such.

b) In the event that either party fails to perform all reasonable steps necessary to submit payment, complete the transfer of control of the Purchase Object, or otherwise fails to communicate with Sedo's representatives in a timely manner, Sedo LLC or Sedo GmbH shall have the permission of the Parties to cancel or temporarily suspend attempts to transfer said Purchase Object and to demand the commission from the Party who has failed to complete all reasonable steps necessary to complete the transaction.

c) Buyer's Payment must be sent to Sedo and the remittance confirmed in writing to Sedo via the Sedo account interface within six (6) days from date of agreement.

d) Seller and Buyer agree to immediately perform all necessary steps required to complete the transfer of Purchase Object as soon as receiving related instructions from the assigned Sedo representative.

## 5. Disputes & Specific Performance

a) Due to the unique and specific nature of Internet domain names, the Parties agree that in the event a breach of this agreement results in a failed attempt to transfer control of the Purchase Object from Seller to Buyer, the aggrieved Party shall have the right to demand specific performance in lieu of monetary damages.

b) In the event that either Party requires legal assistance enforcing their rights pursuant to this agreement, the winning Party is entitled to recover legal fees from the other.

c) For the avoidance of doubt, should this purchase and sale transaction fail due to the breach of this agreement by either Party, including, but not limited to following or responding to all necessary instructions provided by Sedo pursuant to its Domain Transfer and Escrow Service, the breaching party shall be liable to Sedo for the commission fee.

d) This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Massachusetts, without giving effect to any choice-of-law or conflict-of-law provision or rule (whether of Massachusetts or of any other jurisdiction) that would cause the application of the laws of any jurisdiction other than Massachusetts.

e) If any provision of this Agreement, or part thereof, shall be held to be unenforceable, void or contrary to law, such provision, or part thereof, shall be severed from this Agreement, with the other provisions remaining in full force and effect. The ineffective provision shall be replaced by a valid one that approaches the ineffective provision as closely as possible.

Print

# EXHIBIT-2

## Sedo.com Payment Request
## for Purchase of Domain "FXF.com"

 

Sedo.com, LLC
161 First Street, Fourth Floor
Cambridge, MA 02142
USA

Tel.: (617) 499-7200
Fax: (617) 499-7219
E-Mail: contact@sedo.com
http://www.sedo.com

Ye YU
401 S. Burnside Ave, Apt-11J
Los Angeles, CA 90036
United States

Cambridge, 01/21/2013

**Payment Request for Order # 2544144**

Seller:

Oliver Hoger
Apt. 663

8125 Vilamoura
Portugal

According to your sales contract dated 01/21/2013 please make the following payment:

| Amt. | Product / Use: | Amount: |
|---|---|---|
| 1 | Purchase of domain fxf.com according to sales contract (15000.00 Euro) | 19986.00 $US |
| | Total Amount: | 19986.00 $US |

Please send the full amount of 19986.00 $US to Sedo's Escrow Account within 5 days:

Wire Transfer:   Bank Name: Commerzbank, AG
Bank Address: 2 World Financial Center
New York, NY 10281
Account Name: SEDO.COM LLC
Account #: 150108074000
ABA Routing #: 026008044
BIC/ SWIFT-Code: COBAUS3XXXX
Amount: 19986.00 $US
Reference:  2544144 (You must give this ID!)

The exchange rate (1.33240) valid at the time of agreement is the basis for the currency conversion.

# EXHIBIT-3

## Bank of America
## Funds Transfer Request and Authorization
## for Purchase of Domain "FXF.com"

# Bank of America

**Funds Transfer Request
and Authorization (FTRA)**

## Section I: Requestor/Originator Information

| Requestor Name | Date Wire to be Sent |
|---|---|
| YE YU | 01/24/2013 |

| Business Name (if applicable) | Telephone # |
|---|---|
| | 818.919.5619 |

| Address | City | State | Zip |
|---|---|---|---|
| 401 S BURNSIDE AVE APT 11J | LOS ANGELES | CA | 90036 |

| Customer ID Type 1 | ID# | Issue State/Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| DL | D8934090 | CA/USA | 08/18/2010 | 08/11/2015 |

| Customer ID Type 2 | ID# | Issue State/Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| QST | | | | |

## Section II: Associate Accepting Wire

| Associate Name | Phone and Fax # | Unit Co#/CC# | Date | Time |
|---|---|---|---|---|
| RAEGEN TELLEZ | 323.202.1097 / 323.202.1113 | 0318 /0000311 | 01/23/2013 | 5:20PM |

| Callback Required if Phone, Fax or Letter ☐ Yes ☑ N/A | Name/Number of Person Contacted | Date/Time |
|---|---|---|
| Call Back Completed by: | | |

## Section III: Domestic Payment Instructions

| Amount of Wire | Debit Account Type (check one) | Serial # (For ICA/GL) or Repetitive ID# | Source |
|---|---|---|---|
| $19,986.00 | ☑ CHKG ☐ SAV ☐ ICA ☐ GL | | ☑ OTC ☐ Fax ☐ Phone ☐ Letter |

| Account Debit | State | Available Balance |
|---|---|---|
| 000311973135 | CA | $ 30,387.62 |

| Account Title |
|---|
| YE YU |

| Overdraft Amount | Overdraft Approved by (Name & Signature) | Date | Wire Fee |
|---|---|---|---|
| $ | | | $ 25.00 |

## Section IV: International Payment Instructions ☐ Check here if funds must be sent in US dollars.

| USD Amount of Wire | Country | Rate | Foreign Currency Code | Foreign Currency Amount |
|---|---|---|---|---|
| $ | | | | |

| Debit Account Type (check one) | Serial # (For ICA/GL) or Repetitive ID# | FX Reference ID (If applicable) | Source |
|---|---|---|---|
| ☐ CHKG ☐ SAV ☐ ICA ☐ GL | | | ☐ OTC ☐ Fax ☐ Phone ☐ Letter |

| Account Debit | State | Available Balance |
|---|---|---|
| | | $ |

| Account Title |
|---|

| Overdraft Amount | Overdraft Approved by (Name & Signature) | Date | Wire Fee |
|---|---|---|---|
| $ | | | $ |

## Section V: Wire Information

| Beneficiary Name | Beneficiary Account # or IBAN (if IBAN, no further Beneficiary Bank information is required) |
|---|---|
| SEDO.COM LLC | 150108374000 |

| Beneficiary Address: Street | City | State | Country | Zip |
|---|---|---|---|---|
| | CAMBRIDGE | MA | US | |

| Beneficiary Bank Name | ABA # or Swift or National ID |
|---|---|
| COMMERZBANK | 026008044 |

| Beneficiary Bank Address  Street | City | State | Country | Zip |
|---|---|---|---|---|
| | NEW YORK | NY | US | |

| Additional Instructions (Attention To, Phone Advise, Customer Reference, Contact Upon Arrival) |
|---|
| REF# 2544144 |

| Send Thru Bank/IBK (if available) | ABA # or Swift or National ID |
|---|---|
| | |

| Send Thru Bank Address  Street | City | State | Country | Zip |
|---|---|---|---|---|
| | | | | |

## Section VI:  Customer Approval (Print form to obtain customer's signature)

I authorize Bank of America to transfer my funds as set forth in the instructions noted herein (including debiting my account if applicable), and agree that such transfer of funds is subject to the Bank of America standard transfer agreement (see page 2 of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided in Section IV, or, if no rate is entered, the rate provided by Bank of America at the time the wire transfer is sent.

| Customer's Signature: | Date of Request: / / |
|---|---|

## Section VII:  Approval and Wire System Entry / Verification (Complete manually)

**Signature Verification:** Type of account: ☐ Business (Required for all)  ☐ Personal (Required if $10,000 or more unless customer is well-known)

**Indicate Method of Signature Verification:** ☐ Signature Card ☐ Business Resolution ☐ Posted Check # _____

| Approval (required field) | BAT Approval Authorization # (if applicable/attach approval) |
|---|---|
| | |

| Wire Entered by: Name/Signature (attach BFT screen prints) Print                           Signature: | BFT System Time | BFT Sequence # |
|---|---|---|

| Date of Entry and Verification | Verified By (Name/Signature) (Attach Verification Screen Print) Print                           Signature: | BFT System Time |
|---|---|---|

**Note: Purpose of Wire must be disclosed if sent to an OFAC blocked country - See OFAC in PRO**
95-14-0237NSBW  04-2011

# EXHIBIT-4

## Bank of America
## Wire Transfer Transaction Receipt
## for Purchase of Domain "FXF.com"


**Bank of America**

PAGE 1 OF 1
BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA          18507

WX 0000        190 008069 ##01 AT 0.374
YE YU
401 S BURNSIDE AVE APT 11J
LOS ANGELES CA 90036-5376

DATE: 01/24/13
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: 000311973135

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                    USD AMOUNT $19,986.00

TRANSACTION REF:     2013012400233029          SERVICE REF: 356770
RELATED REF:         01130124003132NN
INSTRUCTING BANK:    BANK OF AMERICA           ID: BFTA
BENEFICIARY:         SEDO.COM LLC              ID: 150108374000
BENEFICIARY'S BANK:  COMMERZBANK A.G.          ID: 0804

PAYMENT DETAIL:      REF 2544144

---

# EXHIBIT-5

Domain "FXF.com" Transferred-In Notification
to The Owner Ye Yu

 Gmail

Ye Yu <email.yuye@gmail.com>

## Transfer Domain: Complete: fxf.com

1 message

**Namecheap Support** <support@namecheap.com>
To: Ye <email.yuye@gmail.com>

Fri, Jun 14, 2013 at 5:41 AM

---------------------------------------------------------------
NameCheap.com
Domain Transfer Completed : fxf.com
Date: 6/14/2013 8:41:45 AM
---------------------------------------------------------------

Dear Ye,

We are happy to inform you that your domain transfer has been completed.
You can now find the domain under your Namecheap account where you can
manage it.

Here are the details of your order:

    Order ID        : 8720101
    Transfer Order ID : 44800799
    Domain Name     : fxf.com
    Transferred for : 1 year(s)
    User Name       : yespire

We'd like to take this opportunity to thank you for your decision to transfer
your domain to us. We strive to provide exceptional service and help you
in any way possible.

You also might want to check out Namecheap.com for additional services for your domain, such as
SSL certificates to secure your website as well as WhoisGuard to protect your domain's whois
information. Also, have you had a chance to look at our web hosting plans yet?

Should you have any questions or concerns, please contact us at
https://support.namecheap.com/


Sincerely,
Namecheap Team
http://www.namecheap.com/

---------------------------------------------------------------

# EXHIBIT-6

## Domain "FXF.com" Transferred-Out Notification to The Owner Ye Yu

 Gmail

Ye Yu <email.yuye@gmail.com>

---

## Domain Transferred Out:fxf.com
1 message

---

**Namecheap.com <support@namecheap.com>**
To: Ye Yu <email.yuye@gmail.com>

Wed, Jun 8, 2016 at 10:57 PM

---

------------------------------------------------------------------

Namecheap.com

Domain transferred out: fxf.com

Date: 6/9/2016 1:57:34 AM

------------------------------------------------------------------

Dear Ye Yu,

This notice is to inform you that your domain has been transferred out of Namecheap.

Domain Name: fxf.com

Transferred Date : 6/8/2016 2:21:17 PM

Sincerely,

Namecheap Team

http://www.namecheap.com/

# EXHIBIT-7

## Namecheap Support's Email Reply Explanation Regarding FXF.com Transfer

 **Gmail**

Ye Yu <email.yuye@gmail.com>

## [#DBD-293-63618]: My domain "fxf.com" has been transferred out / disappeared from my account without authorization

11 messages

---

**Anna S.** <security@namecheap.com>
Reply-To: security@namecheap.com
To: email.yuye@gmail.com

Fri, Jun 10, 2016 at 3:25 AM

Hello,

Thank you for contacting Risk Management team!

Unfortunately, the registry has changed the registrar of the domain fxf.com pursuant to a court order.

Please contact legal@enom.com, if you have any questions.

------------------
Regards,
Anna S.
CFC, Risk Management
Namecheap, Inc.

Ticket Details

Ticket ID: DBD-293-63618
Department: Risk Management
Type: Issue
Status: Awaiting Client Response
Priority: Critical

Helpdesk: https://support.namecheap.com/index.php?

---

**Ye** <email.yuye@gmail.com>
To: security@namecheap.com

Fri, Jun 10, 2016 at 3:28 AM

Hi Anna,

What court order of which country ?

[Quoted text hidden]

---

**Ye** <email.yuye@gmail.com>
To: security@namecheap.com, legal@enom.com

Fri, Jun 10, 2016 at 3:30 AM

Hi Legal Department,

Please provide more information regarding the court order Anna has referred in her email.
And other party's information.
I have never been notified about any court case involving the domain.

Thanks,
Ye

On Fri, Jun 10, 2016 at 3:25 AM, Anna S. <security@namecheap.com> wrote:
[Quoted text hidden]

---

**Ye <email.yuye@gmail.com>**                                                     Fri, Jun 10, 2016 at 8:03 AM
To: security@namecheap.com, legal@enom.com

Hi Legal / Security,

The transferring out email notice is the my knowledge about this incident. I would like gather more information about this legal proceeding surrounding this domain transfer.

Please provide the following information:

1. who made domain transfer request
   -- plaintiff
   -- defendent
   -- court of record

2. primary contact information of involved party (name, address, phone, email):
   -- court officers
   -- other party's attorneys, staff or agent, or senior management

3. The original court order and other documents which namecheap / ENOM INC. has received and complied to make the domain transfer.

Since the other party didn't involve me (original domain owner) in any legal process which leads to the legal proceeding(order). I would like to learn about the following:

4. has ENOM INC / namecheap involved in the legal process leading to the court order ?

5. if ENOM INC is involved in the legal process, please provide me with the legal documentations on the legal process

6. if ENOM INC is not involved in the legal process, do you have any information on the basis of this court order ?

If you need to send me scanned documents / pdf, please send to my gmail ---
email.yuye@gmail.com

Thanks,
Ye

[Quoted text hidden]

---

**Ye** <email.yuye@gmail.com>        Fri, Jun 10, 2016 at 8:05 AM
To: Hari K T <kthari85@gmail.com>

Just in case if you are curious about the hassle I am dealing with
[Quoted text hidden]

---

**Legal eNom** <legal@enom.com>       Fri, Jun 10, 2016 at 8:48 AM
To: Ye <email.yuye@gmail.com>, security@namecheap.com

Hello,

Thank you for your inquiry. Please see the attached documents.

**Legal Department**

eNom / Bulk Register

www.enom.com

email **legal@eNom.com**

legal fax **1-425-298-2795**

**From:** Ye [mailto:email.yuye@gmail.com]
**Sent:** Friday, June 10, 2016 3:30 AM
**To:** security@namecheap.com; legal@enom.com
**Subject:** Re: [#DBD-293-63618]: My domain "fxf.com" has been transferred out / disappeared from my account without authorization

Hi Legal Department,

[Quoted text hidden]
[Quoted text hidden]

**2 attachments**

📎 **Dkt 42 - Order Granting Default Judgment.pdf**
163K

📎 **Dkt 43 - Judgment.pdf**
21K

---

**Legal eNom** <legal@enom.com>                                    Fri, Jun 10, 2016 at 8:50 AM
To: Ye <email.yuye@gmail.com>, security@namecheap.com

Hello,

Thank you for your inquiry. Please see the attached documents for more information. The registry, VeriSign, processed the transfer of the domain name.

If you have any questions relating to this Order please contact counsel listed below:

Paul Grandinetti

Levy & Grandinetti

Suite 304

1120 Connecticut Ave, NW
Washington, D.C. 20036

Regards,

**Legal Department**

eNom / Bulk Register

www.enom.com

email  legal@eNom.com

legal fax  1-425-298-2795

**From:** Ye [mailto:email.yuye@gmail.com]
**Sent:** Friday, June 10, 2016 8:04 AM
**To:** security@namecheap.com; legal@enom.com
**Subject:** Re: [#DBD-293-63618]: My domain "fxf.com" has been transferred out / disappeared from my account without authorization


Hi Legal / Security,

[Quoted text hidden]
[Quoted text hidden]

---

**2 attachments**

📄 **Dkt 42 - Order Granting Default Judgment.pdf**
163K

📄 **Dkt 43 - Judgment.pdf**
21K

---

Ye <email.yuye@gmail.com>                                    Fri, Jun 10, 2016 at 2:43 PM
To: Legal eNom <legal@enom.com>
Cc: security@namecheap.com

Hi Legal / Security,

Thanks you for forwarding the court documents.

A few notes and questions:

1. During the course of legal process (Civil Action No. 1:15cv1723), has ENOM INC (namecheap) been subpoenaed for registered domain owner information ?

2. As the domain (FXF.com) was under privacy guard purchased from ENOM INC (namecheap), the only way for registered domain owner to received information from a party other than ENOM INC is via the privacy-guard email provided in the DNS records.

3. Has the VeriSign / Associated Recovery LLC attempt to send me (registered domain own) regarding the then open court case via the privacy guard email ?

Regards,
Ye


[Quoted text hidden]

---

Ye <email.yuye@gmail.com>                                    Fri, Jun 10, 2016 at 3:16 PM

To: Legal eNom <legal@enom.com>
Cc: security@namecheap.com

Hi Legal / Security,

More question:

4. Have ENOM INC / NameCheap filed Notice of Appeal on behave of Privacy Guard protected domain registered owners (including me and others in this case) ?

5. Does NOM INC /NameCheap plan to to file file appeal or take legal action in future to protect its customers and their registered domains ?

-- if ENOM INC stands to do nothing, all privacy guard customers and their registered domains are basically vulnerable for predatory parties

Regards,
Ye

[Quoted text hidden]

---

**Ye** <email.yuye@gmail.com>                                    Fri, Jun 10, 2016 at 4:26 PM
To: Legal eNom <legal@enom.com>
Cc: security@namecheap.com

Hi Legal / Security,

I just got hold of the original court filing. Please see the attachment / PDF.

