**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| Associated Recovery, LLC, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:15-cv-1723-AJT-JFA |
| v. | ) | |
| | ) | |
| John Does 1-44, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In re:

| 744.COM | LNM.COM | VGJ.COM | YQT.COM |
|---|---|---|---|
| 028.COM | LUOHE.COM | WYD.COM | YRN.COM |
| 3DCAMERA.COM | MEQ.COM | XAQ.COM | YTE.COM |
| FNY.COM | OCU.COM | XFF.COM | YYG.COM |
| FX2.COM | PIXIE.COM | XSG.COM | ZDP.COM |
| FXF.COM | QMH.COM | YCX.COM | ZHD.COM |
| JTZ.COM | RUTEN.COM | YEY.COM | ZULIN.COM |
| KGJ.COM | SDU.COM | YGX.COM | ZZM.COM |
| KMQ.COM | SQG.COM | YJR.COM | |
| KOU.COM | TAOLV.COM | YJX.COM | |
| KXQ.COM | UHW.COM | YLZ.COM | |
| KXW.COM | VCZ.COM | YQP.COM | |

**JOINT WAIVER OF ORAL ARGUMENT**

Defendant Ye Yu and Plaintiff Associated Recovery, LLC hereby notify the Court that they have met and conferred, and that they jointly waive oral argument on Defendant's Motion to Set Aside Default Judgment, ECF No. 75 (the "Defendant's Motion to Set Aside.") The

Defendant's Motion to Set Aside is currently scheduled for hearing on Friday, October 14, 2016. The Parties respectfully request that the Court, pursuant to Local Civil Rule 7(j), rule upon the Defendant's Motion to Set Aside without an oral hearing.

                                                  Respectfully,

<u>October 11, 2016</u>                           /s/<u>                              </u>
Date                                          Rebecca J. Stempien Coyle (VSB# 71483)
                                               Paul Grandinetti
                                               Levy & Grandinetti
                                               1120 Connecticut Avenue, NW, Suite 304
                                               Washington, D.C. 20036
                                               Telephone (202) 429-4560
                                               Facsimile (202) 429-4564
                                               mail@levygrandinetti.com

                                               **Counsel for the Plaintiff**

<u>October 11, 2016</u>                           /s/<u>                              </u>
Date                                            Ye Yu
                                               5001 Wilshire Blvd., #112-528
                                               Los Angeles, California 90036
                                               Telephone: (818) 919-5619
                                               info@yespire.com

                                               *Pro se* **Defendant**

## CERTIFICATE OF SERVICE

      I, Rebecca J. Stempien Coyle, certify that on October 11, 2016, I sent a copy of the foregoing JOINT WAIVER OF ORAL ARGUMENT by e-mail and on October 12, 2016, by first class mail to:

> Mr. Ye Yu
> 5001 Wilshire Boulevard, #112-528
> Los Angeles, California 90036
> info@yespire.com

and electronically filed the same on October 11, 2016, by using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Lora Brzezynski
> Claire M. Maddox
> Eric Wu
> DENTONS US LLP
> 1900 K Street, N.W.
> Washington, D.C. 20006
> lora.brzezynski@dentons.com
> claire.maddox@dentons.com
> eric.wu@dentons.com
>
> Steven M. Geiszler
> Zunxuan D. Chen
> DENTONS US LLP
> 2000 McKinney Avenue
> Suite 1900
> Dallas, TX 75201-1858
> steven.geiszler@dentons.com
> digger.chen@dentons.com

      /s/_____
Rebecca J. Stempien Coyle (VSB# 71483)
Counsel for the Plaintiff
Levy & Grandinetti
1120 Connecticut Avenue, NW, Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com