IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ASSOCIATED RECOVERY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15-cv-1723 (AJT/JFA) |
| | ) | |
| JOHN DOES 1 – 44, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

Pending before the Court is *pro se* Movant Ye Yu's (the "Movant") Motion to Set Aside Default Judgment and to Transfer re FXF.com [Doc. No. 75] (the "Motion"). The Movant purports to be the owner of defendant FXF.com, and he provides documentation through a declaration to substantiate his ownership. *See* [Doc. No. 83]. The Court concludes that, at this stage of the proceedings, the Movant has sufficiently alleged that he holds an interest in defendant FXF.com such that he may challenge the default judgment entered against FXF.com in this case. Accordingly, upon consideration of the Motion, the memoranda of law in support thereof and in opposition thereto, and for the reasons stated in connection with the Court's previous orders dated April 1, 2016 [Doc. No. 40] and July 1, 2016 [Doc. No. 60] transferring certain claims to the United States District Court for the Northern District of Texas, it is hereby

ORDERED that the Motion [Doc. No. 75] be, and the same hereby is, GRANTED and the default judgment entered against defendant FXF.com be, and the same hereby is, VACATED; and it is further

ORDERED that as to defendant FXF.com, this case be, and the same hereby is,

TRANSFERRED to the United States District Court for the Northern District of Texas, without

prejudice as to any further relief requested by plaintiff, and shall otherwise remain in this District

as to those defendants against whom judgment has been entered; and it is further

ORDERED that defendant FXF.com shall answer, move, or otherwise respond to

plaintiff's Complaint within thirty (30) days of the date of this Order, or by other such date as

may be ordered by the United States District Court for the Northern District of Texas.

The Clerk is directed to forward a copy of this Order to all counsel of record and to the

*pro se* Movant.

_____ /s/

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 14, 2017