IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ASSOLCIATED RECOVERY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15-cv-1723 (AJT/JFA) |
| ) | |
| JOHN DOES 1 – 44, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### ORDER

Pending before the Court is Non-Party VeriSign, Inc.'s ("Verisign") Motion for Clarification, Aid and Direction [Doc. No. 71] (the "Motion"). Verisign, the registry controlling domain names with the top-level domain of <.com>, seeks clarification from the Court regarding its orders vacating the default judgment entered against certain defendant domain names in this case. *See* [Doc. Nos. 59, 69].[1]

In the Court's May 18, 2016 Order entering default judgment against certain defendant domain names, the Court also ordered "that VeriSign, Inc. change the registrar of record for the defendant domain names above to a registrar specified by plaintiff and require the selected registrar to take the steps necessary to register the defendant domain names in the name of Associated Recovery, LLC." [Doc. No. 42.] Verisign represents that it complied with this order on or about June 7, 2016. Verisign now asks the Court whether it should reverse the change of registrars as to the defendant domain names for which the default judgment order was vacated,

---

[1] Following VeriSign's Motion, the Court has also vacated the default judgment as to another defendant domain name. *See* [Doc. No. 86].

taking no position on the matter. Upon consideration of the Motion and the memoranda submitted by Verisign and the parties with respect to the Motion, it is hereby

ORDERED that VeriSign, Inc. change the registrar of record for the defendant domain names for which the default judgment order was vacated (JTZ.com, OCU.com, and YTE.com, *see* [Doc. No. 59]; VGJ.com, YJX.com, and 744.com, *see* [Doc. No. 69]; and FXF.com, *see* [Doc. No. 86]) back to the original registrar (*i.e.*, the registrar for each immediately prior to Verisign's compliance with the Court's May 18, 2016 Order entering default judgment against certain defendant domain names).

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 14, 2017

2