1. The document indicates their knowledge about ENOM inc as registrar, but didn't list ENOM or me as defendants.

Was ENOM involved in the legal process prior to the legal proceedings ?

2.  If ENOM was in the legal process, as domain registered owner, why have I never been contacted ?

Regards,
Ye

[Quoted text hidden]

📄 **associated061016.pdf**
   2946K

**Legal eNom** <legal@enom.com>                          Tue, Jun 14, 2016 at 8:31 AM
To: Ye <email.yuye@gmail.com>
Cc: security@namecheap.com

Hello,


eNom received no notification of legal action until contacted by the registry with notification of the
transfer.  eNom does not provide the WhoisGuard privacy service.

If you have any questions relating to this Order please contact counsel listed below:


**Paul Grandinetti**

**Levy & Grandinetti**

**Suite 304**

**1120 Connecticut Ave, NW**
**Washington, D.C. 20036**



**Legal Department**

eNom / Bulk Register


**www.enom.com**

**email  legal@eNom.com**

**legal fax  1-425-298-2795**




**From:** Ye [mailto:email.yuye@gmail.com]
**Sent:** Friday, June 10, 2016 4:26 PM
**To:** Legal eNom
**Cc:** security@namecheap.com

[Quoted text hidden]

[Quoted text hidden]

# EXHIBIT-8

## Screenshot of Namecheap WhoisGuard
## Service Sign-up Page



SUPPORT ▾    SIGN IN ▾    SIGN UP    🛒

namecheap

**Security** → Whois Guard



# WhoisGuard™

## Use WhoisGuard to protect your privacy

The Whois database is accessible to anyone on the internet. When you register a domain, you risk exposing your name, address, email and phone number to spammers, marketing firms and online fraudsters. WhoisGuard was designed for domain owners. With this service in place, your confidential information is no longer available for public consumption. It's the best global domain privacy option you'll find anywhere, guaranteed.



$**2.**88 /yr

Add to Cart

| Duration | 1 Year | 2 Years | 3 Years | 4 Years | 5+ Years |
|---|---|---|---|---|---|
| Price / Year | $2.88 | $2.88 | $2.88 | $2.88 | $2.88 |

# Why use WhoisGuard?

It's the coverage you need, for the info you value most.



## Contact Info Shield



WhoisGuard service information is displayed in the publicly accessible Whois database, taking the place of your name, postal address, phone number, and fax number. Your personal information remains private. This means you're safe from telemarketers, unsolicited phone calls, junk mail and identity theft.

## Spam Killer



WhoisGuard replaces your email address in the Whois database with a unique "xyz.protect@whoisguard.com" address. Every email sent to this address is filtered and then forwarded to an email address of your choice, drastically reducing the amount of spam in your inbox, while ensuring you receive legitimate communication.



### First Year Free!

When you register an eligible new domain name or transfer an existing eligible domain into Namecheap, you'll receive the first year of WhoisGuard privacy protection absolutely FREE.



### Flexible Control

Update your settings any time you want. It's easy to enable and disable WhoisGuard, or modify your custom email preferences, all from within one simple control panel.

### Disclaimers

WhoisGuard subscription is provided by WhoisGuard pursuant to its Services Agreement with Namecheap. Terms and conditions apply. Due to registry restrictions, WhoisGuard cannot be used with .asia, .bz, .ca, .cn, .uk, .co.uk, .de, .eu, .in, .me.uk, .nu, .li, .ch, .fr, .sg, .com.sg, .org.uk, .us, .es, .com.es, .nom.es, .org.es, .com.au, .net.au, .nyc or .org.au domains. Please note that WhoisGuard subscription expiration is based on purchase date rather than activation date. Visit the WhoisGuard website for details
WhoisGuard subscriptions can be used on domains registered with Namecheap only.
Remember to turn off WhoisGuard before transferring your domain to another registrar, as they will need your information at the time of transfer.

## Need help?
### We're always here for you.



Chat with a Live Person

namecheap

We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

**Join Our Newsletter**

We'll send you news and offers twice a month.

you@yours.com Join

The entirety of this site is protected by copyright © 2001–2016 Namecheap.com.

Terms and Conditions Privacy Policy UDRP

WE SUPPORT

ELECTRONIC FRONTIER FOUNDATION

FIGHT FOR THE FUTURE





We are an ICANN accredited registrar.
*Serving customers since 2001*

Payment Options

     

  

# EXHIBIT-9

## Namecheap WHOIS Proxy Agreement
## Terms of Service



Legal → WhoisGuard → WhoisGuard Service Agreement

# Namecheap WHOIS Proxy Agreement

## INTRODUCTION

This Namecheap WHOIS Proxy Agreement ("Proxy Agreement") sets forth the terms and conditions of your use of the services offered by Whoisguard, Inc., a Republic of Panama corporation, ("Whoisguard") and Namecheap, Inc., a Delaware corporation, ("Namecheap") pursuant to the Services Agreement by and between Whoisguard and Namecheap, wherein Whoisguard agrees to provide consumers of Namecheap's domain name registration and hosting services ("Namecheap Registrant") with WHOIS privacy protection services ("Whoisguard Services Agreement").

This Proxy Agreement serves to supplement your Domain Registration Agreement and/or Hosting Services Agreement between you on the one hand and Namecheap on the other hand, and which is incorporated herein by reference. In this Proxy Agreement "you" and "your" refer to you or any agent, employee, servant or person authorized to act on your behalf, and the Namecheap Registrant listed in the WHOIS contact information for the domain name. This Proxy Agreement explains Namecheap's obligations to you in connection with your WHOIS privacy protection

services, and explains your obligations to Namecheap for privacy protection services offered by third party Whoisguard under the Whoisguard Services Agreement.

# WHOISGUARD PROXY SERVICES

By subscribing to the Namecheap WHOIS Privacy Protection Services ("WHOIS Privacy Services"), you are engaging Whoisguard to administer and register each domain name controlled by you ("Protected Domain") in the name of WhoisGuard. Thus, your name, postal address, email address, phone and fax numbers shall be kept confidential, subject to this Proxy Agreement. The following information (and not your personal information) will be made publicly available in the WHOIS directory for each Protected Domain:

> An account specific WhoisGuard email address, and WhoisGuard postal address and phone and facsimile number for the registrant, administrative, technical, and billing contacts ("WhoisGuard Addresses");
> The primary and secondary domain name servers you designate for the Protected Domain;
> The Protected Domain's original date of registration and expiration date; and
> The identity of your registrar, domain name service provider (if different from registrar) and the status of the Protected Domain with the registrar (such as, "active," "Registrar Lock," "clienthold," etc.).

# YOUR RIGHTS

You will retain the right to sell, transfer, or assign each Protected Domain.

You will retain the right to control and set the DNS settings for the Protected Domain(s).

You will retain the right to renew each Protected Domain name registration upon expiration (subject to your Namecheap's applicable rules and policies).

You will remain responsible to resolve any and all monetary or other legal claims that arise in connection with your Protected Domain(s), subject to the remaining provisions of this Proxy Agreement, the Whoisguard Services Agreement, and your Domain Registration Agreement and/or Hosting Services Agreement with Namecheap (collectively, "Agreements").

# YOUR PERSONAL INFORMATION

You agree that for each Protected Domain, you will provide to Whoisguard and maintain as current and accurate, the following information:

Your name, address, email address, postal address, phone and fax numbers;
The name, address, email address, postal address, phone and fax numbers for the Protected Domain's administrative, technical, and billing contacts; and
The primary and secondary domain name servers for the Protected Domain.

You agree to:

Update this information immediately as it changes over time;
Respond within five (5) business days to any inquiries made by Whoisguard to determine the validity of personal information provided by you;
Promptly respond to messages regarding correspondence addressed to or involving your Protected Domain(s), as more fully set forth below.

If you do not supply primary and secondary domain name servers, you agree that Whoisguard or Namecheap may point your Protected Domain(s) to an IP address of its choosing until such time as you supply primary and secondary domain name servers.

# RENEWAL AND FEES

If you have selected automatic renewal of the WHOIS Privacy Services administered by Whoisguard, you agree:

That the WHOIS Privacy Services shall be automatically renewed 30 days prior to the end of term of your Domain Name Registration Agreement or Hosting Services Agreement with Namecheap;
That Whoisguard will attempt to charge your Namecheap account at the then current rates;
That you waive any requirement to obtain your ongoing affirmative consent to any such automatic renewal.

If you do not wish to automatically renew the WHOIS Privacy Services administered by Whoisguard, you agree that the exclusive method for communicating this shall be by logging into your Namecheap Account to ensure that the auto-renewal or renewal

option is not selected. You understand that you must do this at least 31 days prior to the end of the then current Term (as defined below).

It is your responsibility to keep necessary funds in your Namecheap Account. If Whoisguard is unable to collect renewal or other fees, you agree that Whoisguard may contact you, but is not obliged to do so, and you agree that Whoisguard may suspend or terminate the WHOIS Privacy Services as a result of inability to obtain payment.

## TERM OF SERVICES

You understand that the term of WHOIS Privacy Services administered by Whoisguard begins on the date your attempt to purchase the WHOIS Privacy Services is accepted by Whoisguard and that it shall run for the unit of time which you order ("Term"). You understand that the Term may be different than the registration term of the Protected Domain which is associated with Namecheap. If a Protected Domain registration expires and is deleted before the end of the Term of the associated WHOIS Privacy Services, then the WHOIS Privacy Services associated with the domain will end when the Protected Domain is deleted and you understand that there will be no refund for any resulting unused portion of the Term. If the Term ends while the registration term for the Protected Domain is still ongoing, then the WHOIS Privacy Services will no longer be provided, the personal information specified in this Proxy Agreement shall be listed in the public WHOIS Directory output for the (then former) Protected Domain, and the communications forwarding services specified in this Proxy Agreement will no longer be provided.

## YOUR REPRESENTATIONS & WARRANTIES

You represent and warrant that all information provided by you pursuant to this Proxy Agreement is truthful, complete, current and accurate and you represent and warrant that you will maintain all information in this status throughout the term of the Agreements.

You also represent and warrant that you are using the WHOIS Privacy Services in good faith and that you have no knowledge or reason to believe that your Protected Domain or the content found at any associated IP address infringes upon or conflicts with the legal rights of any third party or any third party's trademark or trade name.

You also warrant that neither the WHOIS Privacy Services nor Protected Domain(s) will be used in connection with any illegal or morally objectionable activity (as defined below), or, in connection with the transmission of unsolicited commercial email(s) ("Spam"). Further, you represent and warrant that you will not provide any third party with the WhoisGuard Addresses for the purpose of having such third party transmit communications to you through Whoisguard.

# SUSPENSION OR TERMINATION AND DISCLOSURE OF YOUR PERSONAL INFORMATION

Notwithstanding your purchase of the WHOIS Privacy Services administered by Whoisguard, Namecheap reserves the right in its sole judgment and discretion to disclose your personal protected information, or instruct Whoisguard to disclose such information, in the event any of the following occur:

If the Protected Domain(s) is (are) alleged to violate or infringe a third party's trademark, trade name, copyright interests or other legal rights of third parties;

If you breach any provision of this Proxy Agreement;

If you breach any provision of the Agreements incorporated herein by reference;

If you breach any provision of your Domain Name Registration Agreement or Hosting Services Agreement with Namecheap;

If necessary to comply with any applicable laws, government rules or requirements, subpoenas, court orders or requests of law enforcement;

If Namecheap is named as a defendant in, or investigated in anticipation of, any legal or administrative proceeding arising out of your use of the WHOIS Privacy Services or a Protected Domain;

If necessary to comply with ICANN's Dispute Resolution Policy or other policies promulgated by ICANN;

If necessary to avoid any financial loss or legal liability (civil or criminal) on the part of Namecheap or its parent companies, subsidiaries, affiliates, shareholders, agents, officers, directors and employees;

If necessary to protect the integrity and stability of the applicable domain name registry; or

If it comes to Backend Service Provider's attention that you are alleged to be using the WHOIS Privacy Services administered by WhoisGuard for purposes of engaging in, participating in, sponsoring or hiding your involvement in illegal or morally

objectionable activities, including but not limited to, activities which are designed, intended to or otherwise:

>   Appeal primarily to prurient interests;
>   Defame, embarrass, harm, abuse, threaten, or harass;
>   Violate state or federal laws of the united states and/or foreign territories;
>   Involve hate crimes, terrorism or child pornography;
>   Are tortious, vulgar, obscene, invasive of a third party's privacy, race, ethnicity, or are otherwise objectionable;
>   Impersonate the identity of a third party;
>   Harm minors in any way; or
>   Relate to or transmit viruses, trojan horses, access codes, backdoors, worms, timebombs or any other code, routine, mechanism, device or item that corrupts, damages, impairs, interferes with, intercepts or misappropriates any software, hardware, firmware, network, system, data or personally identifiable information.

In the event Namecheap decides to take any of the actions set forth above or in the event you elect to cancel the WHOIS Privacy Services administered by Whoisguard for any reason, Namecheap shall not be liable for fees paid by you for the WHOIS Privacy Services administered by Whoisguard.

# COMMUNICATIONS

You agree that from time to time, Whoisguard (and if applicable, Namecheap) will review communications sent to the WhoisGuard Addresses associated with your Protected Domain.

For communications received via certified or traceable courier mail (such as UPS, FedEx, or DHL), or first class mail which does not appear to be unsolicited commercial mail, you agree that Whoisguard may either i) forward such communication to you or ii) may attempt to communicate to you a scanned copy of a page of the communication to ascertain how you wish Whoisguard to proceed with respect to that communication.

You understand that Whoisguard may, in its own judgment and discretion, elect to not forward to you such first class postal mail or email, fax, postal mail or telephone communications which appear to be unsolicited communications, which offer or

advertize the sale of goods or services or which solicit charitable contributions, or communications which appear to arise from your use of the WHOIS Privacy Services administered by Whoisguard as a general mail forwarding service. You authorize Whoisguard to either discard all such communications or return all such communications to sender unopened.

You agree to waive any and all claims arising from your failure to receive communications directed to your domain name but not forwarded to you by Whoisguard, including such failures which arise from Whoisguard's mistake of judgment made in good faith in determining whether a communication is or is not an unsolicited communication.

The public WHOIS Directory generally requires an email address for every purchased domain name registration. When you purchase WHOIS Privacy Services administered by Whoisguard, an email address will be automatically generated for the corresponding Protected Domain (e.g. XXXXXX.protect@whoisguard.com). Thereafter, when messages are sent to the email address listed in the WhoisGuard Address, Whoisguard will forward such messages to the email address you provided to WhoisGuard, in accordance with this Proxy Agreement. If such email address becomes non-functioning or if the email to such address bounces, WhoisGuard shall not be obligated to attempt to contact you through other means. You agree that WhoisGuard may elect in its sole discretion, to allow you to access the email server logs if available and view email information sent to the Whoisguard Addresses, though such alternative means of servicing your Account is an option and not a requirement.

When Whoisguard receives a communication to the Protected Domain, Whoisguard will send an email to the email address you provided to Whoisguard in accordance with this Proxy Agreement. The email message from Whoisguard to you will identify the sender of the correspondence and the date received. As an alternative, you agree that Whoisguard may allow you to access your account to view full or partial scanned copies of (non-email) communications sent to the Protected Addresses and that you may be required to interact with your account to have the physical originals of such communications forwarded to you and that if you do not interact with your account in the ways indicated upon accessing your account, that the communications may not be forwarded to you. In either event, you will have seventy-two (72) hours to decide whether to have the communication(s) forwarded. If you do not respond within this time period, the communication(s) will not be forwarded. Method of forward will be

determined by Whoisguard. Communication(s) may not be immediately forwarded upon your election; there may be a delay and communication(s) may be aggregated to be forwarded together.

You agree to submit to fees where Whoisguard may begin charging fees for forwarding communications or may change the method by which communications are forwarded without written notice.

In the event you do not respond to communications from Whoisguard, irrespective of whether Whoisguard is forwarding an email or making an unrelated inquiry or communication, Whoisguard may immediately reveal the information you provided in accordance with this Proxy Agreement and/or cancel the WHOIS Privacy Services regarding either the Protected Domain in question or with respect to all of your Protected Domains, depending on the circumstances. This means the Whois directory will revert to displaying your name, postal address, email address and phone number.

## LIMITATION OF LIABILITY

UNDER NO CIRCUMSTANCES SHALL NAMECHEAP BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, SPECIAL, OR CONSEQUENTIAL DAMAGES FOR ANY REASON WHATSOEVER RELATED TO THIS PROXY AGREEMENT, YOUR DOMAIN NAME REGISTRATION, THE WHOIS PRIVACY SERVICES ADMINISTERED BY WHOISGUARD, YOUR USE OR INABILITY TO USE THE NAMECHEAP WEBSITE(S) OR THE MATERIALS AND CONTENT OF THE WEB SITE(S) OR ANY OTHER WEB SITES LINKED TO SUCH WEB SITE(S) OR YOUR PROVISION OF ANY PERSONALLY IDENTIFIABLE INFORMATION TO BACKEND SERVICE PROVIDER OR ANY THIRD PARTY. THIS LIMITATION APPLIES REGARDLESS OF WHETHER THE ALLEGED LIABILITY IS BASED ON CONTRACT, TORT, WARRANTY, NEGLIGENCE, STRICT LIABILITY OR ANY OTHER BASIS, EVEN IF NAMECHEAP HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR SUCH DAMAGES WERE REASONABLY FORESEEABLE. BECAUSE CERTAIN JURISDICTIONS DO NOT PERMIT THE LIMITATION OR ELIMINATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, NAMECHEAP'S LIABILITY IN SUCH JURISDICTIONS SHALL BE LIMITED TO THE GREATEST EXTENT PERMITTED BY LAW. IF ANY PROVISION OF THIS LIMITATION OF LIABILITY IS FOUND TO BE UNENFORCEABLE, ONLY SUCH PROVISION SHALL BE REMOVED AND THE REMAINDER SHALL BE ENFORCED TO THE GREATEST EXTENT PERMITTED BY LAW.

You further understand and agree that Namecheap disclaims any loss or liability resulting from:

The inadvertent disclosure or theft of your personal information;

Access delays or interruptions to the whoisguard website or the websites of affiliated parties;

Data non-delivery or inaccurate delivery between you and the providers of the services;

The failure for whatever reason to renew the WHOIS Privacy Services;

The unauthorized use of your account or any of the providers of services;

Errors, omissions or misstatements by providers of services;

Deletion of, failure to store, failure to process or act upon email messages sent to or forwarded to either you or the email address listed for your protected domain;

Processing of updated information regarding your account;

Any act or omission caused by you or your agents (whether authorized by you or not).

YOU AGREE THAT, IN ANY EVENT, THE PRIMARY AND BACKEND SERVICE PROVIDERS' RESPECTIVE MAXIMUM LIABILITY TO YOU SHALL BE CAPPED BY THE LESSER OF THE AMOUNT OF FEES PAID BY YOU TO EACH SERVICE PROVIDER IN THE PRECEDING YEAR WITH RESPECT TO THE SERVICES WHICH GAVE RISE TO THE LIABILITY OR $100.00 PER PROTECTED DOMAIN.

# INDEMNITY AND DEFENSE

With respect to ICANN, the registry operators, and Namecheap, as well as the contractors, agents, employees, officers, directors, shareholders, and affiliates of such parties, you agree to defend, release, indemnify, and hold such parties harmless from all liabilities, claims and expenses, including attorney's fees and court costs, for third party claims relating to or arising under the Proxy Agreement, the WHOIS Privacy Services provided hereunder, or your use of the WHOIS Privacy Services, including, without limitation, infringement by you, or by anyone else using the WHOIS Privacy Services provided to you, of any intellectual property or other proprietary right of any person or entity, or from the violation of any of Namecheap's operating rules or policies relating to the WHOIS Privacy Services provided.

When Namecheap may be involved in a suit involving a third party and which is related to the WHOIS Privacy Services administered by Whoisguard to you under this Proxy

Agreement, Namecheap may seek written assurances from you in which you promise to defend, indemnify and hold Namecheap harmless from the costs and liabilities described in this paragraph. Such written assurances may include, in Namecheap's sole discretion, the posting of a performance bond(s) or other guarantees reasonably calculated to guarantee payment. Your failure to provide such assurances may be considered by Namecheap to be a breach of this Proxy Agreement by you and may, in Namecheap's sole discretion, result in loss of your right to control the disposition of domain name services for which you are the registrant and in relation to which Namecheap is the registrar of record.

Should Namecheap be forced to defend itself in any action or legal proceeding in connection with any WHOIS Privacy Services provided to you, you shall have sole responsibility to defend Namecheap against any such claim by legal counsel of its choosing. This indemnification is in addition to any indemnification required under the Uniform Domain Name Dispute Resolution Policy ("UDRP").

You agree to release, defend, indemnify and hold harmless the Primary and Backend Service Providers, and their parent companies, subsidiaries, affiliates, shareholders, agents, directors, officers and employees and Your registrar, from and against any and all claims, demands, liabilities, losses, damages or costs, including reasonable attorney's fees, arising out of or related in any way to the Agreements, the web sites of the Service Providers, your Account, and/or your use of your Protected Domain.

The terms of this Section will survive any termination or cancellation of this Proxy Agreement.

# BACKEND SERVICE PROVIDER WARRANTY DISCLAIMER

THE BACKEND SERVICE PROVIDER, ITS PARENT COMPANIES, SUBSIDIARIES, AFFILIATES, SHAREHOLDERS, AGENTS, DIRECTORS, OFFICERS, AND EMPLOYEES EXPRESSLY DISCLAIM ALL REPRESENTATIONS AND WARRANTIES OF ANY KIND IN CONNECTION WITH THIS PROXY AGREEMENT, THE SERVICES PROVIDED HEREUNDER, THE WEB SITES OF THE BACKEND SERVICE PROVIDER OR ANY WEB SITES LINKED TO SUCH WEB SITES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. ALL BACKEND

SERVICE PROVIDER SERVICES, AS WELL AS THE BACKEND SERVICE PROVIDER WEB SITE, ARE PROVIDED "AS IS". YOUR SUBSCRIPTION TO AND USE OF BACKEND SERVICE PROVIDER'S SERVICES AND ITS WEB SITE ARE ENTIRELY AT YOUR RISK. SOME JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF IMPLIED WARRANTIES, IN WHICH EVENT THE FOREGOING DISCLAIMER MAY NOT APPLY TO YOU. IF ANY PROVISION OF THIS LIMITATION OF LIABILITY IS FOUND TO BE UNENFORCEABLE, ONLY SUCH PROVISION SHALL BE REMOVED AND THE REMAINDER SHALL BE ENFORCED TO THE GREATEST EXTENT PERMITTED BY LAW.

# GOVERNING LAW AND JURISDICTION FOR DISPUTES

Except as otherwise set forth in the UDRP or any similar ccTLD policy with respect to any dispute over a domain name registration this Proxy Agreement, your rights and obligations and all actions contemplated by this Proxy Agreement shall be governed by the laws of the United States of America and the State of California.

You agree that any action brought by you to enforce this Proxy Agreement or any matter brought by you and which is against or involves Namecheap and which relates to your use of the Services shall be brought exclusively in the United States District Court for the Central District of California, or if there is no jurisdiction in such court, then in a state court in Los Angeles County, State of California.

You consent to the personal and subject matter jurisdiction of any state or Federal court in Los Angeles County, State of California in relation to any dispute between you and Namecheap under this Proxy Agreement.

You agree that service of process on you by Namecheap in relation to any dispute arising under this Proxy Agreement may be served upon you by first class mail to the address listed by you in your account and/or domain name WHOIS information or by electronically transmitting a true copy of the papers to the email address listed by you in your account and/or domain name WHOIS information.

YOU AGREE TO WAIVE THE RIGHT TO TRIAL BY JURY IN ANY PROCEEDING THAT TAKES PLACE RELATING TO OR ARISING OUT OF THIS PROXY AGREEMENT.

# NOTICES

You agree that any notices required to be given under this Proxy Agreement by Namecheap to you will be deemed to have been given if delivered in accordance with the account and/or domain name WHOIS information you have provided.

## LEGAL AGE

You attest that you are of legal age to enter into this Proxy Agreement.

## FINAL AGREEMENT

This Proxy Agreement, the referenced agreements incorporated herein, the ICANN Policy and the UDRP, together with all modifications, constitute the complete and exclusive agreement between you and Namecheap, and supersede and govern all prior proposals, agreements, or other communications. This Proxy Agreement may not be amended or modified by you except by means of a written document signed by both you and an authorized representative of Namecheap.

## NO AGENCY RELATIONSHIP

Nothing contained in this Proxy Agreement shall be construed as creating any agency, partnership, or other form of joint enterprise between the parties hereto. Each party shall ensure that the foregoing persons shall not represent to the contrary, either expressly, implicitly, by appearance or otherwise.

## NO WAIVER

Any failure on the part of Namecheap to require your performance of any provision hereof shall not affect the full right to require such performance at any time thereafter; nor shall the waiver by Namecheap of a breach of any provision hereof be taken or held to be a waiver of the provision itself.

## ENFORCEABILITY

In the event that any provision of this Proxy Agreement shall be unenforceable or invalid under any applicable law or be so held by applicable court decision, such unenforceability or invalidity shall not render this Proxy Agreement unenforceable or invalid as a whole. Namecheap will amend or replace such provision with one that is valid and enforceable and which achieves, to the extent possible, the original objectives and intent as reflected in the original provision.

## ASSIGNMENT AND RESALE

Except as otherwise set forth herein, your rights under this Proxy Agreement are not assignable or transferable. Any attempt by your creditors to obtain an interest in your rights under this Proxy Agreement, whether by attachment, levy, garnishment or otherwise, renders this Proxy Agreement voidable at the option of Namecheap.

## FORCE MAJEURE

Neither party shall be deemed in default hereunder, nor shall it hold the other party responsible for, any cessation, interruption or delay in the performance of its obligations hereunder due to causes beyond its control including, but not limited to: earthquake; flood; fire; storm; natural disaster; act of God; war; terrorism; armed conflict; labor strike; lockout; boycott; supplier failures, shortages, breaches, or delays; or any law, order regulation, direction, action or request of the government, including any federal, state and local governments having or claiming jurisdiction over Namecheap or its affiliates, or of any department, agency, commission, bureau, corporation or other instrumentality of any federal, state, or local government, or of any civil or military authority; or any other cause or circumstance, whether of a similar or dissimilar nature to the foregoing, beyond the reasonable control of the affected party, provided that the party relying upon this Section

shall have given the other party written notice thereof promptly and, in any event, within five (5) days of discovery thereof and

shall take all steps reasonably necessary under the circumstances to mitigate the effects of the force majeure event upon which such notice is based; provided further, that in the event a force majeure event described in this Section extends for a period in excess of thirty (30) days in the aggregate, Namecheap may immediately terminate this Proxy Agreement.

## HEADINGS

The section headings appearing in this Proxy Agreement are inserted only as a matter of convenience and in no way define, limit, construe or describe the scope or extent of such section or in any way affect such section.

WhoisGuard Service Agreement

# Need help?
## We're always here for you.





# namecheap

We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap** →

**Read our blog** →

**Join Our Newsletter**
We'll send you news and offers twice a month.

you@yours.com      Join

The entirety of this site is protected by copyright © 2001–2016 Namecheap.com.

Terms and Conditions   Privacy Policy   UDRP

## WE SUPPORT



ELECTRONIC FRONTIER FOUNDATION





    

We are an ICANN accredited registrar
*Serving customers since 2001.*

Payment Options



 

# EXHIBIT-10

## Google's WHOIS Privacy Service
## Terms of Service

## WHOIS Privacy Service Terms of Service

Last modified: September 01, 2015

## By activating the Whois Privacy service offered by WhoisProxy.com Ltd., the customer ("registrant") agrees to the following additional terms and conditions.

1. The whois privacy service ("service") is offered as an optional and supplemental service for individual registrations of domain names and is available for new and existing domain names registered with a registration service provider ("registrar") cooperating with the Whois privacy service provider ("service provider"). The registrant may designate any domain name (certain TLDs may be excluded from the service due to registry policy) he controls or acquires to be registered in the name of the service provider. The registrant may elect to disable the service at any time to replace the whois data with his own personal data.

2. The registrant shall retain full control and ownership over and remain the legally responsible owner of the domain name. The registrant maintains full liability for the registration and use of the domain name and agrees to release, defend, indemnify and hold harmless the whois privacy service provider, its parent companies, subsidiaries, affiliates, shareholders, agents, directors, officers and employees, the registrants' registration service provider as well as registrar, from and against any and all claims, demands, liabilities, losses, damages or costs, including reasonable attorney's fees, arising out of or related in any way to the domain registration itself, the privacy services provided and/or the registrants' use of his domain name registration.

3. The registrant agrees to provide and maintain true, accurate and up-to-date registration information for the domain name owner, admin, billing and technical contacts, as provided for in the general registration agreement with his registration provider, including his name, postal address, email address, phone and fax numbers. The registrant warrants the accuracy of this information. The registrant further agrees that all actual registration information will be maintained in a database by the registration service provider and escrowed with a third party provider (gTLDs only - the data will not be escrowed for ccTLD domain names). The service provider shall keep this information confidential, subject to section 5 of this agreement. In case of the use of inaccurate, fake or outdated information, the service provider is entitled to take all necessary actions to avoid legal or financial liability in the registrants stead, including, but not limited to the deletion of the domain name or the deactivation of the service.

4. In place of the registrants' contact information, the following data shall be displayed in the whois information for the registrant of each domain name included in the service, unless the registration requires different data to be used to ensure management of a domain name by the registration service provider: An individual, but anonymous string identifying the registrant
   - Postal address of the service provider;
   - Phone number of the service provider;

        o An automatically generated temporary anonymous individual email address redirecting all communications to the email address provided by the registrant;
        o A status/information notice of the service provider.

5. The registrant agrees that the service provider may at any time and at its sole discretion suspend and disable the service without liability to the registrant and to reveal registrant and contact Whois information for any reason. Such reasons include but are not limited to:

        o failure to provide payment for the service; breach of any provision of this agreement or the registration agreement with the registration service provider; requirement by law;
        o compliance with a registry request, a court order or a law enforcement agency request;
        o receipt of a legal complaint regarding the use or registration of a domain name;
        o receipt of a formal request from an UDRP service provider;
        o receipt of a formal request from an alternative dispute service provider;
        o for the resolution of any and all third party claims;
        o for the avoidance of financial loss or legal liability of service provider, its parent companies, subsidiaries, affiliates, shareholders, agents, officers employees and directors;
        o good faith belief or third party complaint of illegal or morally objectionable use of the domain name, especially use to transmit SPAM, viruses, worms or other harmful computer programs;
        o good faith belief or allegation of use of the service to conceal involvement with illegal, illicit, objectionable or harmful activities;
        o good faith belief or allegation that the registration violates or infringes upon the legal rights of a third party, or any third-party trademark or trade name;
        o good faith belief that disclosure is necessary to further determination of an alleged breach of a law;
        o use of the domain name for commercial purposes directed at the provision of goods and/or services, where the website(s) do not contain valid or complete contact information;
        o the deletion of a domain name.

6. The suspension or termination of the service will result in the immediate disclosure of the registrant's information in the whois as well as to third party claimants. The service provider will endeavour to give the registrant a notice of 24 hours before the service is disabled.

7. The service provider shall not be held liable for delays of services and interruptions due to higher force, fault of third parties or due to events not under reasonable control or influence of the service provider, despite any agreed upon deadlines and dates. The registrant hereby permits service provider to postpone the supply of service by the duration of the respective disruption plus an appropriate starting time. Furthermore service provider can limit the service, if the stability and security of the operation, the maintenance of the net integrity, in particular the avoidance of serious disturbances of the network, the software or stored data requires it. For all services liability of service provider will be limited to intention and gross negligence to the amount paid by the registrant for the specific service. In every other case, liability is capped at the amount of damage that are typically foreseeable at the time the agreement.

8. The fees for the service are charged through the registration service provider. The current fees are published without engagement on the website of the registration service provider and can be changed at any time. For renewal of the service the price on the day of the renewal applies. At the end of a term, the service is automatically renewed for another term unless terminated by the registrant. In cases of termination or suspension of the service or the deletion or transfer of the domain name, no partial refunds of the service fee for the remaining term is possible. Additional fees may apply in case of fees applicable for changes in the registrant information of a domain name.

9. The service provider retains the right to refuse any transfer request or request for an authorization code for a domain name by the registrant as long as the service is enabled.

10. The service provider may exclude certain top level domains from the service.

11. Any email sent to the automatically generated temporary anonymous individual email address will be redirected to the email address provided by the registrant. The service provider is not obligated to contact the registrant via another method should his email address become non-functional. In order to protect registrant from spam the generated email address will only work for a period of 14 days after the whois query was made.

12. The service is not a mail forwarding service and the registrant therefore agrees not to provide any third party with the data used by the service provider for the purpose of having such a third party transmit communications to the registrant through the service provider. Communications by third parties to the postal address of the registered name holder will not be forwarded to the registrant, and registrant agrees that service provider may review, return, destroy and/or discard all communications directed at the domain name registrant. The service provider will include an appropriate disclaimer in the whois data. The registrant agrees to waive any and all claims arising from his failure to receive communications directed at the domain name.

13. Modifications to the terms and conditions or the contract, as well as cancellations will only be accepted in writing, which includes E-Mail transmissions. Oral agreements shall not be considered valid.

14. For legal entities in New Zealand, as well as for all registrants without permanent residence in New Zealand, Wellington/ NZ will be the exclusive place of jurisdiction, as well as the place of fulfillment. For the contract between service provider and its registrants the NZ law is the only effective law.

15. If any provision of these terms and conditions shall be or become unenforceable and/or invalid, such unenforceability and/or invalidity shall not render these terms and conditions unenforceable or invalid as a whole. Any provision determined to be unenforceable or invalid shall be replaced by provisions which are valid and enforceable and closest to the original objectives and intents of the original provisions in an economic and legal sense that would have been agreed upon by the parties, had they known of the invalidity at the time of the agreement to these terms and conditions.

# EXHIBIT-11

Email Communication Between Ye Yu and
Ryan Colby of Outcome Brokerage
on August 20, 2016



ye yu <info@yespire.com>

## Regarding FXF.com -- Cease and Desist

4 messages

---

**Ye** <info@yespire.com>                                                    Sat, Aug 20, 2016 at 5:30 PM
To: Ryan Colby <ryan@outcomebrokerage.com>

Mr. Colby,

It has to come to my attention that you are trying to sell the domain "FXF.com", which is currently
associated with an open federal court case. I would like to ask you -- please stop your activities in
attempting to sell or conduct any business with "FXF.com".

If you have any question, please give me a call or respond to this email.

Regards,
Ye Yu
818-919-5619

**2 attachments**

📄 **75 -- Ye Motion to Set Aside Default Judgement.pdf**
175K

📄 **76 -- Yu Memorandum In Support of Motion 75.pdf**
870K

---

**Ye** <info@yespire.com>                                                    Sat, Aug 20, 2016 at 5:35 PM
To: Ryan Colby <ryan@outcomebrokerage.com>

I am in California, if you want to call, please call after 1:00pm EST, I can't answer calls before 10am.

Thanks
[Quoted text hidden]

---

**Ryan Colby** <ryan@outcomebrokerage.com>                                   Sat, Aug 20, 2016 at 5:47 PM
To: Ye <info@yespire.com>

We are not brokering the domain FXF.com for sale. We terminated the exclusive agreement with the
seller awhile ago. Thanks.

Ryan Colby | Founder & CEO
Outcome Brokerage
P: 404.713.2126
ryan@outcomebrokerage.com
http://www.outcomebrokerage.com
[Quoted text hidden]

---

**Ye** <info@yespire.com>                                         Sat, Aug 20, 2016 at 6:05 PM
To: Ryan Colby <ryan@outcomebrokerage.com>

Thank you for the prompt response!
Regards.

[Quoted text hidden]

# EXHIBIT-12

## Plaintiff's broker Outcome Brokerage's Twitter Account Screenshot on September 6, 2016

Case 1:15-cv-01723-AJT-JFA   Document 83   Filed 09/22/16   Page 58 of 114 PageID# 1591

9/6/2016        Outcome Brokerage on Twitter: "The premium domain FXF (.) com is now under exclusive contract for sale with Outcome Brokerage. #FXF"



**Outcome Brokerage**
@RJColby

The premium domain FXF (.) com is now under exclusive contract for sale with Outcome Brokerage. #FXF

5:03 AM · 23 Jun 2016

Reply to @RJColby

**anjan bhushan** hifivc · Jun 23
@RJColby How much are you looking for this?

Trends

# EXHIBIT-13

Screenshot of FxF.com on September 6, 2016

Fxf.com

Click here to buy Fxf.com for your website name!

# Fxf.com

Related Links

>> **HD Image**

>> **HD 7**

>> **A Game Online Games**

>> **Free Movies in HD**

>> **HD 7**

>> **Free HD Download**

>> **A Free Dating Site**

>> **Photos for Online Dating**

>> **Free Movies in HD**

>> **A Forex**

**Search Ads**                                    **Search Ads**

Privacy Policy   © Copyright 2016   Uniregistry Corp. All Rights Reserved.

Uniregistry

# EXHIBIT-14

## <u>DailyCaller.com Article "Dallas Judges Shred Constitution, Steal Millions"</u>

# Dallas Judges Shred Constitution, Steal Millions

0

149



Smoke from fires caused by multiple gas tank explosions rises against the skyline in Dallas, Texas July 25, 2007. REUTERS/Jessica Rinaldi

In a series of events most would normally dismiss as outlandish, one American citizen was launched from civil court into a legal limbo where for years he was deprived by a federal judge of counsel, property, speech and travel. The case seems unthinkable in the American judicial system, but the story is true, and it happened to one Jeff Baron.

Jeff Baron is a Dallas resident and U.S. citizen who was put into "virtual slavery" by U.S. District Court Judge Royal Furgeson after Baron settled an otherwise ordinary contract dispute in his court. Although Baron was never accused of any crime and had just resolved the dispute in Furgeson's court, Furgeson seized the sum total of Baron's personal property and possessions, including his home and car, and suspended nearly all of his civil rights, including his right to be represented by counsel, right to own property, right to earn income, and right to travel. Four years later, Baron was still in civil lockdown – even after the U.S. Fifth Circuit Court of Appeals reversed the unlawful rulings and enjoined any further liquidation of Baron's property.

Immediately preceding Baron's civil lockdown is the November 2013 auction and sale of 153,000 internet domain names owned by Baron's company, Ondova, LLC. The domain names were auctioned to Trans, Ltd. for $5.2 million, reports the Dallas Observer, and can be traced back to Judge Furgeson. The U.S. 5th Circuit Court of Appeals ruled that Judge Furgeson's court "overstepped its authority," and the Observer notes that Furgeson's "decision enabled a federal bankruptcy judge to order the November auction."

More than just an illegal transfer of domain names occurred in the lead-up to the unprecedented actions against Baron. Critics of Baron, including Judge Furgeson, allege that he was "hiring and firing" an endless parade of highly qualified lawyers, delaying justice and actually harming his own case, while Baron supporters cite widespread corruption. Baron also took Ondova into bankruptcy in 2009, immediately preceding a hearing to determine whether he was in contempt of court, according to the Dallas Observer.

Sponsored Content

- 



"I've never seen anything like it in almost 25 years practicing law," California attorney Conrad Herring told The Daily Caller News Foundation.

Do You Think U.S. District Court Judge Royal Furgeson Was Bill Clinton's Worst Judicial Appointment?

Yes        No

Completing this poll entitles you to Daily Caller news updates free of charge. You may opt out at anytime. You also agree to our Privacy Policy and Terms of Use.

Herring got involved when he encountered the same court officers in a routine bankruptcy case, recounting that not only did they, "make up the facts against my client, they named me as a defendant as well, claiming I had breached a contract to which I was not even party." Forcing a lawyer to stand trial in his own case is illegal.

"Their unlawful strategy was to get rid of the lawyer so they could get to my unprotected client and his money," Herring charges. "The very same people who abused the court system against my client were doing the same thing to Jeff, only on a much grander scale," said Herring, explaining his interest in the case.

Court documents related to the case corroborate Herring and Baron's statement.

### Background

Jeff Baron is an internet pioneer and the former owner of a <u>Ondova</u>, a technology company during the early days of the public web. Baron earmarked nearly all of his vast wealth, which was $100 million at its height, to finding a cure for juvenile (type 1) diabetes– a disease afflicting Baron since childhood.

The trouble began when Ondova entered a joint venture with Munish Krishan, a man who Baron alleges embezzled $8 million, prompting Baron to sue for damages. After this, Krishan sued Baron six times, attempting to take the rest of the company's assets. Krishan lost all six times.

When Kirshan sued a seventh time, the case came to Judge Furgeson's court and Krishan won, forcing Baron to settle the case. Furgeson inexplicably put Baron into "receivership" (an extreme <u>legal remedy</u> imposed on property, not humans), along with his companies and all of his possessions, having his rights to mobility, free speech, ownership of property, and right to legal representation totally eliminated.

According to a January 2015 <u>report</u> at Texas Insider, this is the first reported case of a human being placed in a receivership since the abolition of slavery in 1865.

"The receiver assigned to Baron's case is Peter Vogel, an attorney who, before presiding over Baron's company and personal assets, was a special master (adjunct judge) in Judge Furgeson's court. Vogel's appointment as receiver is illegal, according to 28 U.S.C. 958, which mandates that a person employed by any judge of the United States may not at the same time be appointed a receiver," <u>reports</u> Texas Insider.

Court transcripts obtained by TheDCNF reveal that Judge Furgeson, a Bill Clinton appointee, openly admitted during court proceedings that his goal was to destroy Baron financially and personally.

"Apparently, there is a lot of money to be had here," stated Furgeson. "You want to challenge the court order, I have the marshals behind me. I can come to your house, pick you up, put you in jail. I can seize your property, do anything I need to do to enforce my orders."

"This [proceeding] is going on and on and on until Mr. Baron has nothing. I mean actually everything is depleted. I gather that Mr. Baron is worth a lot of money. But it may be that we

sell all the domain names. We may sell all of his stock. We may cash in all of his CDs, and we may seize all of his bank accounts," continued Furgeson.

Furgeson did just that, also taking control of and liquidating the juvenile diabetes research trust that Baron created. Furgeson even threatened Baron's very life if he attempted to resist the illegal actions of the court.

"You are a fool, a fool, a fool, a fool to screw with a federal judge, and if you don't understand that, I can make you understand it … I have the full force of the Navy, Army, Marines and Navy behind me," Furgeson thundered. "So any failure to comply with that order is contempt, punishable with lots of dollars, punishable by possible jail, death."

In America, the Constitution guarantees citizens the right to due process and a speedy public trial. Baron did not have his day in court guaranteed by the Constitution. In fact, the court order putting Baron into receivership was done "ex parte" in a private meeting between Baron's adversaries and the judge, without any notice or hearing– an egregious violation of Baron's constitutional rights. Daniel Sherman, the attorney who requested the receivership, admitted under oath that he met "ex parte" with Judge Furgeson for the purpose of putting Baron in a receivership.

"They did it without any due process; no right to a hearing; no right to object before the receivership order was signed; not even the right to notice of the order until after a federal district court judge signed it," stated Herring. "That happens in other countries, not the United States."

On the legality of the receivership, Herring is adamant. "It was all illegal of course, as the Fifth Circuit Court of Appeals ruled two years later, after the damage was done. Jeff was worth millions of dollars before the illegal receivership was imposed on him. The criminals, for that is what they are, wanted his money and saw a way to take it using their fiduciary positions and a judicial system they helped corrupt."

Herring explains, "The system is obviously broken.  Two federal judges looked the other way for years and often times rewarded the corrupt behavior. Perhaps the judges were unwitting participants, but they were in charge." Herring says that what happened to Baron "can happen to anyone."

Furgeson now collects two federal pensions: One from the University of North Texas, where he now serves as the dean of law, and his lifetime pension from serving on the bench, at $175,000 a year for federal judges.

**New Developments – Tax Insanity, Court-Ordered Destruction of Documents, and Immunity**

Since the reversal of Furgeson's "receivership" order and related subsequent orders, immunity was granted to all the attorneys and other parties for their illegal actions against Baron. No one will go to jail.

Herring faults "trickle-down lawlessness," owing to an accountability vacuum created by political leadership, for the absence of any real consequences for bad actors. "It comes from the top– down lawlessness by the people appointed at the highest level to enforce the law," said Herring. "Judges and attorneys are able to see just how far they can go in violating the rights of a citizen, in this case Jeffrey Baron, a talented entrepreneur with a successful product," Herring said.

In spite of the Fifth Circuit's reversal of Furgeson's ruling, millions of dollars are still missing, which begs the question, where did the money go? We may never know, because the courts have sealed, and possibly destroyed, the relevant documents.

Baron's documents, which may reveal the location of his assets, are permanently sequestered by the court (Order Denying Baron's Motion to View Sealed Documents issued Sept. 23, 2015). The U.S. 5th Circuit Court of Appeals also rejected appeals for Baron to see the documents.

The court also ordered the destruction of many of the sealed records belonging to Baron in August 2015 (Munish Krishan, et al. v. Jeff Baron, et al. U.S. District Court for the Northern District of Texas, case #09-CV-0988). The official court entry on Aug. 31, 2015 states: "Appeal Record Returned consisting of 22 boxes containing the sealed records on appeal and 3 folders of exhibits. Sealed electronic record destroyed. Exhibits to be retained until all appeals are adjudicated."

Destruction of evidence is a criminal offense. And so is tax evasion.

Baron is being required to pay the taxes on the millions stolen from him (Munish Krishan, et al. v. Jeff Baron, et al. U.S. District Court for the Northern District of Texas, case #09-CV-0988). To clarify, Baron is paying taxes on money that was taken by attorneys in income, and has not been returned. Attorneys not only stole money, but are not having to pay taxes on it. There is no basis in tax law for requiring an individual citizen pay someone else's taxes.

Some big names in politics took notice of the Dallas case, and spoke up.

In two separate interviews, former House Majority Leader Tom Delay called the court's actions (past and present), "totally unconstitutional" and demanded the judge's impeachment.

Said Delay in a Jan. 19, 2015 interview with Texas Insider, "I'm not a lawyer, but with this case … I would introduce a resolution of impeachment of Judge Furgeson. He has completely violated the law and the Constitution. Again, I am not a lawyer, but it is obvious to me as a student of the Constitution that these rulings are totally unconstitutional; they violate the 1st, 4th, 5th, and 6th Amendments, and therefore, if this judge were still on the bench, he ought to be impeached."

In a followup video interview, DeLay said the corruption on the court is "pervasive. And it's pervasive throughout our system because the other two branches of government are not standing up and exerting their authority under the Constitution against the judiciary."

*Send tips to john@dailycallernewsfoundation.org.Content created by The Daily Caller News Foundation is available without charge to any eligible news publisher that can provide a large audience. For licensing opportunities of our original content, please contact licensing@dailycallernewsfoundation.org.*

# EXHIBIT-15

## Screenshots of Websites That Promotes Jeff Baron's Stories



## DALLAS JUDGES SHRED CONSTITUTION, STEAL MILLIONS

Tweet   Like 0   Share   G+1   0   in Share



This article (http://dailycaller.com/2016/08/12/california-attorney-dallas-judges-shred-constitution-steal-millions/) appeared in the Daily Caller on August 12, 2016. When you read this story, ask yourself, "can this or will this happen to me?" The answer is YES it can. We have been reading more and more about prisoners being exonerated after many years in prison becasue of evidence not brought forth or new technologies in determining guilt or innocence.

READ MORE

## THE BARON STORY

Tweet   Like 2   Share   G+1   5   in Share   1



### By WILLIAM WINDSOR

Jeff Baron is an Internet pioneer who, at the age of 32, invented a technology in the early days of the Internet to make it easier to register Internet domain names. Jeff quickly became successful. His business was profitable and made money.

But today, Jeff Baron does not even own the shirt on his back; Tens of millions of dollars have disappeared due to the actions of two federal judges and a small army of unscrupulous Texas attorneys.

READ MORE

## A WELL-ORCHESTRATED PLAN

Tweet   Like 2   Share   G+1  3   Share



**How Have the Lawyers Been Able to Label Jeff "Vexatious Litigant"?**

It is important to understand that the sole motivation behind the persecution of Jeff is money. One must realize that numerous lawyers have all cooperated together to achieve the same goal--to take Jeff's assets and use them to pay themselves. To achieve the goal, the lawyers developed a well-orchestrated, long-term plan. In fact, all of Jeff's seized assets have been used to pay the same lawyers who put Jeff in the receivership (over $4 million)--100%. Not a penny has been used to pay alleged creditors.

The premise of this elaborate plan was to seize all Jeff's assets to enrich themselves. With the help of the Judges and their court liaisons, the plan was created.

**READ MORE**    **2 COMMENTS**

# A PATTERN OF ABUSIVE MISCONDUCT IS EMERGING

Tweet   Like 11   Share   G+1  6   Share



Several of the players in Jeff's case, including Judge Royal Furgeson and Charla Aldous are connected to similar cases of alleged impropriety. In the case highlighted in the story below, Judge Furgeson's wife is partner in the law offices of Stephen Malouf, who is partner of Charla Aldous (Judge Furgeson permitted Aldous to make a $7 million intervention in Jeff's case for performing a few weeks of work).Public record's reveal that since at least 2003 up to and includng 2010 Judge Furgeson's wife has received compensation consisting of "Salary, Partnership distribution, andTust-Salary" from Charla Aldous' partner. There is no indication the remuneration has ceased. **Click Here to view the Amicus Curiae Brief Regarding Judge Royal Furgeson, Jr. (http://www.lawexaminer.com/sites/default/files/Third%20Party%20Misconduct%20Complaints/multi%20district%20judicial%20complaint%20HIGHLIGH**

**READ MORE**

# TEXAS GOOD OLE' BOYS LEGAL NETWORK AT PLAY

Tweet   Like 1   Share   G+1  0   Share



Apparently, the current court is also biased in favor of the good ole boys legal networks. Just recently the current court ordered that Jeff Baron will not get his books and records back. At the time of the ex parte receivership, all of Jeff's business records, computers, personal papers, photos, etc were confiscated and housed in the office of Peter Vogel. He claims he has an entire office full of Baron's belongings

**READ MORE**

# DETERIORATING STATE OF JUSTICE IN AMERICA

Tweet   Like 3   Share   G+1   0   in Share



Article by John Griffing, WND.com

When one thinks of secret trials and kangaroo courts, one thing that comes to mind are the illegal asset seizures in Russia by corrupt judges and government officials, where the victims end up physically beaten, imprisoned, and too often--murdered.

**READ MORE**

# JUDGES BEHAVING BADLY AND LAWYERS SHARK FRENZY: DEVOURING OF JEFF BARON

Tweet   Like 3   Share   G+1   0   in Share



There's no greater evil in the American system of justice, than those swearing an oath to protect the Constitution, turing to the dark side and assisting those that are assaulting the Constitution.

If there is no justice - there can be no peace!

**READ MORE**

# EXCERPTS FROM OFFICIAL COURT TRANSCRIPTS

Tweet   Like 4   Share   G+1   0   in Share

**Excerpts from the Official Court Transcripts**

THE COURT: You realize that order is an order

of the Court. So any failure to comply with that order is

contempt, punishable by lots of dollars, punishable by

possible jail, death.

     MR. BELL: And death.

     MR. RAWLS: The only part about that that I

would ask the Court is to give us a ruling on the earlier

**READ MORE**

Back to Top





## Judicial Activism Goes Berserk



*Article written by Carey Branstetter*

In a pending civil lawsuit in a Texas Federal Court, a constitutional nightmare is occurring that could have ominous consequences for all Americans. In violation of the Constitution, The activist federal judge in this case has made a U.S. business owner essentially a slave without any due process or hearing. All of the relevant details of this profoundly disturbing case are summarized at the case overview tab on LawInjustice.com.

No case in recent judicial history resembles more of a Stalinist show trial. The conduct appears to be more corruption than merely judicial activism and the litany of outrages occurring are almost beyond belief.

       

Read more    14 comments

## Recent Court Documents



Jeff Baron Appellate Brief - 6 mm order
Jeff Baron Reply Brief - 6 mm order
Quantec and NovoPoint Appellate Brief - 6 mm order
Quantec and NovoPoint Reply Brief - 6 mm order
Jeff Baron Objection to Daniel Sherman Fees 2014-12
Jeff Baron Objection to Motion to Stay in Involuntary Bankruptcy
Jeff Baron Brief in Involuntary Bankruptcy
Quantec NovoPoint Brief in Involuntary Bankruptcy

      

Read mor

## Receivership Ruling Is "Reversed", Restoring (some) Civil Rights



The Court of Appeals has ruled that the receivership over Jeff was "abuse of (the judge's) discretion".

The ruling "reverses" the receivership that has left Jeff without his civil rights and assets for over two years. According to the ruling, Jeff's freedom to travel, to enter into transactions and to own possessions will "soon" b restored, although he is left penniless. Presumably, his right to hire a lawyer will also be restored, but does not seem to be left with any money to do that. The diabetes research trust that Jeff founded also appears to be left without any funds.

       

Read mor

## Federal Ethics Center urges Congress to hold hearings on Jeff's case and others



The Federal Ethics Center urges Congress to hold hearings on Jeff's case and others. The letter addressed to Members of Congress is available to read at the FederalEthicsCenter.com website. (website is currently offline).

       

Read mor

## Stop Legalization of Human Bondage In Receiverships (Petition)



National Human Rights Organization, NOTEGA (notega.com) is sponsoring a petition to Stop Legalization of Human Bondage In American Receiverships. Click Here to read and sign the petition.

The petition begins as follows:

      

Read mor

## Federal judge puts Internet pioneer in civil lockdown

*Article written by Barbara Hollingsworth, Washington Examiner*


washingtonexaminer.com

When Jeff Baron came to Washington this month, he was wearing a borrowed suit.

Once upon a time, the Internet pioneer -- who taught himself computer programming and created innovative software to register domain names -- lived the good life in a Dallas suburb.

His company, Ondova, was a cash cow, pulling in $1.5 million in profit each month.

       

Read more   1 commer

## Diabetes Research Trust Ordered Liquidated for "2 cents on the Dollar"



*2/12/2012 Update*

In a grand finale', on January 31, 2012, Judge Furgeson granted Peter Vogel's request to sell the remaining assets in the trust Jeff established to fund diabetes research. These assets, valued by Vogel at $60 million, are ordered sold for 2 cents on the dollars, in secret sales to undisclosed buyers. Insiders? The proceeds of over $ 1. million, from the trust's liquidation (valued by the adversaries at over $60 million) will go right into the bulging pockets of Mr. Vogel and his associates. Mr. Vogel's victims now include the millions of diabetes suffers whose lives would have been bettered through the contributions from this trust.   The related documents are listed below:

        

Read mor

## Judges' Marshalls Deployed to Intimidate Jeff's Family and Friends

As reported at SCJustice.com, the Judges "deployed nearly a dozen U.S. Marshals to barge into the homes of Mr. Barons' friends, family and acquaintances, intimidating, harassing anyone associated with Mr. Baron. Unbelievably, the Marshals, controlled by these judges, were instructed to defame Mr. Baron by making various allegations to Mr. Baron's acquaintances and neighbors. "These are the the most ludicrous allegations I have



heard of and clearly retaliation for Mr. Baron's whistle blowing" says SCJustice.com.

      

Read mor

## James Eckels Charged with Criminal Wiretapping, Invasion of Privacy, and Breach of Duty



Attorney James Eckels, former lawyer for Jeff Baron and Quantec, LLC, turned co-conspirer has been charged with criminal wiretapping, invasion of privacy, and breach of fiduciary duty by another former client. Chris Faulkner, Eckels' former client sued Eckels for breach of duty and criminal wiretapping. Faulkner is the owner of Cassiopia Internet (A/K/A CI Host) where Eckels is general counsel.

      

Read mor

## Reports from Media Sent to Congress

Letters and reports from various media outlets to Congress, concerning Jeff's case, will be uploaded soon

      

Read mor

## Notable Quotes of Appellate Lawyer, Gary N. Schepps*



*"The suspension of Mr. Baron's constitutional rights and seizure of his assets has absolutely no basis in law and is a gross violation of the US Constitution. . . .The District Court's order appointing receiver was issued without due process for a clearly improper and unconstitutional purpose. The damages being inflicted upon Mr. Baron by virtue of the order are very real, harsh, irreparable and immediate."*

*"My concern is that the Fifth Circuit has to make a choice. Do they acknowledge that there are a bunch of dishonest attorneys who have tried, literally, to conspire together to steal money from Jeff? Or, do they throw Jeff under the bus to 'protect' the 'good name' of the legal profession?"*

      

Read mor

## Where did the Money Go?



Click on the Image for Full Size
(no article here)

      

Read mor

## Client Hijacked to Pay Legal Fees



*Article written by John W. Toothman, commenting on a story published by tabloid, "Texas Lawyer", regarding Jeff's case. Mr. Toothman is a lawyer and co-author of "Legal Fees: Law & Management" and is also the author of blog.civiliansguidetolawyers.com*

Normally a client may hire and fire lawyers at will, subject only to the lawyer agreeing to be retained. If there's a dispute over the fees, it gets resolved in the normal course in a court proceeding or perhaps by a special fee arbitration proceeding. But the claims of lawyers for payment of their fees are not special, although in bankruptcy, for example, certain claims do have priority otherwise no one would take on bankruptcy cases.

Read more   1 commer

## Lawyers' "Claims" against Jeff Baron



When even the most basic evidence is examined, it is clear that Jeff paid his lawyers in full pursuant to the term of their engagement agreements. The groundless nature of the claims are from attorneys' own documentation and sworn testimony:

- Attorney Stanly Broome wants more than the $10,000.00 per month capped fee he was paid. His claim is that his contract does not contain any term limiting the amount of fees which may be incurred by the attorneys in any month. However, Broome's assertion is so groundless that it is hard to imagine anyone making it with a straight face. Broome's contract contains a clear provision expressly limiting the amount of fees which may be incurred by the attorneys to $10,000.00 per month.

Read mor

## Why Were So Many Lawyers Involved in Jeff's Case?



In the dispute that preceded the receivership—a dispute that lasted five years,Jeff, Ondova, the diabetes researc trust, and several separate companies were forced to defend numerous suits in federal and state court in multiple jurisdictions (California, US Virgin Islands, Texas, the 9th Circuit Court of Appeals-which ruled in Jeff favor) brought by Krishan/Netsphere/MacPete.  It appeared that Krishan/MacPete's tactic was to file an abundance of lawsuits in hopes that Jeff would not be able to sustain the assault and bankrupt Jeff.

The trustee of the research trust insisted on independent counsel for the trust and trust companies; therefore, the number of attorneys required to defend the suits was very large. Prior to Judge Furgeson's court where the receivership was initiated, Jeff and the defendants were successful in every suit.

Read mor

## Are the Court and Peter Vogel engaging in Victim Blaming?



Victim Blaming is an age-old psychological tactic used by wrongdoers, including some governments, to demonize their victims .In doing so, the perpetrator deflects responsibility of his wrongful acts and directs responsibility to the victim, himself. In its sinister form, the perpetrator utilizes propaganda, lying and fabricating events to make the victim appear evil.

Read mor

## Why Does Jeff Baron's Case have the Potential to Affect All Americans



This case is more than simply about Jeff Baron. It is about our government's encroachment on the fundamental tenets and values that we Americans have fought more than 200 years to maintain. The precedent that this case is setting may well impact the lives of all Americans and the rights we take for granted—such as our fundamental right to own property. In deciding whether this case should concern you, you should ask yourself two basic questions:

1. Should the government (in this instance a US judge) be permitted to seize all of your property (your home, bank accounts, car, clothing, etc..) and arbitrarily redistribute it without a hearing, trial, judgment?
2. Should the government (in this instance a US judge) be entitled to prevent you from being represented by counsel of your choice (when you have money to pay a lawyer)?

      

Read more | 1 commer

## Why Do the Judge and Receiver Blog Together on a Site that Features Jeff's Case as a Topic?



The judge in Jeff's case, William Royal Furgeson and the Receiver, Peter S. Vogel blog together on Karl Bayer's Blog*(each has a designated commentator's page). A feature topic of this blog is Jeff Baron's case. In addition, Karl Bayer and Judge Furgeson recently published an article regarding "special masters" and presented the article to the Texas Bar. Although Peter Vogel apparently did not attend this presentation, he is cited repeatedly in the article. Is this all a coincidence?

       

Read mor

## Why is Jeff Being Denied a Jury?



The jury is the cornerstone of a fair justice system. Recognizing this is the case, the framers of our Constitution provided Americans with guarantees of jury trials in the Fifth, Sixth and Seventh Amendments.

The American justice system is designed for juries to work hand-in-hand with judges to render fair and just decisions. In proceedings involving honest judges, this system works extremely well, while in proceedings involving a corrupt process, juries perform an even more important role . In these proceedings, juries provide a obstacle to the corruption, albeit not an insurmountable one, because juries have the opportunity to render an independent decision. For a victim of a corrupt judicial process, in which the result is preordained by the judge, the jury provides the only hope for justice.

        

Read more | 1 commer

## Motion To Disqualify Judge

On Mr. Schepps filed a motion to disqualify Judge Furgeson due to the appearance of bias in favor of lawyers in the case. Click Here to view motion. Some excerpts from transcripts demonstrating this bias can be viewed here. The motion was denied.

       

Read mor

1  2  next ›  last »

# EXHIBIT-16

## Screenshot of Facebook Group "Free Jeff Baron from a LawLess Federal Legal System"



Email or Phone    Password

Log In

Forgot account?



## Free Jeff Baron from a Lawless Federal System

@savejeff

Home
About
Photos
Reviews
Likes
Videos
Posts


Create a Page

Like    Message    Share    More ▾

Sign Up

**Free Jeff Baron from a Lawless Federal System**
August 12

Texas, you should be ashamed this is happening in the Lone Star State. Who is next?



### California Attorney: Dallas Judges Shred Constitution, Steal Millions

In a series of events most would normally dismiss as outlandish, one American citizen was launched from civil court into a legal limbo where for years he was…

DAILYCALLER.COM

Like    Comment    Share

Top Comments ▾

1 share

**Eve Pinder** Excellent story. I hope action is taken. Jeff can never be made "whole", but justice should someday be served.
August 12 at 11:12am

**Free Jeff Baron from a Lawless Federal System**
August 5

I believe in Kharma. These people will pay one way or another. If not in this life then the next. How can some people be so greedy to ruin another's life?

Like    Comment

Community

Search for posts on this Page

PEOPLE   ›

**287** likes

ABOUT   ›

Jeff Baron is the first person since the abolition of slavery to be placed in a human receivership. Jeff has been in a "civil lockdown" ever since....

READ MORE

http://lawinjustice.com/

PHOTOS   ›



VISITOR POSTS   ›

 **Free Jeff Baron from a Lawless Federal System**
June 15

When Peter Vogel confiscated Baron's property both personal and business, paid himself and his firm millions of dollars, refused to file with the IRS and pay taxes on the receivership estate, (the judge said leave it alone and Baron can handle that.) now the IRS wants their money and insists Jeff file income tax reports and pay millions of dollars. Jeff never even got an accounting since Vogel had it all, raided the estate, leaving it penniless. What's a mother to do?

 Like    Comment

 **Free Jeff Baron from a Lawless Federal System**
June 1

Here is an article about alleged corruption and Dallas appellate judge David Schenck running for re-election. Judge Schenk was an attorney who represented the receiver in Jeff's case and was then appointed judge.

 

**Is Republican Judge Running for Reelection Implicated in Dallas Corruption? - Texas...**

 Like    Comment    Share

Free Jeff Baron from a Lawless Federal System likes this.

 **Free Jeff Baron from a Lawless Federal System**
May 22

Sunday DMN article by Cheryl Hall Diamond dispute cuts deep. The attorney from Nashville who is defaming Diamond Dr, David Blank is extorting money fro small diamond brokers around the country. According to the article, he is charging diamond brokers 20k for 10 years to 25k for 25 yrs a month for "protection" from his lawsuits against said diamond brokers. In other words an old fashioned "shake-down" extortion. If said diamond borkers do not comply he starts a massive bi... See More

 Like    Comment

Free Jeff Baron from a Lawless Federal System likes this.

 **Free Jeff Baron from a Lawless Federal System** shared their photo.
April 29

These are the greedy lawyers hovering over Jeff's bones.

 **Eric Paulsen**
May 15 at 8:02pm

So what is the status of the Case this Judge was forced into retirement 3 years ago???

1 Comment
 Like    Comment    Share

 **Jamie Dice**
September 3, 2015 at 10:54am

love the page yall have up god bless.

1 Like    2 Comments
 Like    Comment    Share

 **Donna Baron**
April 7, 2015 at 7:23pm

 "Super Lawyer" Charla Aldous (the adversary in Jeff's case) has sued... See More

 Like    Comment    Share

**REVIEWS**    >

Tell people what you think

**PEOPLE ALSO LIKE**

 **Demanding Justice**
Community

 **Annette E Blankenship**
Entrepreneur

 **The Vindication Project, Inc.**
Legal/Law

**LIKED BY THIS PAGE**    >

 **Elderlaw Advocates**

 **News 8 Daybreak** ✓

**LOFT** ✓

English (US) · Español · Português (Brasil) · Français (France) · Deutsch    +

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies ·
More ·
Facebook © 2016



**Free Jeff Baron from a Lawless Federal System**
December 14, 2013 · ✎

Does this look familiar? The vultures hovering over Jeff Baron's bones. The judicial system needs a lot of work to make it fair and unbiased. Judges today ha...

See More

 Like     💬 Comment



**Free Jeff Baron from a Lawless Federal System**
April 4 · ✎

**Check it out**

### Scandal involving elite lawyers

Internet Pioneer, Jeff Baron, is the first person since the abolition of slavery to be placed in a human receivership. Jeff was involved in a civil lawsuit. When the case settled, a group of lawyers, convinced a judge, at a private meeting, to seize all of...

LAWEXAMINER.COM

 Like     💬 Comment     ↪ Share

**Free Jeff Baron from a Lawless Federal System**
January 26 · Plano, TX · ✎

Why do so many lawyers get away with misconduct? Why do so people mistrust lawyers?
Can anyone out there answer these questions? The law profession at one time was very well respected but now, not so much. What can we do to bring back the ethics?

 Like     💬 Comment

Mindy Hawley likes this.

**Free Jeff Baron from a Lawless Federal System**
January 23 · ✎

Jeff is the subject of a great article published today



Texas Citizen Still in Civil
Lockdown: Court Destroys Evidence,
Extinguishes Due Process Rights...
Court says, "Appeals are prohibited." By John...

TEXASINSIDER.ORG | By TEXAS INSIDER

👍 Like          💬 Comment          ↪ Share

Free Jeff Baron from a Lawless Federal System likes this.

3 shares

 **Free Jeff Baron from a Lawless Federal System**
December 31, 2015 · Plano, TX · ⬆

What do you do when your previous lawyer steals your company name,
collects the money from that company, uses your social to file taxes,
because he is so greedy, calls you a criminal of wrong doing in court
pleadings of the same thing he defended you against and won in the Court
of Appeals, using your money to to file lawsuit after lawsuit after lawsuit
using a disbarred lawyer to prepare the papers and do the dirty work? What
do you do with such a bastard? Those pearly gates will not open to him or
his team of thugs, but that is too late for justification. Any ideas out there?
Bring them on.

👍 Like          💬 Comment

Kevin Driscoll likes this.

 **Free Jeff Baron from a Lawless Federal System** shared
a link.
December 26, 2015 · ⬆



**Retired Arizona Judge Reveals Corruption in Legal
System**
Justice John F. Molloy was an attorney in Arizona who went on to serve as a judge
on the Arizona Superior Court bench. He is probably best known for his time...
MEDICALKIDNAP.COM

👍 Like          💬 Comment          ↪ Share

 **Free Jeff Baron from a Lawless Federal System** 🐛
writing a novel about society.
November 3, 2015 · Plano, TX · ⬆

People ask me all the time "what did Jeff do to create so much hostility in his
case?" The answer is so simple: The technology Jeff created was worth

millions of dollars and the lawyers were rabidly determined to enrich themselves with it.

The Receiver, Peter Vogel and Daniel Sherman's fabricated stories they told to both Judge Furgeson and Judge Jernigan caused an illegal receivership and allowed them to pad their pockets with over $9,000,000.00, without paying one cent to... See More

Like     Comment

Kevin Driscoll likes this.

 **Free Jeff Baron from a Lawless Federal System**
September 12, 2015

Jeff is a Type 1 diabetic living with this terrible disease since 3 1/2 yrs of age. He took all of the proceeds from his invention -- $60,000,000 and gave it to a trust fund for Diabetes research. The lawyers formed an alliance to steal the money, empty the trust account to line their own filthy pockets while thousands of children are diagnosed each year. Disgusting at best

### More For A Cure

Give our children a future free of diabetes. Call on JDRF and the ADA to fund more cure research No child should have to grow up battling Type 1 Diabetes. This relentless disease requires attention 24 hours a day, every day, and the long-term consequences can

PETITIONFORACURE.THEJDCA.ORG

Like     Comment     Share

Catherine Gebhardt, Murali M Ravi and Mindy Hawley like this.

 **Free Jeff Baron from a Lawless Federal System**
August 14, 2015

Attorneys and judges are not happy with the negative publicity and take out their revenge on my son. What they forget is that I am not harassing anyone as they have done for 6 years. I am only stating truths and providing evidence of the facts. Judge Furgeson's successor, Judge Lindsay has given the liars a license to lie and steal by giving them immunity for all of their bad acts. Why are they so frightened that these mob lawyers need immunity?

If they have done nothing wrong, then they would be in the clear without hiding behind a black robe.

Like     Comment

Gladys Durant likes this.

 **Free Jeff Baron from a Lawless Federal System**
July 27, 2015

Jeff's case has been featured again today at Texas Insider

 ### Texas Citizen Still a "Slave" to Dallas Courts - Texas Insider Politics

Former Congressman Tom Delay talks with Texas Insider By John Griffing Texas Insider Report:...

TEXASINSIDER.ORG | BY TEXAS INSIDER

👍 Like      💬 Comment      ↪ Share

Catherine Gebhardt likes this.                    Top Comments ▾

1 share

**Catherine Gebhardt** Disgusting corrupt judiciary
November 23, 2015 at 4:32am

**Free Jeff Baron from a Lawless Federal System** This is not just a
Baron problem. It will affect all U S citizens.
👍 1 · January 1 at 11:53pm · Edited

**Free Jeff Baron from a Lawless Federal System**
July 4, 2015 · 🌐

The story of Jeff is still going on and on and on. Lawyers who have
privileged info are attacking him, committing criminal acts against him. We
now have a very influential politician who knows all to well how the corrupt
system works on Jeff's behalf. Let's see how this plays out.

👍 Like      💬 Comment

Kevin Driscoll likes this.

**Free Jeff Baron from a Lawless Federal System**
June 25, 2015 · 🌐

Here is a man indicted for the identical activity the lawyers in Jeff's case
have committed. The difference is this man is not an attorney with the
protection of the courts. What we learn from this story is that there is a
double standard. Our country is at the mercy of our judicial system who is
governed by a bunch of judicial crooks. We must work to get these crooks
behind their own bars.

### North Texas Man Indicted for False Statements While Under Oath

TYLER, TX—U.S. Attorney John M. Bales announced today that a former executive
has been indicted for making false declarations before court in a civil trade secrets
case in the Eastern District of Texas.

FBI.GOV

👍 Like      💬 Comment      ↪ Share

Jordan Busch likes this.

**Free Jeff Baron from a Lawless Federal System** shared
a link.
June 6, 2015 · 🌐

### Justice at Large

Soviet Style Justice Comes to America in Case of Jeff
Baron In the case of Jeff Baron, abuse of power runs
deep. In a civil breach of contract case, without any
accusations of criminal activity, Ju...

JUSTICEATLARGE.WORDPRESS.COM

👍 Like      💬 Comment      ↪ Share

**Free Jeff Baron from a Lawless Federal System**
May 30, 2015 · 🌐

### Deteriorating State of Justice in America

When one thinks of secret trials and kangaroo courts, one thing that comes to mind are the illegal asset seizures in Russia by corrupt judges and government officials, where the victims end up...

LAWEXAMINER.COM

👍 Like        💬 Comment        ↩ Share

Top Comments ▾



**Thomas Kirby** The more the "justice system" does, the worse things get.
September 1, 2015 at 3:54pm

 **Free Jeff Baron from a Lawless Federal System**
April 22, 2015 · 🕔

Just found another one. Sorry to say she is probably spending a lot of money on attorney fees for litigation that will go nowhere.



### Woman Sues Three PI Firms, Lawyers for Breach of Fiduciary Duty

A Mississippi woman files a negligence and breach of fiduciary duty suit against three Texas firms and three lawyers after her product liability suit was dis...

TEXASLAWYER.COM

👍 Like        💬 Comment        ↩ Share

Renée Harrington likes this.

 **Free Jeff Baron from a Lawless Federal System**
April 22, 2015 · 🕔

More and more lawyers are being sued for malpractice. The problem is that the courts play favoritism to attorneys and these suits usually fall apart. What is your opinion of this case?



**Client Sues Coats Rose for Professional Malpractice**

A Texas businessman files a professional malpractice case against a Houston-based law firm, alleging that he hired it for shareholder advice, only to be sued...

TEXASLAWYER.COM

---

👍 Like          💬 Comment          ↪ Share

 **Free Jeff Baron from a Lawless Federal System** shared a link.
April 21, 2015



**Barrett Brown's Judge - A Look At The Man Beneath The Robes**

Through his wife's interest in the oil business, Judge Samuel Lindsay has rubbed elbows with some of the richest, wealthiest oil business elites in Texas and was...

POPULARRESISTANCE.ORG

---

👍 Like          💬 Comment          ↪ Share

 **Free Jeff Baron from a Lawless Federal System**
April 11, 2015

Gardere, the law firm that owns Jeff in receivership is in the news today. Texas Lawyer reports "Firm Finance: Gardere Has a Solid 2014" Um, would it be that Gardere's outlandish millions of dollars taken from Jeff caused their firm to have a "solid 2014"? How many other so called clients did Gardere hijack to provide for this "solid" performance? Just asking.

---

👍 Like          💬 Comment

Free Jeff Baron from a Lawless Federal System likes this.

 **Free Jeff Baron from a Lawless Federal System**
April 10, 2015

Why do judges think they are above the law? This judge is still sitting on the bench while he is out on $25000 bond. He is accused of selling fire arms to a felon without a fire arms license. You might ask yourself "What is going on in the Tx courts?"

Are we going back to the olden days of the wild west? This is almost comical if it were not a sad case of judicial corruption.



### Williamson Co. judge indicted on federal firearms charges

According to court documents, County Court at Law Judge Tim Wright knowingly sold seven firearms to the same convicted felon on three separa...

KXAN.COM

👍 Like    💬 Comment    ↪ Share

Gloria Schrader and Kevin Driscoll like this.

**Free Jeff Baron from a Lawless Federal System**
April 7, 2015 · 

"Super Lawyer" Charla Aldous (the adversary in Jeff's case) has sued one of the most reputable hospitals in Dallas over the ebola crisis and was "randomly" assigned her best friend as the judge in the case.



### Nina Pham: A Case Study in Media Manipulation

Please understand that I am not commenting here on the merits of Ebola survivor Nina Pham's lawsuit against Texas Health Resources. She says she has...

FRONTBURNER.DMAGAZINE.COM

👍 Like    💬 Comment    ↪ Share

Joyce Weiss likes this.

**Free Jeff Baron from a Lawless Federal System**
February 27, 2015 · 

"Injustice anywhere is a threat to Justice Everywhere"



### Martin Luther King - Injustice Anywhere

His famous words: "Injustice anywhere is a threat to justice everywhere"

YOUTUBE.COM

👍 Like    💬 Comment    ↪ Share

Free Jeff Baron from a Lawless Federal System, Marie Boyd and 2 others like this.

1 share

**Free Jeff Baron from a Lawless Federal System** shared Joseph Zernik's photo.
February 15, 2015 · 



**Joseph Zernik** · **Free Jeff Baron from The Mob**
February 9, 2015 ·

2015-02-09 Fraud Upon the Court in the case of Jeff Baron - excerpt from Human
Rights Alert (NGO) Submission for the 2015 review of Human Rights in the United ...

See More

 Like    Comment

Marie Boyd and Jane Brink like this.

**Free Jeff Baron from a Lawless Federal System**
February 13, 2015 ·

http://www.stopbadjudges.com



## Stop Bad Judges
Dedicated to stopping the proliferation of Chicago-style judicial corruption before
freedom is lost forever. The Al Capone of bad judges is Royal Furgeson.
STOPBADJUDGES.COM

 Like    Comment    Share

Jane Brink likes this.

1 share

**Free Jeff Baron from a Lawless Federal System**
February 13, 2015 ·

http://healthimpactnews.com/.../internet-trolls-may-be-train.../



## Internet Trolls May be Trained Government Agents According to Leaked Document

Glenn Greenwald, a journalist, constitutional lawyer, commentator, and author of three New York Times best-selling books on politics and law, has been working...

HEALTHIMPACTNEWS.COM

Like    Comment    Share



**Free Jeff Baron from a Lawless Federal System**
February 8, 2015 ·

Now "retired", Judge Royal Furgeson is double dipping from all tax payers. He has a federal pension for life estimated at $200,000 per years, courtesy of the U.S. taxpayers and he also has a second government salary from the University of N. Texas Law School, estimated at another $250,000 per year. In addition judge Furgeson sued the United States government for more money claiming that he has not been paid enough.

Like    Comment



**Free Jeff Baron from a Lawless Federal System**
January 22, 2015 ·

Discussing his investigation of federal court corruption, journalist John Griffing was interviewed on the syndicated Lynn Woolley Show.



## Human Being Put Into 'Receivership' by Federal Judge in Dallas, Texas -

Judge Royal Furgeson accused of putting a human being into receivership. Tom DeLay charges miscarriage of justice.

WBDAILY.COM

Like    Comment    Share

Dev Vashistha Baberwal, Luvicia Maxey, Joyce Weiss and 3 others like this.

4 shares

 **Free Jeff Baron from a Lawless Federal System**
January 10 2015 · ❄

Great story about Jeff published today in Texas Insider. Check it out, pass it around and leave your comments.



### Human Being Put Into 'Receivership' by Federal Judge in Dallas, Texas - Texas Insider Politics
Former Congressman Tom DeLay calls for judge's...

TEXASINSIDER.ORG · BY TEXAS INSIDER

👍 Like        💬 Comment        ↪ Share

Dev Vashistha Baberwal, Donna Baron and 2 others like this.

3 shares

 **Free Jeff Baron from a Lawless Federal System** shared Young Americans for Liberty's photo.
January 1? 2015 · ❄



👍 Like        💬 Comment

Mara Moon, Dev Vashistha Baberwal and 2 others like this.

 **Free Jeff Baron from a Lawless Federal System**
January 11 2015 · ❄

For those that know the law will find this a law breaker. Those that are not versed on the law will ask, "how do these racketeers get away with this. A meeting between Daniel Sherman and his attorneys from Munsch Hardt meet over the course of several days late Nov 19, 2010 to plan a Receivership order over Jeff baron and his company, Ondova. On Nov 24, A secrete meeting off the normal grid between the above law firm and Daniel Sherman and Fed judge Royal Furgeson devised a ... See More

☐ Like    ☐ Comment

Dev Vashistha Baberwal likes this.

1 share

 **Free Jeff Baron from a Lawless Federal System**
December 20, 2014 · ⟳

After reading the article below, ask yourself 'how could he be chosen Dean of University of North Texas law school?

Another point is that Judge Furgeson is suing the Federal Government for "back pay" for himself and other federal judges. How absurd.

### Justice at Large

Soviet Style Justice Comes to America in Case of Jeff Baron In the case of Jeff Baron, abuse of power runs deep. In a civil breach of contract case, without any accusations of criminal activity, Ju...

JUSTICEATLARGE1.WORDPRESS.COM

☐ Like    ☐ Comment    ⤳ Share

Dev Vashistha Baberwal likes this.

**Free Jeff Baron from a Lawless Federal System**
December 13, 2014 · ⟳

It just keeps on getting better.

 **Lisa Blue files affidavit denying attempts to influence prosecutors in Hill case**

The hearing where allegations of prosecutorial misconduct against Dallas County district attorney...

CRIMEBLOG.DALLASNEWS.COM

☐ Like    ☐ Comment    ⤳ Share

Dev Vashistha Baberwal likes this.

**Free Jeff Baron from a Lawless Federal System**
November 17, 2014 · ⟳

Now I've heard it all. A hearing occurred today involving one of the lawyers. I have first hand knowledge of the facts involving this particular lawyer and it is simply outrageous. The facts are that Jeff's father had an agreement with this lawyer (Mr. Acosta) to help Jeff in appeal of Jernigan's order, which was deemed illegal by the higher court. Last December when the lawyer was trying to avoid being forced by the court to return the money paid as an "unreasonable" hig... See More

☐ Like    ☐ Comment

Dev Vashistha Baberwal likes this.

 **Free Jeff Baron from a Lawless Federal System**
July 7, 2014 · ⟳

I was forced to remove the brief that I posted on lawexaminer.com because judge Jernigan ordered that the public is forbidden to view it and placed a gag order on it last week.

👍 Like    💬 Comment

 **Free Jeff Baron from a Lawless Federal System**
July 7, 2014

I found out today that Judge Jernigan sent a scathing order to seal the brief that Jeff's attorney filed which exposed the corruption in her court, claiming that it was meant to "harass, embarrass and intimidate" Pronske and his ring of mob lawyers. She is 100% biased against Jeff, and will not permit the truth to be published. Instead she allows Pronske and his group to fabricate, lie, steal, collude, perform such unethical behavior it is shameful. But she will not allow... See More



👍 Like    💬 Comment

Luvicia Maxey likes this.

 **Free Jeff Baron from a Lawless Federal System**
July 3, 2014

I've updated the website www.lawexaminer.com with the latest Brief in Support to Disqualify lawyer, Gerrit Pronske. It is an interesting read. the Brief tells a story about Pronske and his erratic behavior and other worrisome issues. Since this all part of the public record, it is there for all to read. You will also see first hand the lies, and misconduct this man who calls himself an attorney and charges his clients very high fees. Jeff is not the only client of his he ... See More



**Law Examiner**
You can read the Brief filed 5/29/14 for the rest of the Pronske story. Here are some excerpts from that Brief. Click here for the Brief
LAWEXAMINER.COM

👍 Like    💬 Comment    ↪ Share

Joyce Weiss likes this.



**Free Jeff Baron from a Lawless Federal System**
May 18, 2014 · 

The mob lawyers have a motion before the judge to DESTROY all of Jeff's records. The reason, I believe, is to prevent the media from exposing the crimes. In the past, the lawyers have demanded that Jeff agree to a gag order and now that he has refused, they are asking the judge to destroy the evidence. What is one to do?

 Like　　Comment

 **Free Jeff Baron from a Lawless Federal System**
May 12, 2014 · 

Needed a credible person from an org to give us a quote for a press release. Any ideas?

Like　　Comment

Kevin Driscoll likes this.

 **Free Jeff Baron from a Lawless Federal System**
May 11, 2014 · 

The mob lawyers have a motion before the judge to dr story all Jeff's records. The reason I believe is ti quash any ability we have of going to the media or writing a book or movie. Problem is the only way they would settle in the past was to collect every penny they think they are owed AND put this entire case and players under a gag order. Now they want to destroy evidence. Unfortunately we have a few people on our side.

 Like　　Comment

Kevin Driscoll likes this.

**Free Jeff Baron from a Lawless Federal System**
April 22, 2014 · 

What is going on with the legal profession? I used to believe. It.... Now, I have to agree with everyone, the all need to be on a slow boat to the Bermuda Triangle

 Like　　Comment

 **Free Jeff Baron from a Lawless Federal System**
March 13, 2014 · 

Garret Pronski who has a false claim against Jeff is upset because the higher court found the creditors illegally sought attorney fees, hurled against them, so what does this crook do now, he files an re motion to garnish the Ira. WTF? You are not owed this money, you filed a fraudulent affidavit, you should be not only disbarred but sent to prison with the rest of your mob. You now woke up the barracuda momma and I will let everyone know about this mob of extortionists. All I need is to tell the truth, and show the billings, and the trail.. Follow the money.

 Like　　Comment



**Free Jeff Baron from a Lawless Federal System**
March 2, 2014 · Plano, TX · 

I am uncovering a widespread pattern of abuse of power by the same ring of players, who are acting above the law with extortion, lies, and greed. How do they get away with this misconduct against so many innocent people? To read about more, click on the link http://lawexaminer.com/.../pattern-abusive-misconduct-emerging and leave your comments.



### A pattern of Abusive Misconduct is Emerging | Law Examiner

The players are all intertwined with each other, collecting salaries from the same companies involved in the cases. The players have a history of collusion...

LAWEXAMINER.COM

---

👍 Like    💬 Comment    ↗ Share

 **Donna Baron** Once a cover up is uncovered, the stories just keep on moving. Another story involving bias with Judge Furgeson and a Fossil stockholder debacle. Once again, the good judge is lining the pockets of friends and family and ignoring others. A SEC complaint was filed against Judge Furgeson but of course nothing happened.
March 9, 2014 at 1:53pm · 👍 1

 **Free Jeff Baron from a Lawless Federal System** Old Furgeson learns well. I am truly being inspired with what all is happening to my undertaking at this time. I was hoping to see what the PR person has written, but I've not received anything as yet. I don't know when the article I mentioned earlier will be ready for publication. It only mentions Jeff as a lead in to a follow up article so will see what comes of it. Michael Collins
March 9, 2014 at 8:19pm · 👍 1

 **Free Jeff Baron from a Lawless Federal System**
February 13, 2014 · 

The mob of lawyers need to be exposed.

---

👍 Like    💬 Comment

Free Jeff Baron from a Lawless Federal System likes this.

 **Free Jeff Baron from a Lawless Federal System**
January 24, 2014 · 

https://www.facebook.com/billwindso.../posts/10203166800957435
Check out link. More corruption re politicians

### https://www.facebook.com/billwindsor1/posts/1020316 6800957435

https://www.facebook.com/billwindsor1/posts/10203166800957435
WWW.FACEBOOK.COM

---

👍 Like    💬 Comment    ↗ Share

 **Free Jeff Baron from a Lawless Federal System**
January 14, 2014 · 

What is Fraud in the Court?

### Absolute Power Outside the Law: What is Fraud in the Court



COURTPOWER.BLOGSPOT.COM

 Like  💬 Comment  ↗ Share

**Free Jeff Baron from a Lawless Federal System**
January 13, 2014 · 🌐

The court is blaming Jeff for this FBPage. I guess they don't things he has friends that know the truth about this Ring.

 Like  💬 Comment

**Free Jeff Baron from a Lawless Federal System**
January 13, 2014 · 🌐

I am posting actual ct docs on a website. You will see how these mob of lawyers colluded once Jeff was put into illegal receivership, gave false testimony about what they were allegedly owed. We have testimony where at first their contracts were pain in full, then recruited by the receiver and trustee to bring millions of dollars in claims against Jeff. Did judge Furgeson or Jernigan want to listen to the truth, no they actually told Jeff that no matter what he said, they would not believe him. Have transcripts to prove it. Lady justice is ship posed to be blind not biased,

 Like  💬 Comment

**Free Jeff Baron from a Lawless Federal System**
January 9, 2014 · 🌐

The latest news
Finally a district judge, judge Lindsey overruled the involuntary bankruptcy the rogue lawyers and judge Jernigan had no jurisdiction to do so. Judge Lindsey saw how Jernigan's crew were violating the law. Thank you judge Lindsey.

 Like  💬 Comment

Free Jeff Baron from a Lawless Federal System, Joan Levi, Mark Hough and 5 others like this.

View 5 more comments

 **Free Jeff Baron from a Lawless Federal System** Nothing happens because they are abovve the law, they have no recourse, are afraid of no one. The law gives them that power. Nit must be changed.
January 13, 2014 at 9:30pm

**Donna Baron** Its not over until the "fat lady sings" She is not singing yet. The scumbags appealed Judge Lindsay's decision. Now we have to hire an attorney to fight that. Judge Lindsay just awarded two of Jeff's companies sans liabilities to one of his so call... See More
March 12, 2014 at 10:16am

 **Free Jeff Baron from a Lawless Federal System**
December 26, 2013 · 🌐

A quote from Dean Royal Furgeson (ret Fed Judge) who began the unlawful ball rolling was quoted on Huffington Post the other day.

"Others testifying before the committee noted the profound damage being done to our court system. Royal Furgeson, dean of the law school at the University of North Texas and a former U.S. district judge, stated, "While this sequestration ... will not close down the Federal judiciary, it will impact almost all of its operations, with effects being f... See More

👍 Like      💬 Comment

Free Jeff Baron from a Lawless Federal System likes this.

 **Free Jeff Baron from a Lawless Federal System**
December 25, 2013 · 🌐

Merry Christmas everyone.
On Friday, Jeff's condo complex had a fire. His building is in pretty bad shape. To add some salt to a bad wound, he did not carry any insurance. From what I gear, the nice judge Jernigan also gave Jeff a gift. She will not release a penny from the receivership fund that was supposed to be returned to Jeff 1. Yr ago. So in order for Jeff to get his home in living condition, a lawyer will have to make a motion, and in several months or more she may or nay not allow him to repair his home. He is enslaved and at the mercy of a very biased judge that only wastes to harm him.
Every day is worse then the previous one. They are out to end his life and it is working.
Merry Christmas, Your Honor.

👍 Like      💬 Comment

 **Jeffrey Copeland** Justice ends where the courtroom doors begin. The appointed seem to feel they are anointed. Every judge, in order to achieve the position, is biased and tainted. Too out of touch with reality by the time they become "your honor"...
Which most don't deserve to be called.
December 25, 2013 at 9:12pm

 **Free Jeff Baron from a Lawless Federal System** I like your post. You said it all In one paragraph. Thank you, DB
December 26, 2013 at 12:13pm

 **Free Jeff Baron from a Lawless Federal System**
December 14, 2013 · 🌐

Does this look familiar? The vultures hovering over Jeff Baron's bones. The judicial system needs a lot of work to make it fair and unbiased. Judges today have too much power and they abuse that power. Judge Jernigan is conducting such a witch hunt and hovering over my son's bones. There is not much left of him at this point. Who could withstand such torture as this Bankruptcy Court is dishing out. And why do you ask? Greedy lawyers who want to become rich with the blood of others. Unscrupulous is a kind word for these thieves. Like a pack of Pit Bulls, they are circling the carcass of others.



👍 Like      💬 Comment

June Walker and Lou Ann Anderson like this.

2 shares

 **Free Jeff Baron from a Lawless Federal System**
December 9, 2013 · 

http://courtpower.blogspot.com/2013/12/greedy-lawyers.html

### Greedy Lawyers | Absolute Power Outside the Law

COURTPOWER.BLOGSPOT.COM | BY APOLLOS CREED

👍 Like      💬 Comment      ↗ Share

 **Free Jeff Baron from a Lawless Federal System**
December 5, 2013 · 

Attended a hearing yesterday. I actually heard and saw attorneys arguing over the balance of assets belonging to Jeff. Fighting with each other over the spoils of war. One lawyer (alleged creditor) stood in front of the judge actually begging for money released because "many of the families of the lawyers have been hurt waiting so long and it is not fair."

I wanted to scream out. What's not fair? Their claims are fraudulent. A family has been ruined by all of this illegal stuff but it is not theirs, it is Jeff's life that is in jeopardy and his life's work ruined. A biased judge has no place on this bench. She looked sympathetically at this attorney and just stated she understood.
Hogwash!!! BS!!!

👍 Like      💬 Comment

Sharon Anderson and Tim Avirett like this.

2 shares

View 1 more comment

 **Free Jeff Baron from a Lawless Federal System** Ahmen sister
December 5, 2013 at 2:48pm

 **Tim Avirett** I'm supporting you Jeff, Donna and Al
December 5, 2013 at 3:18pm

 **Free Jeff Baron from a Lawless Federal System**
December 1, 2013 · 

this is a test blog. Tell me what you think

### Jeff Baron, A Brilliant Internet Pioneer is in the Middle of a Horrific Nightmare

Jeff Baron, A Brilliant Internet Pioneer is in the Middle of a Horrific NightmareJeff Baron is a very mild...

SUZE95.WORDPRESS.COM

👍 Like      💬 Comment      ↗ Share

 **Free Jeff Baron from a Lawless Federal System**
December 1, 2013 · 

This was an article written by a journalist from Post & Email. This reporter went out and even wrote a letter to the DOJ complaining about these 2 rogue judges, mu husband sent exhibits, court documents, official billing records showing ex parte meetings between judges and special master/receiver, Peter Vogel and the trustee, Daniel Cordy Sherman but

they closed their eyes, sent it back to Dallas. All this after we asked them
what would rath would be placed on Jeff if they ... See More

### Will the DOJ Act Against Rogue Judges? Sounds like a joke but the most serious articles to...

Ms. Sharon Rondeau, and investigative reporter at The
Post & Email has out done herself with this story....

DANCINGCZARS.WORDPRESS.COM

 Like    Comment    Share

Sharon Anderson, Valerie Borders and Jason Pinder like this.

1 share

 **Free Jeff Baron from a Lawless Federal System**
November 28, 2013 · 

What an you do to help? Go to my blog, courtpower.blogspot.com.

### Absolute Power Outside the Law: What Can You do to Help?

COURTPOWER.BLOGSPOT.COM | BY APOLLO'S ONE

 Like    Comment    Share

Valerie Borders likes this.

 **Free Jeff Baron from a Lawless Federal System**
November 28, 2013 · Frisco, TX · 

A 2004 hearing to be held in Austin was postponed. Why in Austin you ask?
Part of the elaborate plan to discredit Jeff. Since he is without council, there
is no one to cross examine Elizabeth (Sherig) Morgan. If this exam is out of
the district, then whatever she says becomes IT. She is disclosing client
confidential information which is the attorney's most sacred rule. She and
Larry Friedman have become cohorts in this illegal scheme. Their clients
need to know how unethical they are

 Like    Comment

**Free Jeff Baron from a Lawless Federal System**
November 4, 2013 · Plano, TX · 

Here is an article that appeared a couple of years ago on the
web.http://patriotsforamerica.ning.com/forum/topic/show...

### Jeff Baron's Plight in Texas!

If there is ever a Constitutional Emergency, this story is
certainly one! I am including the piece that I have read
concerning the issues, and then my suggeste...

PATRIOTSFORAMERICA.NING.COM

⚐ Like      Comment      ⇗ Share

**Free Jeff Baron from a Lawless Federal System**
October 31 2013 · Plano, TX · ✎

Monday was a day from hell. Link to the story
http://courtpower.blogspot.com/



**Absolute Power**

COURTPOWER.BLOGSPOT.COM | BY APOLLO'S CRE

⚐ Like      Comment      ⇗ Share

1 share

**Free Jeff Baron from a Lawless Federal System**
October 30. 2013 · Plano, TX · ✎

From the Cast of Unsavory Characters - James Eckels, one of the lawyers in this scam was accused of illegal wiretapping one of his other clients. Click the link to read more.

**Absolute Power: From the List of Unsavory Cast of Characters**

COURTPOWER.BLOGSPOT.COM

⚐ Like      Comment      ⇗ Share

**Free Jeff Baron from a Lawless Federal System**
October 29 2013 · ✎

Charla Aldous, "Super" Lawyer, one of the Cast of Characters.

**Absolute Power: More information about the Jeff Baron story**

COURTPOWER.BLOGSPOT.COM | BY APOLLO'S CRE

⚐ Like      Comment      ⇗ Share

Free Jeff Baron from a Lawless Federal System likes this.

**Free Jeff Baron from a Lawless Federal System**
October 29 2013 · ✎

In case you have not seen this video, here is Jeff in the flesh talking a little about his case.



**Absolute Power: Video from Lawless America**

COURTPOWER.BLOGSPOT.COM | BY APOLLOS ORE...

👍 Like    💬 Comment    ↗ Share



**Free Jeff Baron from a Lawless Federal System**
October 28, 2013 · Plano, TX · 🌐

Listing the Cast of Characters in the fight against the Chains of Lawless Federal Judges.

Gerritt Pronske (Pronske and Patel, LLP) (Long time friend of Trustee Daniel "Corky" Sherman)

Pronske is a major participant in the scheme to illegally take away all of his former client Jeff's possessions and civil rights Pronske repeatedly committed perjury and intimidated Jeff to enable their placing Jeff in false imprisonment and loot his assets. Pronske made a groundless "claim" for...
See More

👍 Like    💬 Comment

Valerie Borders likes this.



**Free Jeff Baron from a Lawless Federal System**
October 27, 2013 · 🌐

Peter Vogel, partner of Gardere law firm is supposed to manage and protect Baron's assets, instead, looted and packed his pockets along with the firms pockets and made certain he told false testimony to judge Furgeson, Vogel together with the bankruptcy trustee and judge Stacy Jernigan met in private to take away Baron'sCivil liberties. For the past 3 yrs, Jeff who has been and is still without legal council, no due process, and a "slave" to the court, is trying to just survive, his Life's work destroyed, his juvenile diabetes trust destroyed just to enrich a bunch of greedy, scheming, unscrupulous, cheating lawyers and judges.
We need all friends to send our message to all your friends. These crooks need to be exposed. Check out the blog at courtpower.blogspot.com and the cast of seedy characters at http://lawinjustice



**Absolute Power**
courtpower.blogspot.com

COURTPOWER.BLOGSPOT.COM | BY APOLLOS ORE...

👍 Like    💬 Comment    ↗ Share

Donna Baron, Sherri Kane and Valerie Borders like this.

1 share



**Free Jeff Baron from a Lawless Federal System**
October 11, 2013 · 🌐

Does judge Jernigan think she is above the law? Once again she bypasses legal responsibility. While during a hearing, she was not pleased with the

witness's testimony so she clears the court room, coaches the witness on what she wants said, then brings in the galley, lawyers, and other witnesses. The original testimony now takes a 360 turn. Now she is happy. Is it lawful for a jug judge to coach a witness? If so, she would not have cleared the court room.
What do you think?

👍 Like      💬 Comment

Free Jeff Baron from a Lawless Federal System and Donna Baron like this.

 **Deborah Rounds Bule** That's illegal. The only time the courtroom can be cleared is for "Executive Session" for info for the judge. And then EVERYONE has to leave, including the witness.
October 11, 2013 at 9:18pm

 **Free Jeff Baron from a Lawless Federal System** She is a piece of work. How can she be stopped
October 12, 2013 at 3:14pm

 **Free Jeff Baron from a Lawless Federal System**
August 31, 2013 · 

While everyone knows that lawyers get paid a lot of money, the payments to federal lawyers in Jeff's case is jaw dropping. Nearly $8.5 million in lawyer fees have been billed by Federal Trustee Daniel Sherman and Federal Receiver Peter Vogel's lawyers. To fund their extravaganza, the lawyers have looted the medical research trust that Jeff had established to fund juvenile diabetes research. And while the plundering continues unabated, the lawyers prevent Jeff from having representation for defense.



👍 Like      💬 Comment

Free Jeff Baron from a Lawless Federal System likes this.

View 1 more comment

 **Michael Collins** I really hate to see sharks being used like this. Research shows that only about 1 in one hundred-thousand sharks ever attack a human and that is when the human got in their territory. My research shows that 100 in 100 hundred lawyers will attack humans even if they have to go out of their way to find one. Conditions are about the change for this well crafted scheme of racketeering ring.
September 4, 2013 at 8:00pm



**Free Jeff Baron from a Lawless Federal System** You are right about the shark attacks but because the notion that lawyers are sharks, we thought it was appropriate. Do you have another suggestion/ May be Grizzly bear?
September 5, 2013 at 11:48am



**Free Jeff Baron from a Lawless Federal System**
August 26, 2013

Look out 5th District Court, it can happen to a judge, Trustee Special Master all who circumvent the law



### Disgraced South Texas judge sentenced to prison

FBI investigators intercepted some 40,000 phone calls and collected surveillance photos documenting how former judge converted his courtroom into criminal enterprise

CBSNEWS.COM

👍 Like      💬 Comment      ↪ Share

Free Jeff Baron from a Lawless Federal System and Patricia J. Burns McDermott like this.



**Free Jeff Baron from a Lawless Federal System**
August 24, 2013

Why will the judge not allow Jeff to have a lawyer?

At each of Jeff's court hearings, which the judge has ordered Jeff to physically attend, there are usually over 30 lawyers present. At first, this may not sound crazy until you realize this entire army of lawyers in the courtroom is hostile to Jeff, who faces these fierce predators by himself, defenseless.

👍 Like      💬 Comment

Free Jeff Baron from a Lawless Federal System, Ratib Baker, Sherri Kane and 3 others like this.

1 share

View 5 more comments



**Donna Baron** The Court has made sure that the case is so confusing that no one wants to get in the middle of it except Judge Jernigans buddies who are stripping Jeff's funds, selling his assets for pennies on the dollar. The judge made certain that Jeff is respons... See More
August 27, 2013 at 2:05pm



**Free Jeff Baron from a Lawless Federal System**
August 24, 2013

Judge Jernigan sits in her ivory tower as a dictator ignoring what is truth from lies. Her trustee, Daniel Sherman
Has lied so many times in court, he probably done know what is truth any more. Every attorney we tell this story to is appalled at the court and knows

of thr wrong doing. But since their lively hood is dependent on these crooks, the shut up. Even the judicial complaint org in over 200 years has only sanctioned and removed 3 fed judges. Would you call this cronyism to the enth degree?

👍 Like      💬 Comment

Free Jeff Baron from a Lawless Federal System and Donald Morgan like this.

 **Free Jeff Baron from a Lawless Federal System**
August 3  2013 · 🌐

4. What causes the "Disqualification of Judges?"

Federal law requires the automatic disqualification of a Federal judge under certain circumstances.
In 1994, the U.S. Supreme Court held that "Disqualification is required if an objective observer would entertain reasonable questions about the judge's impartiality. If a judge's attitude or state of mind leads a detached observer to conclude that a fair and impartial hearing is unlikely, the judge must be disqua...
Continue Reading

👍 Like      💬 Comment

Free Jeff Baron from a Lawless Federal System, Valerie Borders and Vic Morgan like this.

 **Free Jeff Baron from a Lawless Federal System**
July 26, 2013 · Plano, TX · 🌐

Found this information on a great website. From the court docs that Mr Cochell entered, it clearly shows Judge Jernigan's prejudice for her favorite attorneys and against any attorney she does not have a long standing with. This smells of cronyism inside and out. If she "likes" you, you are in her good graces. If she has no history or confrontational history you are at the bottom of her heap and get absolutely nowhere. Your motions are denied before they are even filed. Blind... See More

 **Bankruptcy Misconduct News and Information**

BankruptcyMisconduct.com is dedicated to exposing corruption by the legal profession in public and private practice.

BANKRUPTCYMISCONDUCT.COM

👍 Like      💬 Comment      ↪ Share

 **Free Jeff Baron from a Lawless Federal System**
June 27  2013 · 🌐

Although the appeals court vacated the receivership over Jeff, the same lawyers have now placed Jeff in involuntary bankruptcy. Involuntary bankruptcy is a rare procedure usually reserved for insolvent companies where they forced to give their assets to creditors. In Jeff's case, the "creditors" are the lawyers who put Jeff in human receivership and have already taken $7 million from Jeff. The judge in Jeff's bankruptcy case, Stacey Jernigan appears to be making unlawful rulings in order to keep Jeff in involuntary bankruptcy and is again preventing Jeff from having a lawyer.

👍 Like      💬 Comment

Free Jeff Baron from a Lawless Federal System likes this.

1 share

 **Free Jeff Baron from a Lawless Federal System**
June 27, 2013 ·

https://www.youtube.com/watch?v=uQ8OJ0U3EMw



### Free Jeff Baron
StopLyingInCourt

YOUTUBE.COM | BY MICHAEL COLLINS

 Like    Comment    Share

Free Jeff Baron from a Lawless Federal System, Geary Juan Johnson and Valerie Borders like this.

 **Valerie Borders** I love the video...LOL...the 'Ring' theme? Scary stuff.
August 25, 2013 at 1:40pm

 **Free Jeff Baron from a Lawless Federal System**
June 26, 2013 · Plano, TX ·

Why did Judge Furgeson retire at an early age??? Hmmmm

Like    Comment

Free Jeff Baron from a Lawless Federal System and Boomers Against Elder Abuse like this.

 **Boomers Against Elder Abuse** Hmmm is right. Could it be because it's incredibly exhausting to be him?
June 26, 2013 at 7:25am · Edited
**Free Jeff Baron from a Lawless Federal System** Probably can't sleep at night
June 26, 2013 at 8:19am

 **Free Jeff Baron from a Lawless Federal System**
June 6, 2013 ·

FreeJeff.org is temporarily directed to this page while under construction. For more information, email idocumenttragedies@gmail.com

Like    Comment

 **Free Jeff Baron from a Lawless Federal System**
June 4, 2013 ·

Join us tomorrow at 7pm at the Muller Film and Television Education Foundation Studio in Fair Park for more information on the social media campaign that the foundation will be working on through their special initiatives program.

Like    Comment

Free Jeff Baron from a Lawless Federal System likes this.

1 share



**Free Jeff Baron from a Lawless Federal System**
May 30, 2013 ·

More like slavery in the 21st century. What can be done. Need help

👍 Like   💬 Comment


**Sheila Kintner Bonczek** I think you need something on this page to tell the "story" so we can get the context. Thanks.
June 18, 2013 at 10:13pm


**Free Jeff Baron from a Lawless Federal System** The story is long and so involved. Jeff was sued by his business associate. A simple business disagreement that ballooned out of proportion. Attorney that would represent him were chastised by the judge and soon quite. the judge got made, but Jeff ... See More
June 24, 2013 at 1:00pm · Edited · 👍 1


**Free Jeff Baron from a Lawless Federal System** updated their cover photo.
May 2, 2013 ·



👍 Like   💬 Comment

Joyce Weiss and Justin Kurtis Muller like this.


**Donna Baron** Thank you for this photo. This judge is killing Jeff. Bit by miserable bit. There will be nothing left. Got to stop it but out of options. Don/t know where to turn.
May 6, 2013 at 2:31pm · 👍 1


**Free Jeff Baron from a Lawless Federal System**
March 13, 2013 ·

Judge Furgeson is getting ready for his retirement from the Fed bench and going on to his next gig...Dean of Law School at UNT. Heaven help us.

👍 Like   💬 Comment

Vic Morgan, Steve Khounvivongsy and 2 others like this.


**Mdancecraze Ellica** What a story thanks for sharing. It makes me want to puke from halfway of reading this story.
April 7, 2013 at 5:35am


**Free Jeff Baron from a Lawless Federal System** It just won't end
April 7, 2013 at 7:32pm


**Free Jeff Baron from a Lawless Federal System**
January 22, 2013 ·

Even though the 5th circuit court found Judge Furgeson was wrong, he continues to abuse the court and deny, deny, deny but approve whatever the opposing council asks for. So wrong.

Like    Comment

 **Free Jeff Baron from a Lawless Federal System**
December 23, 2012 ·

Tell your story here so the public can see how widespread this is.

Like    Comment

Free Jeff Baron from a Lawless Federal System likes this.

 **Free Jeff Baron from a Lawless Federal System**
December 23, 2012 ·

Add your stories here so all can read them. The public needs to know what is going on. Donna Baron

Like    Comment

Free Jeff Baron from a Lawless Federal System and Joan Wiersma like this.

 **Boomers Against Elder Abuse** Donna-- this case is like a giant version of what happens in elderly Guardianship courts where the judge takes away the civil rights of the ward. A conservator is put in place, and the stealing begins. The ward is isolated and medicated as this goes ... See More
December 28, 2012 at 7:42pm · 👍 3

 **Free Jeff Baron from a Lawless Federal System** Yes, I have heard about this from many people. How can we get this abuse stopped.?
January 22, 2013 at 11:57am

 **Free Jeff Baron from a Lawless Federal System**
December 23, 2012 ·

Now that the 5th Circuit Court has ruled Judge Furgeson had no jurisdiction to place Jeff into receivership, the court should pay back all the administrative fees Jeff paid out. However, the court did not find "malice" so this is now moot. What is Jernigan going to do to retaliate? She has such contempt for Jeff or anyone who may represent him. I have witnessed this with my own eyes as a bystander in her court. She calls names that are unprofessional for a judge to us ag... See More

Like    Comment

Free Jeff Baron from a Lawless Federal System, Roger Barker, Valerie Borders and 2 others like this.

1 share

View 2 more comments

 **Boomers Against Elder Abuse** I had no idea that this could happen to ANYONE. This corrupt club usually goes after Elders with assets, assigning them guardians which causes the "ward" to lose all rights. Then everything is stolen.
December 28, 2012 at 3:04pm · 👍 1

 **Boomers Against Elder Abuse** I can't imagine how horrific it would feel to be a mom watching her son go through this barbaric torture. It makes me lose faith in America as the land of the free. Many elders are being robbed by the court system, too-- they are unfairly put under g... See More
April 15, 2013 at 8:15pm

 **Free Jeff Baron from a Lawless Federal System** added a post from December 22, 2012 to their timeline.
December 22, 2012 ·

Tell your story here so the public can see how widespread this is. We need everyone to see what is going on.

👍 Like    💬 Comment

Free Jeff Baron from a Lawless Federal System likes this.

 **Free Jeff Baron from a Lawless Federal System** added a
post from December 22, 2012 to their timeline.
December 22, 2012 · 💬 · 🌐

Tell your story here so the public can see how widespread this is. We need
everyone to see what is going on.

👍 Like    💬 Comment

 **Free Jeff Baron from a Lawless Federal System**
December 20, 2012 · 🌐

Long hard fight with fraudulent lawyers giving fraudulent testimony but the
panel of the higher court heard the story and understood what was going on.
The court gives them permission to appeal their verdict. Jernigan will most
likely not be very happy and will retaliate against Jeff and his attorney as she
has been doing the past year.

👍 Like    💬 Comment

Vic Morgan, Roger Barker and 2 others like this.

 **Free Jeff Baron from a Lawless Federal System**
December 3, 2012 · 🌐

Even with the 5th Circuit court's stay of the auction sale, Judge Jernigan
continues to hold hearings. Why? The Circuit court when they heard that the
case was not on hold but moving forward, they were shocked.db

👍 Like    💬 Comment

Free Jeff Baron from a Lawless Federal System and Roger Barker like this.

 **Free Jeff Baron from a Lawless Federal System**
November 29, 2012 · 🌐

Good news finally at least for now. the 5th Circuit ct granted a stay
indefinitely or until they rule on the rest of the case. At least my son had the
first bit of good news in years. and years. I hope Judge Jernigan is
wondering if she did the right thing to go ahead with the auction. I don/t think
so.

👍 Like    💬 Comment

Norvie Bullock, Ratib Baker, Steven Sacks and 2 others like this.

 **Free Jeff Baron from a Lawless Federal System** Yes, at least Furgeson now
knows he behaved badly. Now on to UNT where he will become the dean of the
new law school
December 20, 2012 at 12:15pm

 **Free Jeff Baron from a Lawless Federal System**
November 27, 2012 · Frisco, TX · 🌐

We are still waiting for the appellate court for their ruling
Thy are supposed to say yea or nay on the horrible auction in jernigan's
court. She is one of those women where they are dangerous with their

power.
DB

👍 Like    💬 Comment



**Free Jeff Baron from a Lawless Federal System**
November 6, 2012 · 🌐

For all you fans, Wednesday was the day that the Court of Appeals heard arguments on Jeff's case. What was so unusual was that they hear 20 min per side with a 10 min rebuttal. This case is so controversial, they allowed an entire morning session,
3 1/2 hours.

👍 Like    💬 Comment

Free Jeff Baron from a Lawless Federal System and Karen M. Rozier like this.

**Free Jeff Baron from a Lawless Federal System**
November 5, 2012 · 🌐

tomorrow is the big day for the candidates. It seems this election year has gone on and on and on. So happy it will be over and we can get back to business as usual. Or unusual...

👍 Like    💬 Comment

**Free Jeff Baron from a Lawless Federal System**
November 1, 2012 · Larchmont, NY · 🌐

Appeals coming up in Nov7 in New Orleans. Please come and show your support

👍 Like    💬 Comment

Free Jeff Baron from a Lawless Federal System, Norman Muttitt and 2 others like this.

> **Free Jeff Baron from a Lawless Federal System** I have my plane ticket and hotel so I will be there. Michael Collins
> November 1, 2012 at 1:20pm

> **Free Jeff Baron from a Lawless Federal System** Thanks for all your support. I know Jeff appreciates all the hard work you've done
> November 1, 2012 at 7:06pm

**Free Jeff Baron from a Lawless Federal System**
October 24, 2012 · Larchmont, NY · 🌐

Michael, happy to meet you and mrs Collins
Thanks for lunch the other day

👍 Like    💬 Comment

Free Jeff Baron from a Lawless Federal System likes this.

**Free Jeff Baron from a Lawless Federal System**
October 23, 2012 · 🌐

Met with Bill Windsor on Saturday. What a man he is. Thank you for doing what you do for us.



Like    Comment

**Free Jeff Baron from a Lawless Federal System**
October 19, 2012 · Plano, TX · 

Going to meet bill Windsor tomorrow

Like    Comment

Free Jeff Baron from a Lawless Federal System likes this.

**Eve Pinder** How'd that go?
October 21, 2012 at 7:02am

**Free Jeff Baron from a Lawless Federal System** Very Well and better today. .
.Michael Collins
October 21, 2012 at 10:25am

**Free Jeff Baron from a Lawless Federal System**
October 17, 2012 · 

Nov 7 is the date of the Appeal hearing at the Federal Court of Appeals in
New Orleans
Address is 600 S Maestri Place near St Patricks Cathedral
9:00am - at least noon. Open to the public.

Like    Comment

Free Jeff Baron from a Lawless Federal System, Anastasia Marie Stallcop and Beth Bob
Collins like this.

**Beth Bob Collins** My prayers!!!! Beth
October 18, 2012 at 5:13am

**Free Jeff Baron from a Lawless Federal System**
October 4, 2012 · 

We have to stop the judge before he retires and takes on the UNT law
school.

Like    Comment

Free Jeff Baron from a Lawless Federal System and Beth Bob Collins like this.

**Free Jeff Baron from a Lawless Federal System**
October 3, 2012 · Frisco, TX · 

What can we do?

Like    Comment

Rhonda Henderson likes this.

**Free Jeff Baron from a Lawless Federal System**
October 3, 2012 · Frisco, TX · 

Judge Jernigan was called out that her court was nothing but hogwash and
that she violated due process, and why was there not a trial. Because this is
a bunch of criminal lawyers conspiring together to rape Jeff. Thy are setting
a precedence hath will impact us all.

Like    Comment

Roger Barker and Rhonda Henderson like this.

 **Free Jeff Baron from a Lawless Federal System**
October 9, 2012 · Frisco, TX · ↻

Went to court last week. A hearing on Jeff,s case. Just when you think things could not get worse, they do. What a mess.

👍 Like    💬 Comment

 **Free Jeff Baron from a Lawless Federal System**
September 4, 2012 · ↻

Corruption is everywhere. This is not what my father fought for and lost his life over. He would be so disgusted.

### Indicted Senator Ran On ACORN, Union Ticket | Judicial Watch

Judicial Watch has uncovered an interesting twist—unlikely to get any mainstream media coverage—involving the New York state senator who just got charged for stealing taxpayer money earmarked to help the needy.

JUDICIALWATCH.ORG

👍 Like    💬 Comment    ↪ Share

Rhonda Henderson and Joan Wiersma like this.

 **Free Jeff Baron from a Lawless Federal System**
September 2, 2012 · ↻

A YouTube video about a lawyer who was jailed without due process etc, etc, etc. He is a Whistle Blower and the court was not happy about him. This is another story that is unbelievable. We must do something.

### Attorney Jailed Denied Rights for Exposing Judicial Corruption, Richard Fine California

UPDATE: U.S. SUPREME COURT DENIES RELIEF. U. S. Supreme Court has denied the application for a "Stay of Execution" (of civil contempt sentence) for jailed at...

YOUTUBE.COM

👍 Like    💬 Comment    ↪ Share

Joan Wiersma and Deborah Rounds Buie like this.

 **Free Jeff Baron from a Lawless Federal System** This man went out on a limb for his client and look what happened. Is there no justice?
September 3, 2012 at 9:01am

 **Free Jeff Baron from a Lawless Federal System**
August 29, 2012 · ↻

There is a young Marine who's story is very sad. Look up Brandon Raub and read his story.

👍 Like    💬 Comment

Joan Wiersma and Deborah Rounds Buie like this.



**Free Jeff Baron from a Lawless Federal System**
August 22, 2012 ·

Women unite! What do you think about Akins apology, real or phoney?

👍 Like      💬 Comment



**Free Jeff Baron from a Lawless Federal System**
August 20, 2012 ·

Just heard the comment from Aiken on MSNBC. Sounds like he has not a clue about rape crimes against women. What will Romney and Ryan say about his comments.

👍 Like      💬 Comment

Joan Wiersma likes this.

 **Kerry Lawson** I suspect they'll call him an idiot, like everyone else. In fact, I believe they already have.
August 20, 2012 at 1:44pm

 **Free Jeff Baron from a Lawless Federal System** He must hate women to have those ideas but to share them...stupid
August 20, 2012 at 6:25pm · 👍 1



**Free Jeff Baron from a Lawless Federal System**
August 18, 2012 ·

Kenny Marchant, Jeff's representative is deleting all postings about this case. Is he involved in the corruption and just does not give a damn about his constituents or the Constitution, or civil rights? the only way he may take this seriously if people in his district get upset enough and tell him they will "fire him: in his next election.
Is he not supposed to be working for US? We pay is salary, his insurance and all his perks. fight back

👍 Like      💬 Comment

Joan Wiersma, Marc Solomon and Deborah Rounds Buie like this.



**Free Jeff Baron from a Lawless Federal System**
August 15, 2012 ·

Pleae write you to your congressmen/women to get involved. At least let them know what is going on in the 5th District of Texas. Corruption will continue unless the gov gets involved.

👍 Like      💬 Comment

 **Free Jeff Baron from a Lawless Federal System** We need to let the president, congress, and the media know what is going on. Please write to them immediately
August 17, 2012 at 4:18pm



**Free Jeff Baron from a Lawless Federal System**
August 16, 2012 ·

http://tickerforum.org/akcs-www?post=201995

**Federal Judge Charged With Looting $4 Million [FedUp] - MarketTicker**



**Forums**

MarketTicker Forums - Discussions About Investing

TICKERFORUM.ORG

---

👍 Like      💬 Comment      ↗ Share

Kay Crary likes this.

1 share

View 1 more comment

 **Boomers Against Elder Abuse** This man is the essence of corruption and GREED. Not only that, he invited all of his cronies to participate in a feeding frenzy. This is the most disgusting display of depravity I have ever heard of.
December 28, 2012 at 8:08pm

 **Smakin Da Box** Judge Royal Furgeson Should Be Sent To A Federal Pound Me In The Azz Prison!
July 12, 2013 at 2:24am

---

 **Free Jeff Baron from a Lawless Federal System**
April 1, 2012 · 

**Please Sign This Petition**

### Stop Legalization of Human Bondage in America ! Free Man put in Receivership as Property ! - The Pet

Not since the days of slavery in America has it been...

THEPETITIONSITE.COM

---

👍 Like      💬 Comment      ↗ Share

Deborah Rounds Buie, Sara Mann and 2 others like this.

 **Donna Baron** It has to stop before it becomes something judges can link to.
April 23, 2012 at 4:02pm · 👍 1

 **Donna Baron** http://www.wnd.com/2011/10/362537/ Check out this link to see what Mr Schepps has said on the record.

### Case claims judge threatened defendant

U.S. Supreme Court American jurisprudence: Fair, reasonable, following the rule of law and delivering the...

WND.COM

August 9, 2012 at 11:50am

---

 **Free Jeff Baron from a Lawless Federal System**
March 5, 2012 · 

We may have an affect by posting to Jeff's Congressman's facebook page. Post a link to the Washington Examiner Article on his wall and write " Congressman Marchant, the man in this article lives in your district. Why haven't you done anything to stop this travesty?" Congressman Marchant's pages are posted below

---

👍 Like      💬 Comment

Mark Barnes, Eve Pinder and 2 others like this.

View 5 more comments

 **George McDermott** Posts to Marchant's wall are getting deleted. Here are three email addresses for Congressman Marchant's staff: rep.marchant@mail.house.gov, brian.thomas@mail.house.gov, scott.cunningham@mail.house.gov
March 5, 2012 at 12:20am · 👍 1

**Eve Pinder** Thanks for the email addresses, George.
March 6, 2012 at 3:38pm · 👍 1

 **Free Jeff Baron from a Lawless Federal System**
March 3, 2012 · 🌐

http://lawlessamerica.com/index.php...

### How corrupt judges and attorneys steal everything a person has: The Jeff Baron Story.

How corrupt judges and attorneys steal everything a person has: The Jeff Baron Story.

LAWLESSAMERICA.COM | BY WILLIAM M. WINDSOR



👍 Like    💬 Comment    ↱ Share

View 5 more comments

 **Free Jeff Baron from a Lawless Federal System** This is politicians at work. I suppose if you tell him you will fire him at the next election will he listen? He is supposed to be working for his constituents. But like all politicians, they are corrupt, liars.
August 18, 2012 at 8:59am

 **Free Jeff Baron from a Lawless Federal System** There is no end in sight. We are seeking legal outside the district. Everyone is in bed with everyone else. What a mess.
August 18, 2012 at 9:00am

 **Free Jeff Baron from a Lawless Federal System** shared a link.
February 15, 2012 · 🌐

### Federal judge puts Internet pioneer in civil lockdown | Washington Examiner

Once upon a time, the Internet pioneer -- who taught himself computer programming and created...

WASHINGTONEXAMINER.COM



👍 Like    💬 Comment    ↱ Share

Michele Stevens, Donna Baron and Patricia J. Burns McDermott like this.

 **Donna Baron** Jeff needs media coverage or just Face Book coverage. Can you send this to everyone you know?
August 9, 2012 at 11:55am · 👍 1

 **Free Jeff Baron from a Lawless Federal System** shared a link.
November 1, 2011 · 🌐

### Jeff Baron's Plight in Texas! - Constitutional Emergency

If there is ever a Constitutional Emergency, this story is certainly one! I am including the piece that I have read concerning the issues, and then my suggeste...

PATRIOTSFORAMERICA.NING.COM



 **Like**     Comment     Share

Mickey Margetis and 2 others like this.

 **Free Jeff Baron from a Lawless Federal System**
November 1, 2011

http://www.thepostemail.com/tag/jeff-baron/

**Jeff Baron| The Post & Email**
VIOLATIONS OF CONSTITUTIONAL PROTECTIONS
AND CIVIL RIGHTS USHERS IN A POLICE STATE IN
AMERICA by Sharon Rondeau (Oct. 23, 2011) — The
Post & Email as well as other organizations have been
reporting on cases of judicial corruption throughout the

THEPOSTEMAIL.COM

**Like**     Comment     Share

 **Free Jeff Baron from a Lawless Federal System** shared
a link
November 1, 2011

**Case claims judge threatened defendant**
U.S. Supreme Court American jurisprudence: Fair,
reasonable, following the rule of law and delivering the
best chance for justice anywhere, right? Well, how...

WND.COM

**Like**     Comment     Share